GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone:  (415) 543-4800
Facsimile:  (415) 972-6301
Email:  gweickhardt@ropers.com

Attorneys for Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARMACK,<br><br>Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTAN BANK,<br><br>Defendants. | CASE NO.<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>[Civil L.R. 3-16] |

**TO THE COURT AND TO ALL PARTIES IN THIS ACTION:**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

| PARTY | CONNECTION |
|---|---|
| Chase Bank USA, N.A. | Formerly known as Chase Manhattan Bank, USA, N.A., and as successor-in-interest to Bank One, Delaware, N.A. |

| | | |
|---|---|---|
| 1 | CMC Holding Delaware, Inc. | Wholly owns Chase Bank USA, N.A. |
| 2 | J.P. Morgan Equity Holding, Inc. | Wholly owns CMC Holding Delaware, Inc. |
| 3 | JPMorgan Chase & Co. | Wholly owns J.P. Morgan Equity Holding, Inc. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock as of October 7, 2005. |

Dated: July 2, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ 
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK

1 | CASE NAME: Carmack v. The Chase Manhattan Bank

2 | ACTION NO.: TBA - U.S. District Court, Northern District of California

3 | **PROOF OF SERVICE**

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Plaintiff *In Pro Per***

Martha Carmack
1536 Pershing Drive, Apt. D
San Francisco, CA 94129
Tel.: (415) 831-4485

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 2, 2007, at San Francisco, California.

*/s/ Charles D. Brown*
Charles D. Brown

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

SF/206341.1/RL3

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CASE NO. TBA