IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Martha Carmack
    Plaintiff(s),

vs.

The Chase Manhattan Bank,
    Defendant(s).
_____/

and related counter-action.

No. C07 03464 MEJ

**CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____

Signed by: _____

Counsel for: _____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 7/10/07

Ropers, Majeski, Kohn & Bentley PC
Signed by: _____
Pamela J. Zanger
Counsel for: Chase Bank USA, N.A. sued erroneously herein as The Chase Manhattan1 Bank

| | |
|---|---|
| CASE NAME: | Martha Carmack v. The Chase Manhattan Bank |
| ACTION NO.: | C 07 03464 MEJ - U.S. District Court, Northern District of California |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Plaintiff *In Pro Per***

Martha Carmack
1536 Pershing Drive, Apt. D
San Francisco, CA 94129
Tel.: (415) 831-4485

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2007, at San Francisco, California.

Charles D. Brown

SF/206894.2/CB12

USDC NDCA No. C 07-2124 WHA         - 1 -         PROOF OF SERVICE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco