GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as CHASE
MANHATTAN BANK USA, N.A. and erroneously sued
herein as THE CHASE MANHATTAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARMACK, | CASE NO. C 07 03464 MEJ |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE CHASE MANHATTAN BANK, | |
| Defendant; | |
| CHASE BANK USA, N.A., | |
| Counterclaimant, | |
| v. | |
| MARTHA CARMACK, | |
| Counterdefendant. | |

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

SF/206910 1/CB12                                    CERTIFICATE OF SERVICE; CASE NO. C 07 03464 MEJ

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

1  On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:
2
3  Notice of Assignment of Case to a Magistrate Judge for Trial;
   Consent to Proceed Before a United States Magistrate Judge;
4  Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United State District Judge;
5  "Welcome to the U.S. District Court...";
   Roster of Northern California District Judges and Magistrates;
6  Order Setting Initial Case Management Conference and ADR Deadlines;
7  Case Management Standing Order (Judge Maria-Elena James);
   Standing Order re: Discovery And Dispute Procedures for Cases Assigned or Referred to
8  Magistrate Judge Maria-Elena James;
   Notice of Trial Assignment to United States Magistrate Judge and Order to File
9  Consent/Request for Reassignment Form;
   Consent to Assignment or Request for Reassignment;
10  Standing Order for All Judges of the Northern District of California

11  ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
12
13  ☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.
14  ☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).
15
16  ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.
17

**Plaintiff *In Pro Per***
18
19  Martha Carmack
    1536 Pershing Drive, Apt. D
20  San Francisco, CA 94129

21  Tel.: (415) 831-4485

22
23  ☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
24
    Executed on July 10, 2007, at San Francisco, California.
25
26                                              _____
                                                Charles D. Brown
27
28

SF/206910 1/CB12                                    DEFENDANT CHASE BANK USA, N.A.'S
                                                    COUNTERCLAIM; CASE NO. C07 2124 WHA