**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                           415.522.2000

**July 12, 2007**

**CASE NUMBER:  CV 07-03464 MEJ**
**CASE TITLE:  MARTHA CARMACK-v-CHASE MANHATTAN BANK**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland**  division.

**Honorable CLAUDIA WILKEN**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW**  immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 7/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 7/12/07AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                 Transferor CSA