UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARMACK et al,

        Plaintiff,

  v.

CHASE MANHATTAN BANK et al,

        Defendant.

Case Number: CV07-03464 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Martha Carmack
1536 Pershing Dr., Apt. D
San Francisco, CA 94129

Dated: August 6, 2007

                              Richard W. Wieking, Clerk
                              By: Dawn Toland, Deputy Clerk