UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CARMACK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTAN BANK,<br><br>　　　　　Defendant. | CASE NO. C07 03464 WHA<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available form the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK

Dated: September 19, 2007           By: /s/ James M. Wyman
　　　　　　　　　　　　　　　　　　　　James M. Wyman, Esq.
　　　　　　　　　　　　　　　　　　　　Legal Counsel

USDC NDCA No. C07 2124 WHA
RC1/5010764.1/PJZ                - 1 -

Dated: 9/20/07

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK