GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
ROPERS, MAJESKI, KOHN & BENTLEY PC
201 Spear Street, Suite 1000
San Francisco, CA  94105
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        pzanger@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as CHASE
MANHATTAN BANK USA, N.A. and erroneously sued
herein as THE CHASE MANHATTAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA CARMACK,<br><br>Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTAN BANK,<br><br>Defendant. | CASE NO.  C07 03464 WHA<br><br>Related to Case No.  C07 2124 WHA<br><br>**NOTICE OF ERRATA RE JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER**<br><br>Date:      October 11, 2007<br>Time:      11:00 a.m.<br>Judge.:    Hon. William H. Alsup |

**PLEASE TAKE NOTICE** that the Joint Case Management Statement and Proposed Order, filed with the court on October 4, 2007, incorrectly stated the date of the Case Management Conference as October 14, 2007. The date should be corrected to read "October 11, 2007."

Dated:  October 9, 2007.

ROPERS, MAJESKI, KOHN & BENTLEY P.C.

By: _____ / s / _____
       George G. Weickhardt
       Pamela J. Zanger
Attorneys for Defendant CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK