**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 11, 2007

Case No.  C 07-03464 WHA

Title: MARTHA CARMACK  v. CHASE MANHATTAN BANK

Plaintiff Attorneys: Pro Per

Defense Attorneys: George Weickhardt

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    CMC - HELD

2)

Continued to _for Further Case Management Conference

Continued to _for Jury Trial

**ORDERED AFTER HEARING:**

Within 3 weeks, the defendant shall file a motion for summary judgment.

Court responded to the defendant's inquiry/letter about publishing one of the Court's prior orders.