GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as
CHASE MANHATTAN BANK USA, N.A. and
erroneously sued herein as THE CHASE
MANHATTAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA CARMACK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTAN BANK,<br><br>　　　　　Defendant. | CASE NO. C07 03464 WHA<br><br>Related to Case No. C07 2124 WHA<br><br>**CHASE BANK USA, N.A.'S NOTICE OF MOTION AND MOTION TO CONFIRM ARBITRATION AWARD AND TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**<br><br>Date:　December 6, 2007<br>Time:　8:00 a.m.<br>Ctrm.:　9, Hon. William H. Alsup |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 6, 2007, at 8:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of this Court, defendant Chase Bank USA, N.A. will and hereby does move for an Order Confirming the Arbitration Award entered in this matter on November 1, 2006, in the amount of $15,012.57, in favor of Chase Bank USA, N.A. and against Martha Carmack. A true and correct copy of said award is attached as Exhibit A hereto. Said motion is based on 9 U.S.C. §§ 9, 10, 11, and 13.

CASE NO. C07 03464 WHA
RC1/5022234.1/WK1

STATEMENT OF UNCONTROVERTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF CHASE BANK
USA, N.A.'S MOT. TO CONFIRM ARBITRATION AWARD

Chase also seeks an award, pursuant to contract of its reasonable attorneys fees incurred in pursuing its counterclaim in the present motion.

Chase also moves to dismiss the complaint herein of Martha Carmack, pursuant to Federal Rule of Civil Procedure 12(c) on the ground that it fails to state a claim for relief and is barred by the doctrine of res judicata, and in the alternative, under Federal Rule of Civil Procedure 56, on the ground that the complaint raises no triable issue of fact.

Said motions will be based on the memorandum of points and authorities attached hereto, the declarations of Milissa A. Rutledge and Pamela J. Zanger filed herewith, the affidavit of Lance Taylor-Warren, filed herewith, on the statement of uncontroverted facts filed herewith, and on such other papers and pleadings as may be on file in this action.

Dated: October 29, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK

CASE NO. C07 03464 WHA
RC1/5022234.1/WK1

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CHASE BANK USA, N.A.'S MOT. TO CONFIRM ARBITRATION AWARD



**NATIONAL ARBITRATION FORUM**

6176

Chase Bank USA, N.A.
c/o Mann Bracken, LLC
2727 Paces Ferry Road
One Paces West, 14th Floor
Atlanta, GA 30339

CLAIMANT(s),

RE:   AWARD

Chase Bank USA, N.A. v Martha Carmack
File Number: FA0609000798680
Claimant Account Number: 5222763110716176

Martha Carmack
1536 Pershing Dr Apt D
San Francisco, CA 94129

RESPONDENT(s).

The undersigned Arbitrator in this case FINDS and CONCLUDES:

Case Summary

1. The Claimant has filed a Claim with the National Arbitration Forum.
2. After Proof of Service of the Claim was filed with the Forum, where no Response has been filed, the Forum mailed to Respondent a Second Notice of Arbitration.
3. The Respondent filed a Response with the Forum that was deficient pursuant to Rule 6 of the Code of Procedure.
4. An arbitration hearing notice was duly delivered to the Parties as required by the Forum Rules.
5. The Parties have had the opportunity to present all evidence and information to the Arbitrator.
6. The Arbitrator has reviewed all evidence submitted in this case

Decision

1. The Arbitrator knows of no conflict of interests that exist.
2. This matter involves interstate commerce and the Federal Arbitration Act governs this arbitration.
3. The Claim was properly served on the Respondent by Claimant in accordance with Rule 6, including a Notice of Arbitration.
4. On or before 09/18/2006 the Parties entered into a written agreement to arbitrate their dispute.
5. The Parties' Arbitration Agreement is valid and enforceable and governs all the issues in dispute.
6. This matter is arbitrable under the terms of the Parties' Arbitration Agreement and the law.
7. The matter has proceeded in accord with the applicable Forum Code of Procedure Rules.
8. The evidence submitted supports the issuance of this Award.
9. The applicable substantive law supports the issuance of this Award.

Therefore, the Arbitrator ISSUES:
An Award in favor of the Claimant, for a total amount of $15,012.57.

Entered and Affirmed in the State of California

Ronald H. Kahn, Esq.
Arbitrator

Date: 01/03/2007

ACKNOWLEDGEMENT AND CERTIFICATE
OF SERVICE
This Award was duly entered and the Forum hereby certifies that pursuant to the Parties' Arbitration Agreement, a copy of this Award was sent by first class mail postage prepaid to the Parties at the above referenced addresses, or their Representatives, on this date.

Honorable Harold Kahn, Ret.
Director
Date: 01/04/2007

EXHIBIT A