The Chase Manhattan Bank (USA)

# CHASE

# VISA
# CREDIT AGREEMENT

Please read this Agreement carefully. It contains the rates and terms that govern your Account, including the annual membership fee of $20 (which is waived for the first year), the variable interest rate for purchases is tied to the Prime Rate as published in *The Wall Street Journal*, plus 10.4 percentage points. Your initial monthly periodic rate for Purchases would be **1.367%** (nominal **Annual Percentage Rate 16.4%**), based on rates effective October 30, 1992). The monthly periodic rate for cash advances is **1.65%** (nominal **Annual Percentage Rate 19.8%**). It also tells you what to do if you no longer want the Account.

INDEX

Definitions ............................................. 1
Use Of Your VISA Account ............................ 1
Authorizations ....................................... 2
Obligations On Your VISA Account ................... 2
Your Credit Line ..................................... 3
Periodic Statement ................................... 3
Payments On Your Account ............................ 4
The Minimum Monthly Payment ........................ 4
Application Of Payments ............................. 4
Credit Balances And Overpayments ................... 4
Finance Charges ...................................... 7
Other Charges ........................................ 8
Default .............................................. 8
Collection Costs And Attorney's Fees ............... 8
Amendments To This Agreement ....................... 9
Cancellation ......................................... 9
No Security Interest ................................. 9
Credit Reporting ..................................... 10
Notices And Change Of Your Address ................. 10
Foreign Currency Transactions Effective ............ 10
When This Agreement Becomes Effective .............. 10
Delayed Enforcement .................................. 10
Severability ......................................... 10
Law That Applies ..................................... 11
Inquiries Or Questions ............................... 11
Your Liability For Unauthorized Use Of Your Card ... 11

apply to this Agreement and to your use of your Card, your Checks and your Account.

**Inquiries Or Questions.** You may address any billing errors, inquiries or questions which you have about your Account to:

The Chase Manhattan Bank (USA)
VISA
P.O. Box 15008
Wilmington, Delaware 19850-5008

or, you may call us at 1-800-441-7681.

If you telephone us instead of writing, you may lose certain rights the law gives you to dispute billing errors.

**Your Liability For Unauthorized Use Of Your Card.** You may be liable for the unauthorized use of your Card. You will not be liable for unauthorized use that occurs after you notify The Chase Manhattan Bank, (USA), VISA Division, by writing to P.O. Box 15008, Wilmington, DE 15008-5008, of the loss, theft, or possible unauthorized use of your Card. In any case, your liability for unauthorized use will not exceed $50. You agree that anyone who is issued a Card for your Account (or anyone to whom you lend or give your Card) is authorized to make charges to your Account to the same extent as you and that such authority cannot be limited by you. Such authority will continue until you revoke it by notifying us, obtaining the Card in your physical possession, and if it is a Card issued to an authorized user, by also cutting it in half.

THE CHASE MANHATTAN BANK (USA)

NS 280 (L) 11/92 REV. 12-92

---

or more consumer reporting agencies (credit bureaus) and used in connection with your application and any update, renewal or extension of credit on your Account. If you request, you will be informed whether any consumer report was requested and, if so, of the name and address of the consumer reporting agency that furnished the report. You agree that we may exchange credit information about you with others in connection with your application, your Account, and any credit we extend to you.

**Notices And Change Of Your Address.** We can send statements and any other notices to you at the address shown for you on our files. If this is a joint Account, we can send statements and notices to either of you. You promise to inform us promptly of any changes in your address. You may write to us at the address listed below. To improve customer service and security, your telephone communications with us may be monitored or recorded.

**Foreign Currency Transactions.** Transactions on your Account made in a foreign currency are converted into U.S. dollar amounts by VISA International or MasterCard International, Inc., using their current respective currency conversion procedure and rate as disclosed by their members that issue their cards. Currently the currency conversion rate is generally either a wholesale market rate or a government-mandated rate in effect the day before the transaction processing date, increased by one percent. The currency conversion rate used on the processing date may differ from the rate in effect on the transaction date or the periodic statement posting date. We do not set the currency conversion rate nor do we receive any portion of it.

**When This Agreement Becomes Effective.** This Agreement becomes effective upon our approval in Delaware of your Account.

**Delayed Enforcement.** We can delay enforcing our rights under this Agreement without losing any of them.

**Severability.** The invalidity of any provision of this Agreement shall not affect the validity of any other provision.

**Law That Applies.** The laws of the United States of America and the State of Delaware

002659

**EXHIBIT A**

**Definitions.** In this Agreement, the words "you" and "your" mean any person (if more than one, individually and jointly) who is responsible for your VISA Account. "We", "us", and "our" refer to The Chase Manhattan Bank (USA). "Card" refers to the VISA Credit Card(s) which we issue to you. "Account" refers to your VISA Account with us.

**Use Of Your VISA Account.** We have sent you the VISA Card(s) you asked for. You agree to sign it promptly upon receipt. You may use the Card to lease or purchase goods and to obtain services on credit from any person who accepts the Card ("Purchase(s)"), and to obtain loans ("Cash Advance(s)") from us or from anyone who will accept the Card. In addition to the Card, we may issue Chase VISA checks ("Check(s)") to you which may also be used to obtain Cash Advances. We do not promise that everyone will honor the Card or Checks, and we have no obligation to you if anyone refuses to accept either of them. We will not be liable if any merchant, any bank or other person does not honor your Card, Check, or other form of request for a Purchase or Cash Advance, or fails to provide any service made available to you by us. From time to time you may be required to furnish identification when your Card is presented for use.

**Obtaining Credit Without A Card.** If you or someone you authorize to use your Account signs a sales slip, obtains a Cash Advance, or gives your Account number to make a Purchase or obtain a Cash Advance without presenting the Card (such as for a mail order or a telephone purchase), or if you sign a Check, the legal effect will be the same as if the Card itself was used by you.

**Use Of Chase VISA Checks.** Each Check contains your VISA Account number and may be used only by the person(s) whose name(s) is printed on it. Each must be completed and signed in the same way as a regular personal check. A Cash Advance is considered to be made and the funds received by you on the date we pay the Check. You may not use a Check to pay any amounts you owe under this Agreement.

We do not have to certify any Check and we are not obligated to pay a Check that is post-dated.

1

Checks paid by us will not be returned to you with your periodic statement, but will be identified on it.

**Credits For Refunds.** If you obtain a refund, adjustment or credit for a Purchase made with the Card, you will receive a credit to your Account, not cash.

**Return Of Cards And Checks.** We have the right to repossess at any time the Card(s) and Checks that we give you. You agree to surrender them at our request.

**Authorizations.** Purchases above certain amounts and all Cash Advances require our prior approval. Our prior approval may be required in other circumstances as well. These approvals are called "authorizations." We may limit the number of authorizations we will give your Account on any one day. At times when our authorization system is not fully working, we may not be able to give our approval for some transactions even though they would not exceed your credit limit. These restrictions are for security reasons because we cannot explain the details of how our authorization system works. You agree that neither we nor our authorization agent shall be liable for not giving an authorization.

**Obligations On Your VISA Account.** You authorize us to pay and charge your Account for all Purchases and Cash Advances resulting from the use of the Card, Checks or your Account. You agree to pay us for all of these Purchases and Cash Advances. You also agree to pay us the finance charges that are assessed on your Account, and any other amounts that you may owe us, according to the terms of this Agreement. Each person who signed the application to open an Account with us or otherwise agrees is obligated to pay the full amount owed on it. We may require that you pay the full amount without our first asking the other person(s) to pay.

We are not obligated to authorize a transaction using your Card or your Account or to pay a Check if:
(1) Your credit line or Cash Access line has been exceeded or would be exceeded by the transaction;
(2) you have failed to pay amounts owed to us when due or have failed to follow any of the terms of this Agreement; (3) you have notified us or we have determined that the Card or your Checks have or may have

2

been lost or stolen, or that there may be unauthorized access to your Account; or (4) you are in default or your rights under this Agreement have expired or been revoked.

**Your Credit Line.** Your credit line and cash access line is shown on the folder containing your Card and/or on each monthly periodic statement. The total Cash Advances outstanding on your Account at any one time may not exceed the "Cash Access" line or Access line at any time without prior notice, whichever is less. You agree not to make any Purchases or to obtain any Cash Advances that would make the unpaid balance of your Account exceed these limits. If you do, we may demand that you pay the excess and you agree to pay it immediately. You also agree that we may charge or cancel your credit line and/or Cash Access line at any time without prior notice and without affecting your obligation to pay amounts that you owe under this Agreement. Any such change or cancellation may result from our periodic review of the performance on your Account and/or consumer credit reports we may obtain from consumer reporting agencies (credit bureaus).

**Periodic Statements.** We will send you a periodic statement for each monthly billing cycle when there is any debit or credit balance of more than $1 or when a finance charge has been imposed. You agree to notify us if you do not receive any particular statement.

**Payments On Your Account.** All payments must be made by check or money order payable in U.S. dollars and delivered or mailed to us at the address indicated on your periodic statement. Any such payment may be returned without applying it to your Account for reasons including that it is; postdated; incomplete (such as when a signature is missing); the numeric amount is different than the written amount; or it is not made payable as indicated on your periodic statement. We may, but are not obligated to, accept any payment that is not drawn on the U.S. Post Office or a financial institution located in the United States.

We can accept late or partial payments, and payments that are marked with restrictive endorsements such as "payment in full", without losing any of our rights.

3

At our option, we may permit you to skip your minimum monthly payment for one or more months without penalty. Finance Charges will continue to accrue on the outstanding balance during such skip payment period(s) and your next required minimum monthly payment will be calculated in accordance with the method set forth in this Agreement.

**The Minimum Monthly Payment.** Each month, you may pay all or any part of your balance, except you must pay us at least your minimum payment by the Payment Due Date. Your minimum payment the total of:

1) the larger amount of 1/50th of your Purchases New Balance or $10 (or your entire Purchases New Balance if it is less than $10); plus

2) the larger amount of 1/50th of your Cash Advances New Balance or $10 (or your entire Cash Advances New Balance if it is less than $10); plus

3) any past due amount; plus

4) any amount you owe in excess of your credit or cash access line.

**Application Of Payments.** The amount of any payment on your Account will be applied in the following order: the annual membership fee, the minimum monthly periodic payment for Cash Advances previously billed, the entire balance of Purchases previously billed, the remaining balance of Cash Advances previously billed, new Purchases and new Cash Advances.

**Credit Balances And Overpayments.** If there is a credit balance on your Account or you make an overpayment which creates a credit balance, we will apply it to future amounts owed. If you ask, we will refund any credit balance owed to you. Even if you do not ask, if a credit balance greater than $1 remains in your Account for 6 months, we will automatically send you the credit balance outstanding at that time. We may charge to your Account and you agree to pay us for any credit balance(s) that is refunded to you in error.

**Finance Charges.** Finance Charges on your Account will be determined by applying a periodic rate to an average daily balance and assessing transaction fees. The circumstances under which these will be assessed and an explanation of how they are

determined are described below.

**Finance Charges Determined by Periodic Rate.**

**Purchases.** We determine a portion of the finance charge to your Account by applying a periodic rate described below to the "Purchase average daily balance" of your Account, an amount that will include current transactions. To get the "Purchase average daily balance," we take the beginning Purchase balance of your Account each day, add any new Purchases or debits, and subtract any payments or credits. This gives us the Purchase daily balance. Then, we add up all the Purchase daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Purchase average daily balance".

