1   GEORGE G. WEICKHARDT (SBN 58586)
    PAMELA J. ZANGER (SBN 168350)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    201 Spear Street, Suite 1000
3   San Francisco, CA  94105
    Telephone:    (415) 543-4800
4   Facsimile:    (415) 972-6301
    Email:        gweickhardt@ropers.com
5
    Attorneys for Defendant
6   CHASE BANK USA, N.A., formerly known as
    CHASE MANHATTAN BANK USA, N.A. and
7   erroneously sued herein as THE CHASE
    MANHATTAN BANK
8

ORIGINAL
FILED

OCT 3 0 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13   MARTHA CARMACK,                    CASE NO.  C07 03464 WHA

14            Plaintiff,                Related to Case No.  C07 2124 WHA

15       v.                             **AFFIDAVIT OF LANCE TAYLOR-
                                        WARREN IN SUPPORT OF CHASE
16   THE CHASE MANHATTAN BANK,          BANK USA, N.A.'S MOTION TO
                                        CONFIRM ARBITRATION AWARD OR,
17            Defendant.                IN THE ALTERNATIVE, MOTINO FOR
                                        JUDGMENT ON THE PLEADINGS OR,
18                                      IN THE ALTERNATIVE, MOTION FOR
                                        SUMMARY JUDGMENT**
19
                                        Date:       December 6, 2007
20                                      Time:       8:00 a.m.
                                        Ctrm.:      9, Hon. William H. Alsup
21

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

CASE NO.  C07 03464 WHA                         AFFIDAVIT OF LANCE TAYLOR-WARREN
RC1/5021944.1/WK1

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*San Francisco*

**AFFIDAVIT OF LANCE TAYLOR-WARREN**

I, LANCE TAYLOR-WARREN, declare and testify under penalty of perjury as follows:

1.    I am over the age of 18 years and reside in Reno, Nevada.

2.    In July of 2004, I purchased a debt-relief program from an Internet-based company that is now known as North American Educational Services or NAES.

3.    In December of 2006, using the materials I received from NAES, I filed a lawsuit against Chase Bank in Nevada State Court in Washoe County, which was later removed to the United States District Court for the District of Nevada and assigned case number 3:06-cv-00730.

4.    As part of the above-referenced lawsuit, Chase served discovery requests upon me requesting information and documents relating to NAES. Initially, I responded to discovery using templates provided by NAES. These subsequently were found to be insufficient. .

5.    In July of 2007, Chase filed a Motion to Compel Discovery Responses and Request for Sanctions. I opposed Chase's motion to compel by filing an objection that was

drafted for me by NAES. Ultimately the Court ruled in favor of Chase and ordered me to produce the requested documents and other information requested by Chase.

6.    Documents number LTW0100 to LTW02532 are true and correct copies of documents I produced on a CD-ROM to Chase pursuant to the Court's order compelling me to do so. They include copies of documents NAES provided to me and my correspondence with NAES—to the extent the same was still saved on my computer.

7.    Documents numbered LTW02533 to LTW02544 are copies of supplemental answers to Chase's discovery requests that were drafted by NAES and emailed to me by NAES after I had already prepared the original CD-ROM.

8.    Documents numbered LTW02545 to LTW04818 are copies of the same documents I produced to Chase as part of the original CD-ROM, but they have been converted to pdf format.

9.    In order to fully comply with the Court's order, I provided the attorneys for Chase my login and password to the NAES website (www.naes.cc) and gave them permission to use the same so that they could access other documents that were responsive to the discovery requests, but that due to time constraints, were not part of the original CD-ROM I provided to Chase.

10.    Documents numbered LTW04820 to LTW5732 are true and correct copies of documents that were printed from the NAES website (www.naes.cc) between July and September of 2007 using my login and password.

11.    The DVD numbered LTW04819 contains various recorded phone calls that could be accessed and listened to on the NAES website (www.naes.cc).

12.    I declare under penalty of perjury that the contents of this affidavit are true and correct to the best of my knowledge.

DATED this _12th_ day of October, 2007.

_____
LANCE TAYLOR-WARREN

SUBSCRIBED AND SWORN to before me by LANCE TAYLOR-WARREN this _12th_ day of October, 2007.

[seal]    CHRISTINE B. McCAULLEY
          Notary Public · State of Nevada
          Appointment Recorded in Washoe County
          No: 00-61879-2 - Expires February 8, 2008

_____
NOTARY PUBLIC

1010814.1                              3