**Cash Advances.** We determine a portion of the finance charge on your Account by applying a periodic rate described below to the "Cash Advance average daily balance" of your Account. To get the "Cash Advance average daily balance," we take the beginning Cash Advance balance of your Account each day, add any new Cash Advances or debits, and subtract any payments or credits. This gives us the Cash Advance daily balance. Then, we add up all the Cash Advance daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Cash Advance average daily balance".

The monthly periodic rate applied to the Purchases average daily balance referred to above and the corresponding Annual Percentage Rate are variable rates and may increase or decrease from one billing cycle to another. For each billing cycle, the monthly periodic rate will be 1/12 of the sum of 10.4 percentage points plus the lowest Prime Rate published in the "Money Rates" table of The Wall Street Journal on the last business day of the calendar month immediately before that billing cycle.

If The Wall Street Journal does not publish the Prime Rate in the "Money Rates" table on the relevant date, the Prime Rate we use in setting the monthly periodic rate for Purchases on your Account will be the lowest Prime Rate published in The New York Times or any other newspaper of national circulation

selected by us. For purposes of this Agreement, the Prime Rate as published in the "Money Rates" table of The Wall Street Journal or any other newspaper of national circulation selected by us is merely a pricing index. It is not, and should not be considered by you to represent, the lowest or the best interest rate available to a borrower at any particular bank at any given time.

The monthly periodic rate for Purchases increases when the Prime Rate increases on the relevant date, and decreases when the Prime Rate decreases on the relevant date. An increase in the rate means you pay a larger Finance Charge, and may mean you pay a higher minimum monthly payment. A decrease in the rate means you pay a smaller Finance Charge, and may mean you pay a lower minimum monthly payment. There is no limit on the amount by which the monthly periodic rate and the corresponding Annual Percentage Rate may change at any one time or over the life of your Account. For instance, if the Annual Percentage Rate were to increase by 5 percentage points, the amount of the Finance Charge charged to your Account on an average daily balance of $1,000 would increase by $4.16 per month.

Your initial monthly periodic rate for Purchases would be **1.367%** (nominal **ANNUAL PERCENTAGE RATE 16.4%**) based on rates in effect October 30, 1992. The "Purchase average daily balance" is multiplied by the monthly periodic rate determined according to the above formula. If that result is less than **50¢**, a minimum **FINANCE CHARGE of 50¢** is imposed.

The "Cash Advance average daily balance" is multiplied by the monthly periodic rate of **1.65%** (the nominal **ANNUAL PERCENTAGE RATE** is **19.8%**).

Finance Charges are imposed on Purchases and Cash Advances from the transaction date or the first day of the billing cycle in which the transaction is posted to your Account (whichever is later), or, at our option, from the date the transaction is posted to your Account. Finance Charges continue to accrue until payment in full is received. However, there is no Purchase Finance Charge for a monthly billing cycle if the Purchases New Balance is paid and credited in full by

002661

the end of that billing cycle, or if the Purchases previous balance is zero.

**Finance Charges Determined By A Transaction Fee.** You will be charged and agree to pay us a transaction fee FINANCE CHARGE of 2% of the amount of each Cash Advance that you receive. However, we will charge for this fee not less than 50¢ nor more than $10 for each Cash Advance.

This Agreement provides for the compounding of Finance Charges (interest).

**Other Charges**

**Annual Membership Fee.** You agree to pay us when billed each year a non-refundable annual membership fee of $20 for your participation in this Agreement. However, the annual membership fee will not be charged for the first year your account is open. You agree to pay this fee whether or not you use the Account at any time during the year. Any annual fee you owe us may be treated as a Purchase when it is added to your Account.

**Sales Slip Or Duplicate Statement Fees.** In part because we are charged by other banks, you agree to pay us $5 for each photocopy of a sales slip and $10 for each original sales slip you request from us. You also agree to pay us $5 for each duplicate monthly statement you request. However, if a request for sales slips or duplicate statements reveals a billing error as defined by the Federal Reserve Board's Regulation Z, we will not impose or will credit your Account for the sales slips or duplicate statement fees. Any amounts you owe us will be added to your Account and treated as a Purchase.

**Late Payment Charges.** For any minimum monthly periodic payment which is not paid by the Payment Due Date shown on your periodic statement, you may be charged, and agree to pay, late payment charges as follows: $10 for any single late payment, $10 for any late payment where another payment remains unpaid, and $15 for any late payment where two or more other payments remain unpaid. Any late payment charges you owe us will be added to your Account and treated as a Purchase. You will be charged only one late payment charge for any minimum monthly periodic payment which is not paid by its Payment Due Date.

7

**Credit Insurance.** If you are offered credit insurance in connection with your Account, and you choose to purchase it through us, you authorize us to bill you its cost each month on your periodic statement and you agree to pay for it.

**Returned Payment Charges.** If your bank will not honor the check you gave us to pay amounts you owe under this Agreement, or we must return it to you because it is incomplete, you agree to pay us a fee of $10. Any amounts you owe us will be added to your Account and treated as a Purchase.

**State Exceptions.** The Sales Slip or Duplicate Statement Fees, Late Payment Charges, and Returned Payment Charges do not apply and will not be imposed if your billing address is in Colorado, Idaho, Indiana, Iowa, Kansas, Maine, Minnesota, Oklahoma, South Carolina, Utah, West Virginia, Wisconsin, or Wyoming unless the law of any of these states is changed to permit such charges.

**Default.** Your Account will be in default and we can require that the total outstanding balance be paid (this is known as the right of acceleration) if: (1) you exceed the credit limit in effect on your Account; (2) you fail to pay any amount owed under this Agreement when due, or (3) your ability to pay us is materially impaired (including, but not limited to, bankruptcy or insolvency proceedings that are initiated by or against you). We do not have to notify you or demand payment in order to take this action, unless applicable law requires that we give you a notice of a right to cure your default.

**Collection Costs And Attorney's Fees.** As permitted by applicable law, you agree to pay all court and other collection costs actually incurred by us in the collection of any amounts you owe us under this Agreement. In the event we refer your Account after it is in default to an attorney who is not our salaried employee to collect such amounts, to the extent permitted by applicable law, you agree to pay attorney's fees of 20% of the amount you owe us, a larger fee if it is reasonable, or such other amounts as may be permitted by a court or agreed to by you and us.

**Amendments To This Agreement.** We can amend any of the terms of this agreement at any time, and we can set the effective date for any

8

such amendment. We will notify you by mail of any such amendment as required by law. The amended terms of this Agreement can apply to all outstanding unpaid indebtedness and any future transactions on your Account. Any change which would increase the rate of Finance Charge, other fees, or impose a fee not set forth in this Agreement will be effective only if you now such amendment can obtain your consent so such amendment in one of two ways, as selected by us and disclosed to you with the notice of change of terms. Under one method, your consent to the amendment if: 1) after we give you notice of the change, you elect to use your Account after the effective date of the amendment; or 2) you agree in writing to the change. Under the other method, you consent to the change. Under the other method, you do not give us mail you notice of rejecting the change at the address written notice rejecting the change if within 30 days after we we provide; or 2) you use your Account after 30 days from the date we mail you notice of the change, regardless of whether you give us notice rejecting the change.

**Cancellation.** We can at any time without prior notice cancel your privileges under this Agreement (and we can list your Card in warning bulletins). We will notify you of a cancellation. You agree that you will not try to make any Purchase or obtain any Cash Advance after you have been notified that your privilege to use the Card or Checks has been cancelled. You may cancel your Account at any time by notifying us and cutting all Cards issued on your Account in half. You will remain liable for any charges made to your Account (by you, a joint account cardholder or anyone to whom you have lent, given or had issued a Card on your Account) prior to your cutting all Cards in half and notifying us of the cancellation. For any cancellation of your Account, we can require that you return to us all Cards issued on your Account.

**No Security Interest.** For your Account, we specifically waive any security interest in your property that we may have under any other agreement with you.

**Credit Reporting.** You agree that a consumer credit report may be requested periodically from one

9

002662

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 07/07/2003 | $194.65 | $12.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

 CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE $194.65 | PAYMENT DUE DATE 07/07/2003 | TOTAL CREDIT LINE $8,200 | TOTAL AVAILABLE CREDIT $8,005 | STATEMENT CLOSING DATE 06/12/2003 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $202.78 |
| (-) Payments, Credits | 320.00 |
| (+) Purchases, Cash, Debits | 300.00 |
| (+) FINANCE CHARGES | 11.87 |
| (=) New Balance | 194.65 |
| Minimum Payment Due | $12.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 05/21 | 05/21 | EAYVM | CASH WELLS FARGO C/A #  SAN FRANCISCOCA | | 300.00 |
| 05/28 | 05/28 | TKZSM | PAYMENT THANK YOU | 300.00 | |
| 06/06 | 06/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 20.00 | |
| | | | Total of your credits and charges | 320.00 | 300.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,000.00
EXPIRING ON                12/31/03

**Here's how we determined your Finance Charge\*:**          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TRANSACTION FEE FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|
| Cash | 0.05477% | $174.65 | $2.87 | $9.00 | $11.87 | 19.99% | 47.48% |
| Purchases | 0.02463% | $0.00 | $0.00 | $0.00 | $0.00 | 8.99% | 0.00% |
| Prior Purchases | 0.03466% | $0.00 | $0.00 | $0.00 | $0.00 | 12.65% | 12.65% |

\* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

**EXHIBIT B**

B-1

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 08/08/2003 | $380.80 | $10.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

**CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $380.80 | 08/08/2003 | $8,200 | $7,819 | 07/14/2003 |

## Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $194.65 |
| (-) Payments, Credits | 20.00 |
| (+) Purchases, Cash, Debits | 201.33 |
| (+) FINANCE CHARGES | 4.82 |
| (=) New Balance | 380.80 |
| Minimum Payment Due | $10.00 |

## Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 06/13 | 06/13 | RXSGM | WALGREEN    00055996  SAN FRANCISCO CA | | 2.19 |
| 06/12 | 06/13 | QDBJM | WHOLE FOODS MARKET S1A  SAN FRANCISO CA | | 46.48 |
| 06/14 | 06/14 | QH79M | VERIZON WIRELESS    800-922-0204 NJ | | 50.36 |
| 06/16 | 06/16 | EF4ZM | UNION 76    00371070  SAN FRANCISCO CA | | 21.30 |
| 06/17 | 06/17 | 3GANM | VITKOFF CHIROPRACTIC    SAN FRANCISCO CA | | 58.00 |
| 06/19 | 06/19 | ASZYM | NAIL TOUCH    SAN FRANCISCO CA | | 23.00 |
| 07/07 | 07/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 20.00 | |
| | | | Total of your credits and charges | 20.00 | 201.33 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS           9,000.00
EXPIRING ON                 12/31/03

## Here's how we determined your Finance Charge*:          Days in Billing Cycle: 32

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $191.30 | $3.35 | $3.35 | 19.99% | 19.99% |
| Purchases | 0.02463% | $186.85 | $1.47 | $1.47 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at **1-800-334-0601**
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    **1-800-545-0464.**

Page 1 of 1

B-2

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE 09/07/2003 | NEW BALANCE $833.68 | MINIMUM DUE $16.00 |
|---|---|---|

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

**CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE $833.68 | PAYMENT DUE DATE 09/07/2003 | TOTAL CREDIT LINE $8,200 | TOTAL AVAILABLE CREDIT $7,366 | STATEMENT CLOSING DATE 08/13/2003 |
|---|---|---|---|---|

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $380.80 |
| (-) Payments, Credits | 586.37 |
| (+) Purchases, Cash, Debits | 1,032.49 |
| (+) FINANCE CHARGES | 6.76 |
| (=) New Balance | 833.68 |
| Minimum Payment Due | $16.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 07/23 | 07/23 | ZR93M | IKEA EAST BAY       EMERYVILLE  CA | | 220.82 |
| 07/29 | 07/29 | YZW0M | GAP #0139/THE      SAN FRANCISCOCA | | 63.02 |
| 08/06 | 08/06 | 28P6M | BANANA REPUBLIC #8035  SAN FRANCISCOCA | | 748.65 |
| 08/08 | 08/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 20.00 | |
| 08/11 | 08/11 | FZ3QM | BANANA REPUBLIC #8028  SAN MATEO  CA | 566.37 | |
| | | | Total of your credits and charges | 586.37 | 1,032.49 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,000.00
EXPIRING ON          12/31/03

**Here's how we determined your Finance Charge\*:**          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $161.27 | $2.65 | $2.65 | 19.99% | 19.99% |
| Purchases | 0.02463% | $556.85 | $4.11 | $4.11 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-3

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 10/07/2003 | $839.88 | $16.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

### CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $839.88 | 10/07/2003 | $8,200 | $7,360 | 09/12/2003 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $833.68 |
| (-) Payments, Credits | 20.00 |
| (+) Purchases, Cash, Debits | 20.00 |
| (+) FINANCE CHARGES | 6.20 |
| (=) New Balance | 839.88 |
| Minimum Payment Due | $16.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 09/06 | 09/06 | N0YAM | UNION SQUARE GARAGE    SANFRANCISCO CA | | 14.00 |
| 09/06 | 09/06 | SHJPM | SCALA'S/CAFFE/STARLIGH  SAN FRANCISCOCA | | 6.00 |
| 09/07 | 09/07 | GDDAM | AUTO-PAY - THANK YOU 041106882095 | 20.00 | |
| | | | Total of your credits and charges | 20.00 | 20.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS              9,000.00
EXPIRING ON                    12/31/03

**Here's how we determined your Finance Charge\*:**     Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $2.14 | $.03 | $.03 | 19.99% | 19.99% |
| Purchases | 0.02463% | $835.20 | $6.17 | $6.17 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-4

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 11/07/2003 | $3,110.64 | $62.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $3,110.64 | 11/07/2003 | $8,200 | $5,089 | 10/14/2003 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $839.88 |
| (-) Payments, Credits | 182.75 |
| (+) Purchases, Cash, Debits | 2,442.19 |
| (+) FINANCE CHARGES | 11.32 |
| (=) New Balance | 3,110.64 |
| Minimum Payment Due | $62.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 09/13 | 09/13 | FJM9M | JETBLUE  ZBU9EM    DARIEN    CT | | 286.50 |
| 10/07 | 10/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 20.00 | |
| 10/10 | 10/10 | QZ3PM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 1,992.94 |
| 10/10 | 10/10 | QZ69M | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 162.75 | |
| 10/10 | 10/10 | QZ5JM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 162.75 |
| | | | Total of your credits and charges | 182.75 | 2,442.19 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,000.00
EXPIRING ON          12/31/03

**Here's how we determined your Finance Charge\*:**          **Days in Billing Cycle: 32**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $.02 | $0.00 | $0.00 | 19.99% | 19.99% |
| Purchases | 0.02463% | $1,437.21 | $11.32 | $11.32 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-5

**ACCOUNT NUMBER: 5222 7631 1071 6176**

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 12/08/2003 | $5,814.49 | $116.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
**ACCOUNT NUMBER: 5222 7631 1071 6176**

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $5,814.49 | 12/08/2003 | $8,200 | $2,385 | 11/13/2003 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $3,110.64 |
| (-) Payments, Credits | 2,311.49 |
| (+) Purchases, Cash, Debits | 4,981.38 |
| (+) FINANCE CHARGES | 33.96 |
| (=) New Balance | 5,814.49 |
| Minimum Payment Due | $116.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 10/14 | 10/14 | DPLNM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 875.38 | |
| 10/14 | 10/14 | | **FINANCE CHARGE** PREV CYCLE PURCHASES | .21 | |
| 10/14 | 10/14 | DPP0M | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 195.30 | |
| 10/14 | 10/14 | | **FINANCE CHARGE** PREV CYCLE PURCHASES | .05 | |
| 10/13 | 10/15 | 1SAMM | BANANA REPUBLIC #8035  SAN FRANCISCOCA | | 317.34 |
| 10/14 | 10/15 | AZVKM | BANANA REPUBLIC #8595  EMERYVILLE  CA | | 229.91 |
| 10/14 | 10/15 | DPJBM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 30.38 |
| 10/14 | 10/15 | 9TP4M | BOTTEGA VENETA #312   SAN FRANCISCOCA | | 1,681.75 |
| 10/17 | 10/17 | PTA6M | BANANA REPUBLIC #8035  SAN FRANCISCOCA | 177.93 | |
| 10/17 | 10/17 | AYLTM | SUTTER STOCKTON GARAGE  SANFRANCISCO CA | | 8.00 |
| 10/29 | 10/29 | KNG9M | JETBLUE IHP2BN       DARIEN    CT | | 326.50 |
| 11/02 | 11/02 | 65E1M | BANANA REPUBLIC #8035  SAN FRANCISCOCA | 233.82 | |
| 11/06 | 11/06 | BBH6M | ARTHUR BEREN SHOES     SAN FRANCISC CA | | 428.58 |
| 11/07 | 11/07 | SWAGM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 788.80 |
| 11/07 | 11/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 40.00 | |
| 11/08 | 11/08 | 2TKTM | GAP #0141/THE     BURLINGAME  CA | | 59.53 |
| 11/08 | 11/08 | G6F5M | J. CREW RETAIL #558   BURLIMGAME CA | | 147.22 |
| 11/09 | 11/09 | 2RLYM | GAP #0139/THE      SAN FRANCISCOCA | 95.48 | |
| 11/09 | 11/09 | 73MBM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 693.32 | |
| 11/09 | 11/09 | 73PRM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 963.37 |
| | | | Total of your credits and charges | 2,311.49 | 4,981.38 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,000.00
EXPIRING ON             12/31/03

Page 1 of 2

B-6

**Here's how we determined your Finance Charge\*:**          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $4,595.86 | $33.96 | $33.96 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

**Questions about your account?** Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at **1-800-334-0601** or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:     **1-800-545-0464.**

Page 8 of 8

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 01/06/2004 | $5,551.62 | $111.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

3110

## CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $5,551.62 | 01/06/2004 | $8,200 | $2,648 | 12/12/2003 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $5,814.49 |
| (-) Payments, Credits | 2,125.04 |
| (+) Purchases, Cash, Debits | 1,823.00 |
| (+) FINANCE CHARGES | 39.17 |
| (=) New Balance | 5,551.62 |
| Minimum Payment Due | $111.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 11/15 | 11/15 | AJEPM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 575.05 | |
| 11/15 | 11/15 | AJLDM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 60.76 |
| 11/15 | 11/15 | AJNNM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 182.28 |
| 11/15 | 11/15 | TYB5M | MARC JACOBS  SAN FRANCISCOCA | | 813.75 |
| 11/17 | 11/17 | E5XTM | ARTHUR BEREN SHOES  SAN FRANCISC CA | 428.58 | |
| 11/18 | 11/18 | XWZ6M | GAP #0139/THE  SAN FRANCISCOCA | | 59.66 |
| 11/19 | 11/19 | 1Q44M | PAYMENT THANK YOU | 919.13 | |
| 11/25 | 11/25 | RBHQM | ETRO USA  NEW YORK  NY | | 330.00 |
| 11/29 | 11/29 | GEM7M | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 113.85 |
| 12/05 | 12/05 | TVYXM | THE POSTAL CHASE #2  SAN FRANCISCOCA | | 89.21 |
| 12/08 | 12/08 | AVA3M | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | | 173.49 |
| 12/08 | 12/08 | AVQDM | SAKS FIFTH AVENUE #004  SAN FRANCISCOCA | 182.28 | |
| 12/08 | 12/08 | GDDAM | AUTO-PAY - THANK YOU 04110598209 | 20.00 | |
| | | | Total of your credits and charges | 2,125.04 | 1,823.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS     9,000.00
EXPIRING ON     12/31/03

### Here's how we determined your Finance Charge*:     Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $5,484.56 | $39.17 | $39.17 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:     1-800-545-0464.

Page 1 of 1

B-8

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 02/08/2004 | $4,877.61 | $97.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,877.61 | 02/08/2004 | $12,000 | $7,122 | 01/14/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $5,551.62 |
| (-) Payments, Credits | 1,203.80 |
| (+) Purchases, Cash, Debits | 482.47 |
| (+) FINANCE CHARGES | 47.32 |
| (=) New Balance | 4,877.61 |
| Minimum Payment Due | $97.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 12/12 | 12/13 | FVZ3M | ATA AIR 36675267376300 WILTON    CT | | 353.50 |
| 12/12 | 12/13 | L00LM | AGNT FEE 89081195052861 TRAVEL BUREAUCT | | 35.00 |
| 12/11 | 12/13 | ZM8QM | TRAVELOCITY COM    18002569089 TX | | 5.00 |
| 12/14 | 12/14 | L1BQM | SAKS FIFTH AVENUE #004 SAN FRANCISCOCA | 113.85 | |
| 12/15 | 12/15 | Y5E4M | LACOSTE SAN FRANCISCO NEW YORK    NY | | 88.97 |
| 01/06 | 01/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 111.00 | |
| 01/12 | 01/12 | 0JKJM | PAYMENT THANK YOU | 978.95 | |
| | | | Total of your credits and charges | 1,203.80 | 482.47 |

IMPORTANT: PLEASE READ THE CHANGE IN TERMS NOTICE THAT
ACCOMPANIES THIS BILLING STATEMENT.
TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS        9,585.00
EXPIRING ON        12/31/04

**Here's how we determined your Finance Charge\*:**    **Days in Billing Cycle: 33**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $5,822.35 | $47.32 | $47.32 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

B-9

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 03/08/2004 | $4,803.65 | $96.00 |

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

# Facsimile Copy

3110

**CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,803.65 | 03/08/2004 | $12,000 | $7,196 | 02/12/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,877.61 |
| (-) Payments, Credits | 133.81 |
| (+) Purchases, Cash, Debits | 25.00 |
| (+) FINANCE CHARGES | 34.85 |
| (=) New Balance | 4,803.65 |
| Minimum Payment Due | $96.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| | | | | | 25.00 |
| 01/14 | 01/15 | MJG6M | CHASE REWARDS MEMBERSHIP | | |
| 01/31 | 01/31 | G0WJM | J. CREW RETAIL #558    BURLIMGAME  CA | 36.81 | |
| 02/06 | 02/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 97.00 | |
| | | | Total of your credits and charges | 133.81 | 25.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,585.00
EXPIRING ON          12/31/04

**Here's how we determined your Finance Charge*:**          Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $4,879.59 | $34.85 | $34.85 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

https://instantimage.bankone.net/Star/action/Print.do?pageName=CCStmt&null&nTotalIte...    3/26/2007

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 04/06/2004 | $4,741.96 | $94.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

 **CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,741.96 | 04/06/2004 | $12,000 | $7,258 | 03/12/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,803.65 |
| (-) Payments, Credits | 96.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 34.31 |
| (=) New Balance | 4,741.96 |
| Minimum Payment Due | $94.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 03/08 | 03/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 96.00 | |
| | | | Total of your credits and charges | 96.00 | 0.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS            9,585.00
EXPIRING ON                  12/31/04

**Here's how we determined your Finance Charge*:**          **Days in Billing Cycle: 29**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $4,803.69 | $34.31 | $34.31 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

B-11

Page 4 of 13

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 05/07/2004 | $4,895.89 | $97.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

**CHASE**

Chase Platinum MasterCard
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $4,895.89 | 05/07/2004 | $12,000 | $7,104 | 04/13/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,741.96 |
| (-) Payments, Credits | 94.00 |
| (+) Purchases, Cash, Debits | 209.20 |
| (+) FINANCE CHARGES | 38.73 |
| (=) New Balance | 4,895.89 |
| Minimum Payment Due | $97.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 03/18 | 03/18 | VBHTM | AMERICAN 00121290735981 TICKET MAILEDTX | | 209.20 |
| 04/06 | 04/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 94.00 | |
| | | | Total of your credits and charges | 94.00 | 209.20 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS       9,585.00
EXPIRING ON       12/31/04

**Here's how we determined your Finance Charge^:**       **Days in Billing Cycle: 32**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $4,913.66 | $38.73 | $38.73 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:       1-800-545-0464.

Page 1 of 1

B-12

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 06/07/2004 | $5,441.72 | $108.00 |

# Facsimile
3110
# Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard☐
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $5,441.72 | 06/07/2004 | $12,000 | $6,558 | 05/13/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $4,895.89 |
| (-) Payments, Credits | 2,244.39 |
| (+) Purchases, Cash, Debits | 2,742.78 |
| (+) FINANCE CHARGES | 47.44 |
| (=) New Balance | 5,441.72 |
| Minimum Payment Due | $108.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 04/17 | 04/17 | GDT9M | SAKS FIFTH AVENUE #004   SAN FRANCISCOCA | | 1,182.65 |
| 04/17 | 04/17 | GDNXM | SAKS FIFTH AVENUE #004   SAN FRANCISCOCA | | 591.32 |
| 04/20 | 04/20 | ZD2RM | UNION 76   00374272  SAN FRANCISCOCA | | 25.51 |
| 04/21 | 04/21 | NR76M | SUGARSHACK           SAN FRANCISCOCA | | 150.00 |
| 05/01 | 05/01 | 74E9M | SAN FRANCISCO STABLES   SAN FRANCISCOCA | | 85.00 |
| 05/02 | 05/02 | 9P3TM | AMERICAW 4011573338073125  MANKATO    MN | | 311.70 |
| 05/02 | 05/02 | VYE2M | ORBITZ * SERVICE FEES   WWWORBITZCOM IL | | 6.00 |
| 05/04 | 05/04 | 6873M | BANANA REPUBLIC #8035   SAN FRANCISCOCA | | 217.00 |
| 05/04 | 05/04 | F9KKM | SAKS FIFTH AVENUE #004   SAN FRANCISCOCA | 320.07 | |
| 05/04 | 05/04 | F9RZM | SAKS FIFTH AVENUE #004   SAN FRANCISCOCA | 488.25 | |
| 05/04 | 05/04 | J9K7M | ORIGINAL LEVIS STORE    SAN FRANCISCOCA | | 173.60 |
| 05/05 | 05/05 | MKSSM | BANANA REPUBLIC #8035   SAN FRANCISCOCA | 10.85 | |
| 05/05 | 05/05 | AP7WM | SAKS FIFTH AVENUE #004   SAN FRANCISCOCA | 271.25 | |
| 05/05 | 05/05 | J9KEM | ORIGINAL LEVIS STORE    SAN FRANCISCOCA | 43.40 | |
| 05/07 | 05/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 97.00 | |
| 05/10 | 05/10 | MKMMM | PAYMENT THANK YOU-ELECTRONIC CK | 1,013.57 | |
| | | | Total of your credits and charges | 2,244.39 | 2,742.78 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS           9,585.00
EXPIRING ON                 12/31/04

B-13

**Here's how we determined your Finance Charge\*:**          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $6,420.04 | $47.44 | $47.44 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

**Questions about your account?** Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:     1-800-545-0464.

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 07/06/2004 | $5,273.05 | $105.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $5,273.05 | 07/06/2004 | $12,000 | $6,726 | 06/11/2004 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $5,441.72 |
| (-) Payments, Credits | 819.93 |
| (+) Purchases, Cash, Debits | 611.93 |
| (+) FINANCE CHARGES | 39.33 |
| (=) New Balance | 5,273.05 |
| Minimum Payment Due | $105.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 06/06 | 06/06 | LRW2M | BANANA REPUBLIC #8035  SAN FRANCISCO CA | | 611.93 |
| 06/07 | 06/07 | ZLRJM | BANANA REPUBLIC #8274  BURLINGAME  CA | 269.07 | |
| 06/07 | 06/07 | GDDAM | AUTO-PAY - THANK YOU 041106682096 | 108.00 | |
| 06/11 | 06/11 | LGS3M | PAYMENT THANK YOU-ELECTRONIC CK | 442.86 | |
| | | | Total of your credits and charges | 819.93 | 611.93 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,585.00
EXPIRING ON          12/31/04

### Here's how we determined your Finance Charge*:    Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | .05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | .02463% | $5,506.89 | $39.33 | $39.33 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

https://instantimage.bankone.net/Star/action/Print.do?pageName=CCStmt&null&nTotalIte...    3/26/2007

Page 8 of 13

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 08/08/2004 | $5,697.44 | $113.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard☐
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $5,697.44 | 08/08/2004 | $12,000 | $6,302 | 07/14/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $5,273.05 |
| (-) Payments, Credits | 105.00 |
| (+) Purchases, Cash, Debits | 484.70 |
| (+) FINANCE CHARGES | 44.69 |
| (=) New Balance | 5,697.44 |
| Minimum Payment Due | $113.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 06/11 | 06/12 | P15VM | SUGARSHACK          SAN FRANCISCOCA | | 154.70 |
| 06/30 | 06/30 | Q9R3M | CINTA SALON         SAN FRANCISCOCA | | 130.00 |
| 07/06 | 07/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 105.00 | |
| 07/12 | 07/12 | ZSJQM | SAN FRANCISCO SYMPHONY  SAN FRANCISCOCA | | 200.00 |
| | | | Total of your credits and charges | 105.00 | 484.70 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS             9,585.00
EXPIRING ON          12/31/04

**Here's how we determined your Finance Charge*:**          Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05477% | $0.00 | $0.00 | $0.00 | 19.99% | 0.00% |
| Purchases | 0.02463% | $5,497.90 | $44.69 | $44.69 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:   1-800-545-0464.

Page 1 of 1

B-16

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 09/06/2004 | $6,222.54 | $124.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $6,222.54 | 08/06/2004 | $12,000 | $5,777 | 08/12/2004 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $5,697.44 |
| (-) Payments, Credits | 113.00 |
| (+) Purchases, Cash, Debits | 595.61 |
| (+) FINANCE CHARGES | 42.49 |
| (=) New Balance | 6,222.54 |
| Minimum Payment Due | $124.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 07/29 | 07/29 | 64SAM | UNION 76      00399964  SAN FRANCISCOCA | | 27.72 |
| 07/29 | 07/29 | 5GD8M | WHOLE FOODS MARKET S1A  SAN FRANCISO CA | | 36.62 |
| 07/30 | 07/30 | NWS6M | BED BATH & BEYOND #315  COLMA      CA | | 151.52 |
| 08/02 | 08/02 | 34PVM | WILKES BASHFORD      SAN FRANCISCOCA | | 379.75 |
| 08/08 | 08/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 113.00 | |

Total of your credits and charges          113.00          595.61

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          9,585.00
EXPIRING ON          12/31/04

### Here's how we determined your Finance Charge*:          Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05545% | $0.00 | $0.00 | $0.00 | 20.24% | 0.00% |
| Purchases | 0.02463% | $5,948.45 | $42.49 | $42.49 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:      1-800-545-0464.

Page 1 of 1

B-17

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 10/09/2004 | $6,257.19 | $125.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

 **CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $6,257.19 | 10/09/2004 | $12,000 | $5,742 | 09/14/2004 |

## Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $6,222.54 |
| (-) Payments, Credits | 1,544.37 |
| (+) Purchases, Cash, Debits | 1,524.38 |
| (+) FINANCE CHARGES | 54.64 |
| (=) New Balance | 6,257.19 |
| Minimum Payment Due | $125.00 |

## Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 08/19 | 08/19 | D1MYM | LOEHMANN'S - #111    SAN FRANCISCOCA | | 998.15 |
| 08/30 | 08/30 | D1DYM | LOEHMANN'S - #111    SAN FRANCISCOCA | 531.63 | |
| 09/03 | 09/03 | R6BFM | THE BAR          SAN FRANCISCOCA | | 526.23 |
| 09/06 | 09/06 | 19G7M | PAYMENT THANK YOU-ELECTRONIC CK | 992.74 | |
| 09/06 | 09/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 20.00 | |
| | | | Total of your credits and charges | 1,544.37 | 1,524.38 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS        9,585.00
EXPIRING ON          12/31/04

## Here's how we determined your Finance Charge*:    Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05614% | $0.00 | $0.00 | $0.00 | 20.49% | 0.00% |
| Purchases | 0.02463% | $6,723.31 | $54.64 | $54.64 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

**Questions** about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at **1-800-334-0601** or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    **1-800-545-0464.**

Page 1 of 1

B-18

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 11/07/2004 | $6,491.75 | $129.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $6,491.75 | 11/07/2004 | $12,000 | $5,508 | 10/13/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $6,257.19 |
| (-) Payments, Credits | 352.86 |
| (+) Purchases, Cash, Debits | 540.30 |
| (+) FINANCE CHARGES | 47.12 |
| (=) New Balance | 6,491.75 |
| Minimum Payment Due | $129.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 09/14 | 09/15 | M8MPM | BLUE CROSS PET HOSPTIA  SAN FRANCISCOCA | | 212.00 |
| 09/29 | 09/29 | 78R9M | BLOOMINGDALE'S BR     BOCA RATON  FL | | 246.81 |
| 09/29 | 09/29 | JR74M | DESIGNER RESALE CORP   NEW YORK  NY | | 81.49 |
| 10/08 | 10/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 125.00 | |
| 10/09 | 10/09 | HT68M | BLOOMINGDALE'S #31     PALO ALTO  CA | 227.86 | |
| | | | Total of your credits and charges | 352.86 | 540.30 |
| | | | TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO | | |
| | | | REDEEMABLE POINTS            9,585.00 | | |
| | | | EXPIRING ON              12/31/04 | | |

**Here's how we determined your Finance Charge*:**          Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05682% | $0.00 | $0.00 | $0.00 | 20.74% | 0.00% |
| Purchases | 0.02463% | $6,596.46 | $47.12 | $47.12 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-19

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE 12/06/2004 | NEW BALANCE $10,138.50 | MINIMUM DUE $202.00 |
|---|---|---|

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $10,138.50 | 12/06/2004 | $12,000 | $1,861 | 11/11/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $6,491.75 |
| (-) Payments, Credits | 129.00 |
| (+) Purchases, Cash, Debits | 3,713.62 |
| (+) FINANCE CHARGES | 62.13 |
| (=) New Balance | 10,138.50 |
| Minimum Payment Due | $202.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 10/13 | 10/14 | F1DJM | WINE IMPRESSION       SAN FRANCISCOCA | | 18.41 |
| 10/16 | 10/16 | AY2TM | CINTA SALON       SAN FRANCISCOCA | | 166.65 |
| 10/22 | 10/22 | WE6RM | AMERICAN       TICKET MAILEDTX | | 209.20 |
| 10/26 | 10/26 | BKAQM | BAL TRANS MBNA       REF# 1000   NJ | | 2,814.45 |
| 10/27 | 10/27 | 4Z6ZM | ENTERPRISE FOR HIGH SC  SAN FRANCISCOCA | | 150.00 |
| 10/31 | 10/31 | 61YLM | DSW SHOE WAREH00291690   DALLAS    TX | | 296.50 |
| 11/01 | 11/01 | H1FDM | TARGET       00008755  DALLAS    TX | | 58.41 |
| 11/07 | 11/07 | GDDAM | AUTO-PAY - THANK YOU 041106882086 | 129.00 | |
| | | | Total of your credits and charges | 129.00 | 3,713.62 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS       9,585.00
EXPIRING ON       12/31/04

**Here's how we determined your Finance Charge*:**       Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05682% | $0.00 | $0.00 | $0.00 | 20.74% | 0.00% |
| Purchases | 0.02463% | $8,698.97 | $62.13 | $62.13 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:   1-800-545-0464.

Page 1 of 1

B-20

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 01/08/2005 | $10,018.78 | $200.00 |

# Facsimile Copy
3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## ◼ CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $10,018.78 | 01/08/2005 | $12,000 | $1,981 | 12/14/2004 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $10,138.50 |
| (-) Payments, Credits | 202.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 82.28 |
| (=) New Balance | 10,018.78 |
| Minimum Payment Due | $200.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 12/06 | 12/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 202.00 | |
| | | | Total of your credits and charges | 202.00 | 0.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS        9,585.00
EXPIRING ON        12/31/04

**Here's how we determined your Finance Charge\*:**    Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05751% | $0.00 | $0.00 | $0.00 | 20.99% | 0.00% |
| Purchases | 0.02463% | $10,123.41 | $82.28 | $82.28 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-21

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 02/07/2005 | $9,946.86 | $198.00 |

# Facsimile
### 3110
# Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard⬚
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,946.86 | 02/07/2005 | $10,300 | $353 | 01/13/2005 |

### Here is your Account Summary:

| | TOTAL |
|---|---|
| Previous Balance | $10,018.78 |
| (-) Payments, Credits | 200.00 |
| (+) Purchases, Cash, Debits | 54.00 |
| (+) FINANCE CHARGES | 74.08 |
| (=) New Balance | 9,946.86 |
| Minimum Payment Due | $198.00 |

### Here are your Charges and Credits at a glance:

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 01/04 | 01/04 | 624VM | FAT CHANCE BELLY DANCE  4154314322  CA | | 54.00 |
| 01/07 | 01/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 200.00 | |
| | | | Total of your credits and charges | 200.00 | 54.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          54.00
EXPIRING ON          12/31/05

### Here's how we determined your Finance Charge*:          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05819% | $0.00 | $0.00 | $0.00 | 21.24% | 0.00% |
| Purchases | 0.02463% | $10,025.96 | $74.08 | $74.08 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52063, Phoenix, AZ 85072-2063. Para Servicio al Cliente en Español:    1-800-545-0464.

B-22

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 03/08/2005 | $9,845.09 | $196.00 |

# Facsimile
3110
# Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

**CHASE**

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,845.09 | 03/08/2005 | $10,300 | $454 | 02/11/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,946.86 |
| (-) Payments, Credits | 198.00 |
| (+) Purchases, Cash, Debits | 25.00 |
| (+) FINANCE CHARGES | 71.23 |
| (=) New Balance | 9,845.09 |
| Minimum Payment Due | $196.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 01/13 | 01/14 | MJG4M | CHASE REWARDS MEMBERSHIP | | 25.00 |
| 02/07 | 02/07 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 198.00 | |
| | | | Total of your credits and charges | 198.00 | 25.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS            54.00
EXPIRING ON            12/31/05

**Here's how we determined your Finance Charge\*:**          Days in Billing Cycle: 29

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05819% | $0.00 | $0.00 | $0.00 | 21.24% | 0.00% |
| Purchases | 0.02463% | $9,972.16 | $71.23 | $71.23 | 8.99% | 8.99% |

\* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 52095, Phoenix, AZ 85072-2095. Para Servicio al Cliente en Español:    1-800-545-0464.

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 04/09/2005 | $9,726.59 | $194.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,726.59 | 04/09/2005 | $10,300 | $573 | 03/15/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,845.09 |
| (-) Payments, Credits | 196.00 |
| (+) Purchases, Cash, Debits | 0.00 |
| (+) FINANCE CHARGES | 77.50 |
| (=) New Balance | 9,726.59 |
| Minimum Payment Due | $194.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 03/08 | 03/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 196.00 | |
| | | | Total of your credits and charges | 196.00 | 0.00 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          54.00
EXPIRING ON          12/31/05

**Here's how we determined your Finance Charge^:**          Days in Billing Cycle: 32

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.05888% | $0.00 | $0.00 | $0.00 | 21.49% | 0.00% |
| Purchases | 0.02463% | $9,833.72 | $77.50 | $77.50 | 8.99% | 8.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español:     1-800-545-0464.

Page 1 of 1

B-24

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 05/08/2005 | $9,776.38 | $232.00 |

# Facsimile
3110
# Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

## CHASE

Chase Platinum MasterCard▯
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,776.38 | 05/08/2005 | $10,300 | $523 | 04/13/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,726.59 |
| (-) Payments, Credits | 194.00 |
| (+) Purchases, Cash, Debits | 11.99 |
| (+) FINANCE CHARGES | 231.80 |
| (=) New Balance | 9,776.38 |
| Minimum Payment Due | $232.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | | CREDITS | CHARGES |
|---|---|---|---|---|---|---|
| 03/17 | 03/17 | M8GTM | PRIVACYGUARD36795324866-386-9381 | CT | | 11.99 |
| 04/08 | 04/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | | 194.00 | |
| | | | Total of your credits and charges | | 194.00 | 11.99 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          54.00
EXPIRING ON          12/31/05

**Here's how we determined your Finance Charge^:**          **Days in Billing Cycle: 29**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.08146% | $0.00 | $0.00 | $0.00 | 29.74% | 0.00% |
| Purchases | 0.08146% | $9,809.84 | $231.80 | $231.80 | 29.74% | 29.74% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español:          1-800-545-0464.

B-25

https://instantimage.bankone.net/Star/action/Print.do?pageName=CCStmt&null&nTotalIte...          3/26/2007

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 06/06/2005 | $9,791.33 | $235.00 |

# Facsimile Copy

3110

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

 **CHASE**

Chase Platinum MasterCard☐
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,791.33 | 06/06/2005 | $10,300 | $508 | 05/12/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,776.38 |
| (-) Payments, Credits | 232.00 |
| (+) Purchases, Cash, Debits | 11.99 |
| (+) FINANCE CHARGES | 234.96 |
| (=) New Balance | 9,791.33 |
| Minimum Payment Due | $235.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 04/18 | 04/18 | 0S7LM | PRIVACYGUARD3679532486-386-9381          CT | | 11.99 |
| 05/08 | 05/08 | GDDAM | AUTO-PAY - THANK YOU 041105862086 | 232.00 | |
| | | | Total of your credits and charges | 232.00 | 11.99 |

TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO
REDEEMABLE POINTS          54.00
EXPIRING ON          12/31/05

**Here's how we determined your Finance Charge*:**          **Days in Billing Cycle: 29**

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.08217% | $0.00 | $0.00 | $0.00 | 29.99% | 0.00% |
| Purchases | 0.08217% | $9,860.05 | $234.96 | $234.96 | 29.99% | 29.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601
or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español:     1-800-545-0464.

B-26

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 07/09/2005 | $9,835.89 | $268.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

 CHASE

Chase Platinum MasterCard
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,835.89 | 07/09/2005 | $10,300 | $464 | 06/14/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,791.33 |
| (-) Payments, Credits | 235.00 |
| (+) Purchases, Cash, Debits | 11.99 |
| (+) FINANCE CHARGES | 267.57 |
| (=) New Balance | 9,835.89 |
| Minimum Payment Due | $268.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 05/17 | 05/17 | 9BMYM | PRIVACYGUARD36795324866-386-9381    CT | | 11.99 |
| 06/06 | 06/06 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 235.00 | |
| | | | Total of your credits and charges | 235.00 | 11.99 |
| | | | TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO | | |
| | | | REDEEMABLE POINTS            54.00 | | |
| | | | EXPIRING ON            12/31/05 | | |

**Here's how we determined your Finance Charge*:**      Days in Billing Cycle: 33

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.08217% | $0.00 | $0.00 | $0.00 | 29.99% | 0.00% |
| Purchases | 0.08217% | $9,867.51 | $267.57 | $267.57 | 29.99% | 29.99% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español:    1-800-545-0464.

Page 1 of 1

B-27

ACCOUNT NUMBER: 5222 7631 1071 6176

| PAYMENT DUE DATE | NEW BALANCE | MINIMUM DUE |
|---|---|---|
| 08/08/2005 | $9,989.46 | $243.00 |

# Facsimile Copy

MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

### CHASE

Chase Platinum MasterCard□
ACCOUNT NUMBER: 5222 7631 1071 6176

| NEW BALANCE | PAYMENT DUE DATE | TOTAL CREDIT LINE | TOTAL AVAILABLE CREDIT | STATEMENT CLOSING DATE |
|---|---|---|---|---|
| $9,989.46 | 08/08/2005 | $10,300 | $310 | 07/14/2005 |

**Here is your Account Summary:**

| | TOTAL |
|---|---|
| Previous Balance | $9,835.89 |
| (-) Payments, Credits | 268.00 |
| (+) Purchases, Cash, Debits | 178.63 |
| (+) FINANCE CHARGES | 242.94 |
| (=) New Balance | 9,989.46 |
| Minimum Payment Due | $243.00 |

**Here are your Charges and Credits at a glance:**

| TRAN. DATE | POST DATE | REF. NO. | DESCRIPTION OF TRANSACTIONS | CREDITS | CHARGES |
|---|---|---|---|---|---|
| 06/16 | 06/16 | MAJWM | BALBOA CAFE          SAN FRANCISCOCA | | 25.00 |
| 06/16 | 06/16 | MAOSM | BALBOA CAFE          SAN FRANCISCOCA | | 18.00 |
| 06/25 | 06/25 | 37LHM | BURBERRY #13         SAN FRANCISCOCA | | 135.63 |
| 07/08 | 07/08 | GDDAM | AUTO-PAY - THANK YOU 041106882096 | 268.00 | |
| | | | Total of your credits and charges | 268.00 | 178.63 |
| | | | TRAVEL REWARDS CAN TAKE YOU WHERE YOU WANT TO GO | | |
| | | | REDEEMABLE POINTS | 54.00 | |
| | | | EXPIRING ON           12/31/05 | | |

**Here's how we determined your Finance Charge*:**          Days in Billing Cycle: 30

| | DAILY PERIODIC RATE | AVERAGE DAILY BALANCE | PERIODIC/MIN. FINANCE CHARGE | TOTAL FINANCE CHARGE | NOMINAL ANNUAL PERCENTAGE RATE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|
| Cash | 0.08080% | $0.00 | $0.00 | $0.00 | 29.49% | 0.00% |
| Purchases | 0.08080% | $10,022.47 | $242.94 | $242.94 | 29.49% | 29.49% |

* Please see reverse side for balance computation method and other important information.

Questions about your account? Credit Card lost or stolen? Call Chase Customer Service 24 hours a Day, 7 days a week, toll-free, at 1-800-334-0601 or write P.O. BOX 94017, Palatine, IL 60094-4017. Para Servicio al Cliente en Español:     1-800-545-0464.

Page 1 of 1

B-28

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $9,993.41 | 09/06/05 | $0.00 | $235.00 |

**CHASE** ◯

| Amount Enclosed | $          . | Make your check payable to Chase Card Services. New address or e-mail? Print on back. | Enroll me in the optional Payment Protector Plan. I understand the enclosed offer and may cancel any time. |
|---|---|---|---|

_____   _____
Initials                Date

5222763110716176000235000099934150473 90

0003 SEX 2 22400 G
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⊂5000160 28⊃: 42131107161768⊪"

**CHASE** ◯

| | Statement Date: | 07/16/05 - 08/12/05 | CUSTOMER SERVICE | |
|---|---|---|---|---|
| | Payment Due Date: | 09/06/05 | In U.S. | 1-800-945-2000 |
| | Minimum Payment Due: | $235.00 | Español | 1-888-446-3308 |
| | | | TDD | 1-800-955-8060 |
| | | | Outside U.S. call collect | |
| | | | | 1-302-594-8200 |

**MASTERCARD ACCOUNT SUMMARY**  Account Number: 5222 7631 1071 6176

| | | ACCOUNT INQUIRIES |
|---|---|---|
| Previous Balance | $9,989.46 | P.O. Box 15298 |
| Payment, Credits | -$243.00 | Wilmington, DE 19850-5298 |
| Purchases, Cash, Debits | +$11.99 | |
| Finance Charges | +$234.96 | PAYMENT ADDRESS |
| New Balance | $9,993.41 | P.O. Box 94014 |
| | | Palatine, IL  60094-4014 |

| Total Credit Line | $10,300 |
|---|---|
| Available Credit | $306 |
| Cash Access Line | $10,300 |
| Available for Cash | $306 |

VISIT US AT:
www.chase.com/creditcards

Your next AutoPayment for $235.00 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

**TRAVELPLUS SUMMARY**

| Previous miles balance | 13,578 |
|---|---|
| Miles earned on purchases this period | 12 |
| New total miles balance | 13,590 |

299 miles to expire on statement date in December 2005

To redeem your miles, call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 6 PM EST
Saturday and Sunday for access to your
rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 07/15 | 85300215198010166611221 | PAYMENT THANK YOU | $50.00 | |
| 07/25 | 55432865206000578755878 | TLG*PRIVGRD36795324JUL 800-236-7298 CT | | 11.99 |
| 08/08 | | AUTOMATIC PAYMENT - THANK YOU | 193.00 | |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 29 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08080% | 29.49% | $10,027.30 | $234.96 | $0.00 | $234.96 |
| Cash advances | V .08080% | 29.49% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $234.96 |

**Effective Annual Percentage Rate (APR):**        29.49%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

See this summer's blockbuster movie hits and get 50%
rebates. Upgrade your card to the Chase Prestige Card and
get cash back rewards on movie tickets, any movie, any
theatre when you pay with your Chase Prestige Credit Card.
Call 1-800-290-4097 now to learn more about upgrading.

**This Statement is a Facsimile - Not an original**

X 000001   FIS30325 D-6          000   N  Z  12  05/56/12          Page 1 of 1          05688   MA MA 00032   2241000060000032301

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ____

Zip: _____ - _____

Home Phone: ____ - ____ - _____

Work Phone: ____ - ____ - _____

E-mail Address: _____

**Information About Your Account**

*(fine print illegible)*

**B-30**

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $10,314.06 | 10/07/05 | $0.00 | $268.06 |

**CHASE** ⬡

Amount Enclosed $ _____     Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176000268060103140 6000000 6

30432 BEX Z 25504 D
MARTHA GARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑊5000160 28⑊  42131107161676 8⑊

---

**CHASE** ⬡

| | |
|---|---|
| Statement Date: | 08/13/05 - 09/12/05 |
| Payment Due Date: | 10/07/05 |
| Minimum Payment Due: | $268.06 |

**CUSTOMER SERVICE**
In U.S.     1-800-945-2000
Español     1-888-446-3308
TDD     1-800-955-8060
Outside U.S. call collect
1-302-594-8200

### MASTERCARD ACCOUNT SUMMARY  Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $9,993.41 | Total Credit Line | $10,300 |
| Payment, Credits | -$235.00 | Available Credit | $0 |
| Purchases, Cash, Debits | +$301.99 | Cash Access Line | $10,300 |
| Finance Charges | +$253.66 | Available for Cash | $0 |
| New Balance | $10,314.06 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL  60094-4014

**VISIT US AT:**
www.chase.com/creditcards

Your next AutoPayment for $254.00 will be deducted from your account and credited on your
due date. Should you make a payment prior to your due date, that amount will be deducted from
the AutoPayment amount identified above.

### TRAVELPLUS SUMMARY

| | |
|---|---|
| Previous miles balance | 13,590 |
| Miles earned on purchases this period | 302 |
| New total miles balance | 13,892 |

299 miles to expire on statement date in December 2005

To redeem your miles, call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 8 PM EST
Saturday and Sunday for access to your
rewards program.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 08/23 | 5543286523500059006156 | TLG*PRIVGRD36795324AUG 800-238-7298 CT | | $11.99 |
| 09/06 | | AUTOMATIC PAYMENT - THANK YOU | 235.00 | |
| 09/07 | 5541734525112251714509B | L & E MARKETING HOOVER AL | | 290.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08080% | 29.49% | $10,126.73 | $253.66 | $0.00 | $253.66 |
| Cash advances | V .08080% | 29.49% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $253.66 |

**Effective Annual Percentage Rate (APR):**     29.49%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

### IMPORTANT NEWS

The recently issued TravelPlus Program Guide stated your
maximum annual miles accrual would now be determined based
on your Enrollment Date. Instead, it will continue to be
determined on a Calendar Year basis. An updated Guide will
be sent later this year. We apologize for any inconvenience.

Surf Safer with EarthLink HS or Dial Call 1-800-327-8454

**This Statement is a Facsimile - Not an original**

X 0000001 FIS30035-D 6     000     N  Z   12   05/00/12     Page 1 of 1     85686     MA MA  32432     20510000000000248201

B-31

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

**Information About Your Account**

[The remainder of the page consists of fine-print account terms and conditions that are too small and low-resolution to transcribe reliably, including sections such as "Lost or Stolen Cards," "Crediting of Payments," "Account Information Furnished to Credit Bureaus," "Checks Collected Electronically," "Conditional Payments," "Annual Renewal Notice," "Explanation of Finance Charges," "Billing Rights Summary," "Grace Period," and "Special Rule for Credit Card Purchases."]

MA0071005

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| $10,596.22 | 11/06/05 | $254.00 | $832.22 | **CHASE** |

Amount Enclosed  $          .

Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176000832220105982200000009

30520 BEY Z 28505 D
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆ 421311071617688⑈

**CHASE**

| | | |
|---|---|---|
| Statement Date: | 09/13/05 - 10/12/05 | **CUSTOMER SERVICE** |
| Payment Due Date: | 11/06/05 | In U.S.  1-800-945-2000 |
| Minimum Payment Due: | $832.22 | Español  1-888-446-3308 |
| | | TDD  1-800-955-8060 |
| | | Outside U.S. call collect |
| | | 1-302-594-8200 |

**MASTERCARD ACCOUNT SUMMARY**   Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $10,314.06 | Total Credit Line | $10,300 |
| Payment, Credits | -$11.99 | Available Credit | $0 |
| Purchases, Cash, Debits | +$39.00 | Cash Access Line | $10,300 |
| Finance Charges | +$257.15 | Available for Cash | $0 |
| New Balance | $10,596.22 | | |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

Your credit card account is past due! Please send payment immediately.
Call 1-800-955-8030 (collect 1-302-594-8200) today.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 13,892 |
| Miles earned on purchases this period | -12 |
| New total miles balance | 13,880 |

299 miles to expire on statement date in December 2005

To redeem your miles, call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 8 PM EST
Saturday and Sunday for access to your
rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Amount Debit |
|---|---|---|---|---|
| 09/14 | 5543286525700099981420 | TLG*PRIVACYGRD36795324 800-238-7298 CT | $11.99 | |
| 10/09 | | LATE FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $10,431.38 | $257.15 | $0.00 | $257.15 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $257.15 |

**Effective Annual Percentage Rate (APR):**   29.99%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

Your statement reflects a minimum payment of 2.65% of your
New Balance, consistent with terms previously disclosed.
This ensures that your minimum payment covers the interest
billed to your account this month. Future statements may
describe other changes that affect your minimum payment.

**This Statement is a Facsimile - Not an original**

X 0000001 FI533035 D 6          000   N   Z   12   05/10/12          Page 1 of 1          05686   MA MA 30520          265100006000335200 I

B-33

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: \_\_ \_\_

Zip: \_\_\_\_\_ \_ \_\_\_\_

Home Phone: \_\_\_ \_\_\_ \_\_\_\_

Work Phone: \_\_\_ \_\_\_ \_\_\_\_

E-mail Address: _____

**Information About Your Account**

*[Fine print text is illegible in this scan.]*

MA0F1005

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| $10,946.64 | 12/07/05 | $534.00 | $1,470.64 | CHASE |

Amount Enclosed  $ _____ . _____    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176001470640109466640000001

90289 BEX Z 31690 D
MARTHA CARMACK
1535 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑈ 4213110716176 8⑈

**CHASE**

Statement Date:         10/13/05 - 11/12/05
Payment Due Date:             12/07/05
Minimum Payment Due:         $1,470.64

CUSTOMER SERVICE
In U.S.          1-800-945-2000
Español          1-888-446-3308
TDD              1-800-955-8060
Outside U.S. call collect
                 1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY**  Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $10,598.22 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | +$74.00 | Available Credit | $0 |
| Finance Charges | +$274.42 | Cash Access Line | $10,300 |
| New Balance | $10,946.64 | Available for Cash | $0 |

ACCOUNT INQUIRIES
P.O. Box 15298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

You risk losing the charge privileges on your credit card account. Send payment immediately.
To discuss your account or make payment over the phone, call 1-800-955-8030 (collect
1-302-594-8200) today.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 13,880 |
| Miles earned on purchases this period | 0 |
| New total miles balance | 0 |
| Total miles unavailable for redemption | 13,880 |

To redeem your miles, call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 6 PM EST
Saturday and Sunday for access to your
rewards program.

299 miles to expire on statement date in December 2005

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 10/13 | | OVERLIMIT FEE | | $35.00 |
| 11/07 | | LATE FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $10,772.90 | $274.42 | $0.00 | $274.42 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $274.42 |

**Effective Annual Percentage Rate (APR):**    29.99%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X 0000001  FIS30035-D-9           000  N  Z  12  05/11/12    Page 1 of 1       05688   MA MA  90289   3151000306000028901

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip: _____

Home Phone: ____ ____ ____

Work Phone: ____ ____ ____

E-mail Address: _____

**Information About Your Account**

**Lost or Stolen Cards:** [fine print — illegible]

**Crediting of Payments:** [fine print — illegible]

**Account Information Reported to Credit Bureaus:** [fine print — illegible]

**Checks Collected Electronically:** [fine print — illegible]

**Conditional Payments:** [fine print — illegible]

**Annual Renewal Notice:** [fine print — illegible]

**Explanation of Finance Charges:** [fine print — illegible]

**BILLING RIGHTS SUMMARY**

In Case of Errors or Questions About Your Bill: [fine print — illegible]

Your name and account number

The dollar amount of the suspected error

Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

Special Rule for Credit Card Purchases: [fine print — illegible]

MA071005

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| $11,294.76 | 01/06/06 | $824.00 | $2,279.76 | **CHASE** |

Amount Enclosed  $ _____ | Make your check payable to Chase Card Services. New address or e-mail? Print on back.

5222763110716176002279760112947600000000

37379 REV Z 94996 D
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑤⁵000160²8⑈ 42¹3¹107¹6¹76B‖‖

**CHASE**

Statement Date:       11/13/05 - 12/12/05
Payment Due Date:     01/06/06
Minimum Payment Due:  $2,279.76

**CUSTOMER SERVICE**
In U.S.          1-800-945-2000
Español          1-888-446-3308
TDD              1-800-955-8060
Outside U.S. call collect
                 1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY** Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $10,946.64 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | +$74.00 | Available Credit | $0 |
| Finance Charges | +$274.12 | Cash Access Line | $10,300 |
| New Balance | $11,294.76 | Available for Cash | $0 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee and over-limit fee are reflected on this billing statement. Your minimum payment reflects 1% of your statement balance, plus any past-due and over-limit amounts, billed interest and the billed late and over-limit fees.

Your charge privileges are now revoked but we can help you prevent further damage to your credit rating. Call 1-800-955-8030 (collect 1-302-594-8200) today so that we can find a solution for your individual situation.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 0 |
| Miles earned on purchase this period | 0 |
| Total miles expired this period | 299 |
| New total miles balance | 0 |
| Total miles unavailable for redemption | 13,581 |

120 miles to expire on statement date in February 2006

To redeem your miles, call 1-877-521-2400 between the hours of 9 AM and 9 PM EST Monday through Friday or 9 AM and 8 PM EST Saturday and Sunday for access to your rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 11/13 | | OVERLIMIT FEE | | $35.00 |
| 12/06 | | LATE FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 30 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $11,120.01 | $274.12 | $0.00 | $274.12 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $274.12 |

**Effective Annual Percentage Rate (APR):**     29.99%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category. The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**IMPORTANT NEWS**

To help you reduce your balance more quickly, your minimum payment calculation is changing. This will ensure that your principal balance is reduced by at least 1% each month. For more information about how this change affects you, please see the enclosure.

**This Statement is a Facsimile - Not an original**

X 0000004 FIS33335 0 6          000  N  Z  12  05/12/12          Page 1 of 1          05662  MA MA 37373   3461000000000737001

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____ _____ _____

Work Phone: _____ _____ _____

E-mail Address: _____

**Information About Your Account**

*(body text illegible due to resolution)*

MA071005

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $11,661.11 | 02/06/06 | $1,285.00 | $3,128.11 |

**CHASE**

Amount Enclosed | $ | . | Make your check payable to Chase Card Services. New address or e-mail? Print on back.

5222763110716176003128110116611110000000

```
26428 BEX 2 01206 D
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227
```
CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL  60094-4014

⑊5000160 2B⑊ 4 213110716176B⑊

**CHASE**

Statement Date:    12/13/05 - 01/12/06
Payment Due Date:    02/06/06
Minimum Payment Due:    $3,128.11

**CUSTOMER SERVICE**
In U.S.    1-800-945-2000
Español    1-888-446-3308
TDD    1-800-955-8060
Outside U.S. call collect
    1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY** Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $11,294.76 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | +$74.00 | Available Credit | $0 |
| Finance Charges | +$292.35 | Cash Access Line | $10,300 |
| New Balance | $11,661.11 | Available for Cash | $0 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL  60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee and over-limit fee are reflected on this billing statement.  Your minimum payment reflects 1% of your statement balance, plus any past-due and over-limit amounts, billed interest and the billed late and over-limit fees.

It's not too late to resolve your past-due credit card account!  You may qualify for one of our money-saving payment plans.  Call 1-888-792-7647 (collect 1-302-594-8200) today.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 0 |
| Miles earned on purchases this period | 0 |
| New total miles balance | 0 |
| Total miles unavailable for redemption | 13,581 |

To redeem your miles, call 1-877-521-2400 between the hours of 9 AM and 9 PM EST Monday through Friday or 9 AM and 6 PM EST Saturday and Sunday for access to your rewards program.

120 miles to expire on statement date in February 2006

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Amount Credit | Debit |
|---|---|---|---|---|
| 12/13 | | OVERLIMIT FEE | | $35.00 |
| 01/06 | | LATE FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $11,476.83 | $292.35 | $0.00 | $292.35 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $292.35 |

**Effective Annual Percentage Rate (APR):**    29.99%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X 0000001  FIS33335 D 10          000  N  2  12  06/01/12        Page 1 of 1        05685  MA MA 26426    0121060010000542801

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___ ___

Zip: ___ ___ ___ ___ ___ - ___ ___ ___ ___

Home Phone: ___ ___ ___ - ___ ___ ___ - ___ ___ ___ ___

Work Phone: ___ ___ ___ - ___ ___ ___ - ___ ___ ___ ___

E-mail Address: _____

MA0710DS

B-40

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | |
|---|---|---|---|---|
| $12,036.97 | 03/09/06 | $1,767.00 | $3,999.97 | **CHASE** |

Amount Enclosed  $  .    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176003999970120369700000009

27424 BEX Z 04X00 D
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆ 4213110716176 8⑆

**CHASE**

| | |
|---|---|
| Statement Date: | 01/13/06 - 02/12/06 |
| Payment Due Date: | 03/09/06 |
| Minimum Payment Due: | $3,999.97 |

CUSTOMER SERVICE
In U.S.         1-800-945-2000
Español       1-888-446-3308
TDD           1-800-955-8060
Outside U.S. call collect
                1-302-594-8200

### MASTERCARD ACCOUNT SUMMARY   Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $11,661.11 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | $574.00 | Available Credit | $0 |
| Finance Charges | +$301.86 | Cash Access Line | $10,300 |
| New Balance | $12,036.97 | Available for Cash | $0 |

ACCOUNT INQUIRIES
P.O. Box 16298
Wilmington, DE 19850-5298

PAYMENT ADDRESS
P.O. Box 94014
Palatine, IL 60094-4014

VISIT US AT:
www.chase.com/creditcards

A late fee and over-limit fee are reflected on this billing statement. Your minimum payment reflects 1% of your statement balance, plus any past-due and over-limit amounts, billed interest and the billed late and over-limit fees.

Resolve your past-due credit card account and improve your credit rating. We can help you turn things around. Call 1-888-792-7547 (collect 1-302-594-8200) to see if you qualify for one of our money-saving payment plans.

### TRAVELPLUS SUMMARY

| | |
|---|---|
| Previous miles balance | 0 |
| Miles earned on purchases this period | 0 |
| Total miles forfeited this period | 13,581 |
| New total miles balance | 0 |

To redeem your miles, call 1-877-521-2400 between the hours of 9 AM and 9 PM EST Monday through Friday or 9 AM and 6 PM EST Saturday and Sunday for access to your rewards program.

### TRANSACTIONS

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 02/06 | | LATE FEE | | $39.00 |
| 01/13 | | OVERLIMIT FEE | | $35.00 |

### FINANCE CHARGES

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $11,850.26 | $301.86 | $0.00 | $301.86 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $301.86 |

**Effective Annual Percentage Rate (APR):**    29.99%

Please see reverse side for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category. The Effective APR represents your total finance charges - including transaction fees such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X 0000001  FIS33035 D 8          000  N  Z  12  06/02/12          Page 1 of 1          05686  MA MA 27424  043100000060027#0401

B-41

Address Change Request

Please provide information below only if the address information on front is incorrect.

Street Address: ______________________________

City: ____________________

State: ___

Zip: _______ ____

Home Phone: ___ ___ ____

Work Phone: ___ ___ ____

E-mail Address: ______________________________

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window; the envelope cannot contain more than one payment or coupon; and there can be no staples, paper clips, tape or correspondence included with your payment. If your payment is in accordance with our payment instructions and is made available to us on any day except December 25 by 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit the payment to your account as of that day. If your payment is in accordance with our payment instructions, but is made available to us after 1:00 p.m. local time at our post office box designated for payments on this statement, we will credit it to your account as of the next day. If you do not follow our payment instructions or if your payment is not sent by regular U.S. mail to our post office box designated for payments, crediting of your payment may be delayed for up to 5 days. Payments made electronically through our automated telephone service, Customer Service advisors, or our web site will be subject to any processing times disclosed for those payments.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. If you think we have reported inaccurate information to a credit bureau, you may write to us at the Cardmember Service address listed on your billing statement.

**Checks Collected Electronically:** We reserve the right to electronically collect your eligible payment checks, at first presentment and any representment, from the bank account on which the check was drawn. Our receipt of your payment check is your authorization for us to collect the amount of the check electronically, or if needed by a draft drawn against the bank account. Checks will be collected electronically by sending the check amount along with the check, routing and account numbers to your bank. Your bank account may be debited as early as the same day we receive your payment. The original check will be destroyed and an image will be maintained in our records.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or contains a similar notation, or that you otherwise tender in full satisfaction of a disputed amount, must be sent to Card Services, P.O. Box 15049, Wilmington, DE 19850-5049. We reserve all our rights regarding these payments (e.g., if it is determined there is no valid dispute or if any such check is received at any other address, we may accept the check and you will still owe any remaining balance). We may refuse to accept any such payment by returning it to you, not cashing it or destroying it. All other payments that you make should be sent to the appropriate payment address.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments, whether or not you use your account, and you agree to pay it when billed. The annual fee is non-refundable unless you notify us that you wish to close your account within 30 days of the date we mail your statement on which the annual fee is charged and at the same time, you pay your outstanding balance in full. Your payment of the annual fee does not affect our rights to close your account and to limit your right to make transactions on your account. If your account is closed by you or us, we will continue to charge the annual fee until you pay your outstanding balance in full and terminate your account relationship.

**Explanation of Finance Charges:** We calculate periodic finance charges, using the applicable periodic rates shown on this statement, separately for each feature (e.g., balance transfer/convenience checks and cash advance checks ("check transaction"), purchases, balance transfers, cash advances, promotional balances or overdraft advances). These calculations may combine different categories with the same daily periodic rates. If there is a "V" next to a periodic rate on this statement, that rate may vary, and the index and margin used to determine that rate and its corresponding APR are described in your Cardmember Agreement, as amended. There is a maximum finance charge in any billing cycle in which you owe any periodic finance charges, and a transaction finance charge for each balance transfer, cash advance, or check transaction, in the amounts stated in your Cardmember Agreement, as amended.

To get the daily balance for each day of the current billing cycle, we take the beginning balance for each feature, add any new transactions or other debits (including fees, unpaid finance charges and other charges), subtract any payments or credits, and make other adjustments. Transactions are added as of the transaction date, the beginning of the billing cycle in which they are posted to your account, or a later date of our choice (except that check transactions are added as of the date deposited by the payee or a later date of our choice). Fees are added either on the date of a related transaction, the date they are posted to your account, or the last day of the billing cycle. This gives us that day's daily balance. A credit balance is treated as a balance of zero. If a daily periodic rate applies to any feature, we multiply the daily balance by the daily periodic rate to get your periodic finance charges for that day. We then add these periodic finance charges to your daily balance to get the beginning balance for the next day. (If more than one daily periodic rate could apply based on the average daily balance, we will use the daily periodic rate that applies for the average daily balance amount at the end of the billing cycle to calculate the daily periodic finance charge each day.) If this statement shows a previous cycle average daily balance for purchases, we do the same thing for each day of the previous cycle to get the daily balance of purchases for the previous billing cycle. However, the daily balance for previous billing cycle purchases is considered to be zero for each day of the previous billing cycle if a periodic finance charge was already billed on purchases itemized on your previous statement or we received payment of your New Balance on your previous statement in full by the date and time your payment was due.

To get your total periodic finance charge for a billing cycle when a daily periodic rate(s) applies, we add all of the daily periodic finance charges for all features. To determine an average daily balance, we add your daily balances and divide by the number of the days in the applicable billing cycle(s). If you multiply the average daily balance for each feature by the applicable daily periodic rate, and then multiply each of these results by the number of days in the applicable billing cycle(s), and then add all of the results together, the total will also equal the periodic finance charges for the billing cycle, except for minor variations due to rounding. To get your total periodic finance charge for a billing cycle when a monthly periodic rate(s) applies, multiply the average daily balance for each feature by the applicable monthly periodic rate and add the results together. The total will equal the periodic finance charges for the billing cycle, except for minor variations due to rounding.

**Grace Period (at least 20 days):**

We accrue periodic finance charges on a transaction, fee, or finance charge from the date it is added to your daily balance until payment in full is received on your account. However, we do not charge periodic finance charges on new purchases billed during a billing cycle if we receive both payment of your New Balance on your current statement by the date and time your payment is due and also payment of your New Balance on your previous statement by the date and time your payment was due. There is no grace period for balance transfers, cash advances, check transactions, or overdraft advances.

**In addition, if there is a "Qualifying Promotional Financing" section on this statement,** you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that balance in full by the applicable Expiration Date. To avoid finance charges on new purchases when your New Balance includes any Remaining Balance(s) in the Qualifying Promotional Financing section, pay your full New Balance minus the total of those Remaining Balance(s) by the date and time your payment is due. However, if your statement shows that a minimum payment is due, we must receive at least that minimum payment by the date and time specified on your statement, even if your New Balance consists only of Qualifying Promotional Financing balances.

Also, for some Qualifying Promotional Financing balances, periodic finance charges accrue during the promotional period but are not added to your account balance. Instead, they accumulate from billing cycle to billing cycle. This is referred to as "deferred interest." If a deferred interest Qualifying Promotional Financing balance is not paid in full by the applicable Expiration Date, the deferred finance charges will be added to your account as soon as the first day after the Expiration Date. Further, if you default under the terms of your Cardmember Agreement, the deferred finance charges will be added to your account as soon as the date of default.

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question. If you have authorized us to pay your credit card bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter or call (using the Cardmember Service address or telephone number shown on this statement) must reach us at least three business days before the automatic payment is scheduled to occur.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card (excluding purchases made with a check), and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

MA011806

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment |
|---|---|---|---|
| $12,396.04 | 04/06/06 | $2,263.00 | $4,842.04 |

**CHASE**

Amount Enclosed $ ___.___    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176004842040123960400000006

24891 (SEX 2 0710S D)
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑆5000160 28⑆ 4213110716176 8⑈

**CHASE**

Statement Date: 02/13/06 - 03/12/06
Payment Due Date: 04/06/06
Minimum Payment Due: $4,842.04

**CUSTOMER SERVICE**
In U.S.       1-800-945-2000
Español      1-888-446-3308
TDD          1-800-955-8060
Outside U.S. call collect
              1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY** Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $12,036.97 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | +$578.00 | Available Credit | $0 |
| Finance Charges | +$281.07 | Cash Access Line | $10,300 |
| New Balance | $12,396.04 | Available for Cash | $0 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee and over-limit fee are reflected on this billing statement. Your minimum payment
reflects 1% of your statement balance, plus any past-due and over-limit amounts, billed interest
and the billed late and over-limit fees.

It's not too late to improve your credit rating! We can help you take control of your past-due
credit card account. Call 1-888-792-7547 (collect 1-302-594-8200) today so that we can find a
solution for your individual situation.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 0 |
| Miles earned on purchases this period | 0 |
| New total miles balance | 0 |

To redeem your miles; call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 8 PM EST
Saturday and Sunday for access to your
rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 03/09 | | LATE FEE | | $39.00 |
| 02/13 | | OVERLIMIT FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 28 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $12,216.44 | $281.07 | $0.00 | $281.07 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $281.07 |

**Effective Annual Percentage Rate (APR):**      29.99%

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X 0000001  F1530035.D 6          000  N  2  12  06/03/12      Page 1 of 1      03686  MA MA 24891  07110000560002489101

B-43

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: _____

Zip: _____

Home Phone: _____

Work Phone: _____

E-mail Address: _____

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number found on the front of your statement.

**Crediting of Payments:** For payments by regular U.S. mail, send all future payments to your post office box designated for payments shown on this statement.

**Account Information Reported to Credit Bureaus:** We may report information about your account to credit bureaus.

**Checks Collected Electronically:** We reserve the right to electronically collect your eligible payment checks.

**Conditional Payments:** Any payment check or other form of payment that you send us for less than the full balance due that is marked "paid in full" or carries a similar notation.

**Annual Renewal Notice:** If your account has an annual fee, it will be billed each year or in monthly installments.

**Explanation of Finance Charges:** We calculate periodic finance charges using the applicable periodic rates.

**Grace Period (at least 20 days):** We accrue periodic finance charges as a transaction, fee, or finance charge from the date it is added to your daily balance.

In addition, if there is a "Qualifying Promotional Financing" section on this statement, you will not incur periodic finance charges on any Remaining Balance that appears in that section if you pay that Balance in full by the applicable Expiration Date.

**BILLING RIGHTS SUMMARY**

In Case of Errors or Questions About Your Bill: If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are unsure about.

**Special Rule for Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card.

AAG014806

B-44

**Statement** for account number: 5222 7631 1071 6176

| New Balance | Payment Due Date | Past Due Amount | Minimum Payment | CHASE ◯ |
|---|---|---|---|---|
| $12,794.96 | 05/07/06 | $2,746.00 | $5,766.96 | |

Amount Enclosed $ _____    Make your check payable to Chase Card Services.
New address or e-mail? Print on back.

5222763110716176005766960127949600000006

14402 BEX Z 10206 D
MARTHA CARMACK
1536 PERSHING DR APT D
SAN FRANCISCO CA 94129-1227

CARDMEMBER SERVICE
PO BOX 94014
PALATINE IL 60094-4014

⑇500016028⑇ 42131107161768⑇

**CHASE ◯**

Statement Date:    03/13/06 - 04/12/06
Payment Due Date:    05/07/06
Minimum Payment Due:    $5,766.96

**CUSTOMER SERVICE**
In U.S.    1-800-945-2000
Español    1-888-446-3308
TDD    1-800-955-8060
Pay by phone 1-800-436-7958
Outside U.S. call collect
1-302-594-8200

**MASTERCARD ACCOUNT SUMMARY** Account Number: 5222 7631 1071 6176

| | | | |
|---|---|---|---|
| Previous Balance | $12,096.04 | Total Credit Line | $10,300 |
| Purchases, Cash, Debits | +$378.00 | Available Credit | $0 |
| Finance Charges | +$320.92 | Cash Access Line | $10,300 |
| New Balance | $12,794.96 | Available for Cash | $0 |

**ACCOUNT INQUIRIES**
P.O. Box 15298
Wilmington, DE 19850-5298

**PAYMENT ADDRESS**
P.O. Box 94014
Palatine, IL 60094-4014

**VISIT US AT:**
www.chase.com/creditcards

A late fee and over-limit fee are reflected on this billing statement. Your minimum payment
reflects 1% of your statement balance, plus any past-due and over-limit amounts, billed interest
and the billed late and over-limit fees.

**TRAVELPLUS SUMMARY**

| | |
|---|---|
| Previous miles balance | 0 |
| Miles earned on purchases this period | 0 |
| New total miles balance | 0 |

To redeem your miles, call 1-877-521-2400
between the hours of 9 AM and 9 PM EST
Monday through Friday or 9 AM and 6 PM EST
Saturday and Sunday for access to your
rewards program.

**TRANSACTIONS**

| Trans Date | Reference Number | Merchant Name or Transaction Description | Credit | Amount Debit |
|---|---|---|---|---|
| 04/06 | | LATE FEE | | $39.00 |
| 03/13 | | OVERLIMIT FEE | | 39.00 |

**FINANCE CHARGES**

| Category | Daily Periodic Rate 31 days in cycle | Corresponding APR | Average Daily Balance | Finance Charge Due To Periodic Rate | Transaction Fee | FINANCE CHARGES |
|---|---|---|---|---|---|---|
| Purchases | V .08217% | 29.99% | $12,598.37 | $320.92 | $0.00 | $320.92 |
| Cash advances | V .08217% | 29.99% | $0.00 | $0.00 | $0.00 | $0.00 |
| Total finance charges | | | | | | $320.92 |

**Effective Annual Percentage Rate (APR):    29.99%**

Please see Information About Your Account section for balance computation method, grace period, and other important information.

The Corresponding APR is the rate of interest you pay when you carry a balance on any transaction category.
The Effective APR represents your total finance charges - including transaction fees
such as cash advance and balance transfer fees - expressed as a percentage.

**This Statement is a Facsimile - Not an original**

X 0000001 FIS33035 D 7    000   N  Z  12  06/04/12    Page 1 of 1    05655   MA MA 14502    H021500007000145020001

B-45

**Address Change Request**

Please provide information below only if the address information on front is incorrect.

Street Address: _____

City: _____

State: ___

Zip: ___ ___ ___ — ___ ___ ___ ___

Home Phone: ___ ___ ___ — ___ ___ ___ — ___ ___ ___ ___

Work Phone: ___ ___ ___ — ___ ___ ___ — ___ ___ ___ ___

E-mail Address: _____

**Information About Your Account**

**Lost or Stolen Cards:** Please report your lost or stolen card immediately by calling the Customer Service number listed on the front of your statement. Advisors are always available to assist you. You can reach an Advisor by pressing 0 after you enter your account number.

**Crediting of Payments:** For payments by regular U.S. mail, send at least your minimum payment due to our post office box designated for payments shown on this statement. Your payments by mail must comply with the instructions on this statement, and must be made by check or money order, payable in U.S. Dollars, and drawn on or payable through a U.S. financial institution or the U.S. branch of a foreign financial institution. Do not send cash. Write your account number on your check or money order. Payments must be accompanied by the payment coupon in the envelope provided with our address visible through the envelope window. We process payments received at our designated payment location as fast as we can as described... [remainder illegible]

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions About Your Bill:** If you think your bill is wrong, or if you need more information about a transaction on your bill, write Cardmember Service on a separate sheet at P.O. Box 15299 Wilmington, DE 19850-5299 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are unsure about.

[remainder of fine print illegible]

MA0012805

**JPMorganChase** ⬡

March 26, 2007

**INSTANT IMAGE**

Credit Card Statement Search > **Result**

**Results for Account Number 5222763110716176, Cycle Date from 01-01-2007 to 12-31-2007**

Refine my search.
Initiate a new search.

**Job Type**                                                          | Credit Card Statement

NO RECORDS FOUND

© 2006 JPMorgan Chase & Co.

B-47