

## Chase Manhattan Bank - Account Number: 5179454150020777

### General Account Information

Making payments when NAES process started?: N/A
Balance when NAES process started $11,287 as of statement dated 08/19/2004.

Account type: Credit Card
Other accounts with Creditor: N/A
Contact information:
Chase Cardmember Services
PO Box 52194
Phoenix, AZ 85072-2194
Letters sent prior to starting NAES process:

Edit Account Details        Delete This Account

### Letters Sent Overview

**BEFORE PRINTING your letters, you must make sure the web site link will not print on the letters themselves.**
CLICK HERE for instructions to do this.

| | | Date Created | Date Sent | Balance Used | Statement Date Used | Certified Mail Tracking Number | |
|---|---|---|---|---|---|---|---|
| Initial Dispute | ✓ | 03/11/2005 | 08/24/2004 | $11,286.81 | 03/19/2004 | 7002 2030 0001 3511 4544 | ✗ |

Print Letter
Edit Details

| | | Date Created | Date Sent | Balance Used | Statement Date Used | Certified Mail Tracking Number | |
|---|---|---|---|---|---|---|---|
| 60 Day Update | ✓ | 03/11/2005 | 08/23/2004 | $11,286.81 | 08/19/2004 | 7002 2030 0001 3511 4582 | ✗ |

Print Letter
Edit Details
Stop Calls
Create Letter

| | | Date Created | Date Sent | Balance Used | Statement Date | CC Agency Report Date | Days Reported Late | Certified Mail Tracking Number | |
|---|---|---|---|---|---|---|---|---|---|
| 90-120 Day Bad Reporting | ✓ | 03/11/2005 | 01/03/2005 | $12,877.73 | 12/21/2004 | 01/03/2005 | 120 | 7002 2030 0001 3511 4605 | ✗ |

Print Letter
Edit Details

| | | Date Created | Date Sent | Collection Demand Amount | Collection Demand Date | Certified Mail Tracking Number | |
|---|---|---|---|---|---|---|---|
| Third Party Cease Communications | ✓ | 12/12/2006 | 12/12/2006 | $16,154.13 | 11/15/2006 | 7006 0100 0000 1697 1617 | ✗ |

Print Letter
Edit Details

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Attorney Dispute | ✓ | 12/12/2006 | 12/12/2006 | $16,154.13 | 11/15/2006 | 7005 0390 0006 3947 0193 | ✗ |

Print Letter
Edit Details
Attorney Dispute 2
Create Letter

| | | Date Created | Date Sent | Collection Demand Amount | Collection Demand Date | Settlement Amount Offered | Accepted | Certified Mail Tracking Number |
|---|---|---|---|---|---|---|---|---|

**LTW04823**

**EXHIBIT GG**

NAES - North American Eᴅ. .ational Services

Offer to
Compromise
Create Letter

© 2005 North American Educational Services, All Rights Reserved.

https://www.naes.cc/members/account_detail.aspx?ccid=1394

7/25/2007

LTW04824

NAES - North American Educational Services



NAES
▸ EDUCATIONAL TOOLS    ▸ MEMBER INFORMATION    ▸ LAWS & CODES    ▸ NEWS    ▸ HELP

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN
LOGOUT

## FREQUENTLY ASKED QUESTIONS

These are divided into categories for your convenience. We suggest reviewing these before sending in a question to the Resource center which can help save you time, prevent frustration, and decrease anxiety!

A great place to understand the process is to go to EDUCATION which is at the very top of the www.naes.cc web site and refer to all the topic specific sections.

The Process Guideline provides an overall view of the process and the What Next Checklist under checklists will provide a timeline for sending the suggested letters.

You can also attend the various topic specific Live Calls. Check the Call schedule under Educational Tools.

### WEBSITE FAQ's
How do I get a login and password for the www.naes.cc Resource center website?
What if I forgot my login and password?
What if my login and password don't allow me into the www.naes.cc website?
Can I change my password?
When I click on Create Account on the page where I have added my account, nothing happens!
How do I make changes to the accounts I listed on my profile

### GETTING STARTED FAQ's
How do I get started?
Do I need to be computer literate to do this?
Can I keep copies of the letters I send on my computer?

### MISCELLANEOUS FAQ's
How do I add additional cards once my profile has been approved?
What if my agent is no longer active?
Who can I contact if I have a question that is not answered here or under Education?
What if I receive a notice of new terms and agreement from my bank?
What if my original bank was bought by another bank, do I need to send another dispute to the new bank?
What if I never sent an initial dispute to the bank because I was more than 5 months behind in payments when I began this process. How do I generate the letters to any collections?

### THE PROCESS FAQ's
*Most of your questions on the actual process will most likely be answered in the section titled Process Guideline under Education which you may want to refer to first.*

### LETTERS FAQ's
What if there is a lot of writing at the top and bottom of the page & how do I remove this when printing my letters?
Where are all the letters?
Do I still need to enter all my accounts even if I began this process a year ago or more?
Where are the attorney dispute letters?

LTW04828

Where is the 3rd party cease communication letter?
How do I get the letters to list only my spouse's name?
When I print my letters, the printout does not look right. How can I fix this?
Can I preview the letters before sending them?
Can I have someone else send the letters for me since I am so busy?
An account is only in my name and not my spouse's. How can I get only his/her name listed on a letter?
The letters won't allow me to "create". I have entered my accounts under ADD_ACCOUNT and even have entered laws firms and collection agencies but the system won't allow me to access any of the letters!

## INITIAL DISPUTE LETTER FAQ's

What if I don't understand what the initial dispute letter means?
Do I respond to any bank responses I receive to my dispute?
What if I never receive a response from the bank?
What if I receive a stack of past statements as a response from the bank?
What if my accounts show up on the credit report and then the bank that state my dispute doesn't qualify as a billing dispute?
What if I receive responses from the bank instead of the Disputes or Billing Inquiries address?
What if I sent this to the Payment address instead of the Disputes or Billing Inquiries address?
Why do I need a statement before sending the dispute?

## 60 DAY FOLLOW UP LETTER FAQ's

From what point do I count the 60 days?
Do I send this even if my account went to a collection agency or attorney collector?
What if I never receive a response from the bank?
Do I still send this if I have received a response from the bank?
What if I forgot to send this at 60 days?

## 90 to 120 DAY LETTER FAQ's

Where can I get a credit report?
Where do I send this letter?
Do I send this letter even if my account is with a collection agency or attorney?
What if I forgot to send this at 90 days?
Do I send this to all the banks?
What should I look for on the credit report?
Why don't I send this letter if I have a business account?

*You can refer to the 180 day checklist under Education which for information on this step and a description of a charge off.*

## 180 DAYS & CHARGE OFF FAQ's

*You can refer to the Credit Cleanup section under Education for information and resources.*

## CREDIT CLEANUP FAQ's

Is there any way to minimize the negative marks on a credit report?
Where can I get my questions answered on this process?

## ARBITRATION FAQ's

What do I do if I receive an Arbitration CLAIM?
What if I have a question about the Arbitration process?
Do I need to fax in my arbitration claim?
What if I receive additional letters from the National Arbitration Forum after I sent my objection?
What if I submitted an application to Arbitration support and have not had a reply?
How do I fax my arbitration claim on an account opened after 1999 using EFAX?

## SUMMONS FAQ's

What do I do if I receive a Summons(lawsuit)?
Do I need to fax my summons into the Resource center?
What if I have a question about my application?
What if I have a question about the summons process?

## SETTLEMENT FAQ's

LTW04829

NAES - North American Educational Services

*Your best resource is to review the information under the Settlement section under Education first and attending the live settlement call Mondays. Check the Call schedule under Educational Tools.*

What if I sent an offer to compromise to the attorney or bank to negotiate a settlement and never received a reply (assuming I received a return mailing receipt)?

Where can I get my questions answered on this process?

**PERSONAL INFORMATION FAQ's**

How do I change my email address?
How do I update my mailing address and/or phone number?

**EMAIL PROBLEM FAQ's**

I've sent a fax and/or email to the Resource Center to questions@naes.cc and have never received an answer!
What do I do?
What if I never seem to receive replies to my email address?
Why can't I receive the daily call schedules?

**FAQ's ABOUT DEBT COLLECTORS**

Can a debt collector call me late at night?
Can a debt collector leave messages on my answering machine?
Is a verbal payment agreement with a collector enforceable?
Does the collector have to accept my partial payments?
Is my agreement enforceable against a new collection agency?
A collection agency keeps harassing me about a debt I don't believe I owe. What can I do?
Does the Fair Debt Collection Practices Act apply to major credit card banks?

**WEBSITE FAQs**

Q: How do I get a login and password for the www.naes.cc Resource center website?
For NEW members, you will receive a login/password via email once you fill out your application online from your agent and your funds are received.

For CURRENT members who have never accessed the website, send an email to questions@naes.cc and request the temporary login so you can create your own.
Q: What if I forgot my login and password?
Click on the section below the login and password that states "forgot your login or password?" and follow the directions.

Q: What if my login and password don't allow me into the www.naes.cc website?
Send an email to questions@naes.cc and include your username and password and email address that you want so we can check the system and re-set it for you if needed. You may have mistakenly added yourself more than once which confuses the system.

Q: Can I change my password?
Yes, go to Member Information and click on "Change Password".

Q: When I click on Create Account on the page where I have added my account, nothing happens!
Go back and make sure there are no RED asterisks by any of the fields where you have entered data, indicating you have something in the wrong format. The date must have slashes and the full year i.e. 01/01/2005, phone numbers have dashes i.e. 888-888-8888.

Q: How do I make changes to the accounts I listed on my profile

LTW04830

You can contact your agent to amend your profile within 60 days of purchase of the program . Your agent will forward the request to profiles@naes.cc for approval. The profile then can temporarily be declined to open it up for amendments and re-submitted.

## GETTING STARTED FAQs

**Q: How do I get started?**
Go to the main website www.naes.cc. Type in your Login and Password that you received by email (once you submitted your application and forwarded your funds). Go to HELP on the right and click on Getting Started and follow the directions.

**Q: Do I need to be computer literate to do this?**
You won't need to be a computer genius, but will be expected to be able to send/receive emails as well as access the internet, pull up attachments to emails,  change colors, print documents, copy and paste documents.

**Q: Can I keep copies of the letters I send on my computer?**
Since you want to keep copies of letters as evidence in the event you may need this in the future, we suggest keeping a hard printed copy. After you print your letters, sign them in blue (which helps designate the original) and make 2 copies of the signed letter. One you keep for your files, one you send by certified mail and the other gets sent by regular mail.

**Q: How do I add additional cards once my profile has been approved?**
You need to contact your agent for information on purchasing a booster pack. This needs to be   done within 60 days of submitting your profile. Once the order is placed for the additional booster  pack, your agent will forward the request to profiles@naes.cc for approval. The profile then can temporarily be declined to open it up for amendments and re-submitted.

## MISCELLANEOUS FAQs

**Q: What if my agent is no longer active?**
Send an email to brf@naes.cc and state your agent is no longer active. You can be assisted without having to wait for an agent to be assigned if you need to purchase a booster for additional cards or need a referral to other service.

**Q: Who can I contact if I have a question that is not answered here or under Education?**
You can join us on any of the live resource center calls Mon through Thurs 9 PM EST or Tues 2 PM EST. Check the call schedule listed under Educational tools or you can send an email to questions@naes.cc.

**Q: What if I receive a notice of new terms and agreement from my bank?**
We suggest you send the Letter of Non-Acceptance which is located under Additional Letters under EDUCATION.

**Q: What if my original bank was bought by another bank, do I need to send another dispute to the new bank?**
No, since the account number is the same the new bank will have all your information. You can send subsequent letters to the address of the new bank.

## LETTERS FAQs

**Q: What if I never sent an initial dispute to the bank because I was more than 5 months behind in payments when I began this process. How do I generate the letters to any collectors?**
For the system to know you initiated the process, that initial Billing Dispute needs to be "created" even if you never sent one. Just create a "dummy" one by entering a bogus Date sent and cert. number , then once created, the other letters will be accessible to you. Remember to add any collection agency or law firm under ADD FIRM/AGENCY under Educational Tools first , then click on your account under Account Listing to generate the 3rd party cease or attorney dispute letters.

**Q: What if there is a lot of writing at the top and bottom of the page & how do I remove this when printing my letters?**

LTW04831

NAES - North American Educational Services

Your Web browser is automatically adding headers and footers to your letters when you print. To turn this off, follow the instructions below for your browser. Click here for an image of these instructions.

**Internet Explorer and Netscape:**
1. On your internet browser at the top , Click "File"
2. Select "page Set up"
3. Where it says "Headers and footers" – delete the contents of those two fields
4. Click "okay"

**Firefox:**
1. On your internet browser at the top , Click "File"
2. Select "page Set up"
3. Click the "Margins & Header/Footer" Tab
4. Set all the boxes under Headers & Footers to "–blank–".
5. Click Okay.

*If your browser is not listed and you cannot get the header/footer removed please contact support@naes.cc and let them know which browser and operating system you are using.*

**Q: Where are all the letters?**
Check under Account Listing under Educational Tools to see if the accounts you added are listed, then click on an account and the letter selections are generated. If you do not see any of your accounts under Account Listing, you need to go back to Add Account and follow the directions.

**Q: Do I still need to enter all my accounts even if I began this process a year ago or more?**
Yes, you need to add your accounts and create the Initial Dispute letter by adding the date you originally sent it so the system knows when you initiated the process to be able to generate subsequent letters. You may still need letters such as the 3 rd party cease communication or attorney dispute letters even a year later. You can choose to add accounts one by one as you need letters instead of entering data on all of them at one time.

**Q: Where are the attorney dispute letters?**
You need to add the attorney firm under Add Firm/Agency under Educational Tools first. Then click on your account and the letter will be a selection.

**Q: Where is the 3rd party cease communication letter?**
You need to add the collection agency or out-of-state attorney firm under Add Firm/Agency under Educational Tools first. Then click on your account and the letter will be a selection.

**Q: How do I get the letters to list only my spouse's name?**
Go to Member Information and first make sure your spouse's name is listed under Edit Personal Information. If not, contact your agent (the person to whom you paid for the program. If you do not have an active agent, send an email to hr@naes.cc). Then right above Letters Sent Overview there is a pull down box where you can select "from" for letters that you are sending. Click here for an image of this.

**Q: When I print my letters, the printout does not look right. How can I fix this?**
Sometimes the printable margins from your browser do not match your printer correctly. Highlight the body of the letter, and copy and paste onto your Word Processing Program such as WORD, then you can print from that program.

**LTW04832**

**Q: Can I preview the letters before sending them?**
The system allows you to view some of the letters only at the designated timeline to send a letter so that it prompts you to wait either for a recent statement or prevents you from sending one too early. Other letters are viewable all the time such as the attorney disputes and cease communication letters.

**Q: Can I have someone else send the letters for me since I am so busy?**
Remember that you are ultimately responsible for familiarizing yourself on the process, the laws behind it and what the process entails. Keep this in mind if you designate someone other than yourself (whose name is on the accounts), to proceed with the process.    Any legal action will always reference the name on the account.

**Q: An account is only in my name and not my spouse's. How can I get only his/her name listed on a letter?**
If you go to Member Information on the website and your spouse's name is not listed on your profile, you need to contact your agent to update that field. Once his/her name is added, when you select a letter, you have the option to choose either name separately or both your names for that letter. Keep in mind that your NAES contract has to have both names listed in order for this option to be available.

**Q. The letters won't allow me to "create". I have entered my accounts under ADD ACCOUNT and even have entered laws firms and collection agencies but the system won't allow me to access any of the letters!**
First, ensure that you have submitted your profile and that it has been approved. Additionally, make sure that you have your initial dispute "created" and that you have a DATE SENT entered or if the system does not know when to create the subsequent letters. When you click on ACCOUNT LISTING under EDUCATIONAL TOOLS, any collection agency or law firms that you added under ADD FIRM/AGENCY also show up right below. Then click on an account that you entered and the letters are available.

## INITIAL DISPUTE LETTER FAQs

**Q: What if I don't understand what the initial dispute letter means?**
You can refer to the Billing Dispute Process section under Education.

**Q: What if I never receive a response from the bank?**
You will be prompted to upload bank responses to your initial dispute letter. After reviewing the response you will be emailed a suggested sample reply.

**Q: What if I receive a response as a response from the bank?**
Just file these away and you can also review the info under Process Guideline under EDUCATION at the top of this site.

**Q: What if I sent this to the Payment address instead of the Disputes or Billing Inquiries address?**
You will need to resend it to the correct address or your dispute will not be considered valid.

**Q: Why do I need a statement before sending the dispute?**
For your dispute to be valid it must be sent within 60 days of receiving a statement per federal law.    For example, say it is Jan 31st, '05 you need to have a statement dated Dec 31st., '04 or Nov 30th., '04 at the latest.

## 60 DAY FOLLOW UP LETTER FAQs

**Q: From what point do I count the 60 days?**
It is 60 days from the date you sent your initial dispute.

**Q: Do I send this even if my account went to a collection agency or attorney collector?**
Yes, send this to all original creditors.

LTW04833

NAES - North American Educational Services

Page 7 of 11

**Q: Do I still send this if I have received a response from the bank?**
Yes. By law they need to conduct an investigation and supply you with written documentation of that investigation, which they never do. You are just sending this letter as a reminder to address your dispute.

**Q: What if I forgot to send this at 60 days?**
You can opt to still send this just to have on the record that you attempted to remind the bank again of your dispute. You can send this even if your account is in collections or with an attorney or even charged off as long as you do not have a lawsuit.

## 90 to 120 DAY LETTER FAQs

**Q: Where can I get a credit report?**
You can reference the Credit Bureau Contact list under Education for the contact info on all 3 credit bureaus and request one or you can go to the Web and do a search for credit reports which will give you many choices.

You can also go to www.annualcreditreport.com to access your one free one a year.

**Q: Where do I send this letter?**
You are sending this to the ORIGINAL creditor, not to the credit bureaus, as you are noticing the bank to correct their reporting errors.

**Q: Do I send this letter even if my account is with a collection agency or attorney?**
Yes, you are noticing the ORIGINAL creditor to correct their reporting errors.

**Q: What if I forgot to send this at 90 days?**
You can still opt to send this as long as your account is not reported as charged off on your credit report

**Q: Do I send this to all the banks?**
You only need to send this to the banks that have reported derogatory marks on your credit report.

**Q: What should I look for on the credit report?**
The account should read as "under dispute". It should not be listed as late, or closed by grantor, or have interest and late fees added to the balance, which are derogatory.

**Q: Why don't I send this letter if I have a business account?**
The FCBA does not apply to these accounts so the creditor is not prohibited from reporting information.

## CREDIT CLEANUP FAQs

**Q: Is there any way to minimize the negative marks on a credit report?**
If you choose to settle any accounts prior to charge off, your credit report will not be as negatively affected since an R5 rating (settled in full) is better than an R9 rating(charged off as bad debt). Remember too that if you settle you can negotiate to have the creditor report as Paid in Full which prevents them from sending you a possible 1099 for the unforgiven part at the end of the year.

**Q: Where can I get my questions answered on this process?**
As we are not in the credit cleanup business we cannot answer specific questions but we do offer the do-it-yourself credit tutorial for your reference.

## ARBITRATION FAQs

LTW04834

**Q: What do I do if I receive an Arbitration CLAIM?**
Refer to the Arbitration section under Education for directions and information. It is divided into 2 sections, one for MBNA and one for Bank One/Chase. Make sure to also review the instructions.

**Q: What if I have a question about the Arbitration process?**
Your best resource is to attend the live arbitration call Mondays or Fridays- check the Call Schedule under Educational Tools. Also review the information on Arbitration under EDUCATION.

**Q: Do I need to fax in my arbitration claim?**
No, there is no need to fax the Claim into the Resource center.

**Q: What if I receive additional letters from the National Arbitration Forum after I sent my objection?**
If you receive a Scheduling Notice, or copy of an affidavit, or a copy of the plaintiff's response to your objection, just file these away. If you receive a notice of an Award, refer back to the arbitration section for directions post award. If you receive a request from the Arbitrator for additional information, fill out a ticket in the CLC site. The arbitration calls will help guide you on the process as well. See Call Schedule under Educational Tools.

**Q: What if I submitted an application to Arbitration and have not had a reply?**
Send a follow up email to arbitration@naes.cc and include the date you submitted your application. Also check that you do not have a block on your emails from that address.

**Q: How do I fax my arbitration claim on an account opened after 1999 using EFAX?**
The directions are in the Policies for Members - Arbitration link.

## SUMMONS FAQs

**Q: What do I do if I receive a Summons (lawsuit)?**
Go to Education and refer to the Summons education section and submit your application for support. Once the Consumer Litigation Center (CLC) upon successful completion of the application, you will be brought to the CLC site immediately. It is imperative to read the "get started" page on the CLC homepage.

**Q: Do I need to fax my summons into the Resource center?**
No need to fax your summons - you will be brought to the CLC site immediately after filling out the application. It is imperative to read the "get started" page on the CLC homepage. All of your instructions will be there.

**Keep in mind that responding to a summons is time sensitive. ALL of your instructions and documents are available in the CLC area. You need to attend the training calls offered by the CLC. The live call schedule is on the CLC homepage.**

**Q: What if I have a question about the summons process?**
For all new lawsuits, the best resource is to attend the Wed 8 PM Summons overview call which outlines the process and options. Refer to the Call Schedule for live calls under Educational Tools.

For ongoing lawsuits, your best resource is the live call schedule which is reached from the CLC homepage. There are also recorded versions of all of the calls available from the CLC homepage and from the call schedule under Educational Tools.

**Q. How do I get access to the CLC calls and website?**
Members who have been served a lawsuit or have an arbitration CLAIM on an account opened after 1999 and have submitted an application under either the Summons or arbitration sections under EDUCATION will have access to the CLC site.

LTW04835

NAES - North American Educational Services

ii

Page 9 of 11

**Q. What if I have a question regarding my lawsuit or arbitration case to which I have submitted an application for support?**
Please direct all questions on an existing case by referring directly to the CLC link under EDUCATIONAL TOOLS and post them under the CONTACT US section and NOT to the Resource Center as this will just delay a response. If you need documents us the "REQUEST ASSISTANCE/FAXS" button on the CLC homepage.

**Q. How do I fax new court documents that I have received after responding to the Initial lawsuit?**
R. Go to the CLC link under EDUCATIONAL TOOLS and refer to the Need Assistance box . Submit the Summary action sheet and you will receive instructions on using EFAX to fax these new documents for review. Please do NOT fax to the Resource Center as you need to direct them to the CLC.

**Q. How do I set up EFAX?**
R. Refer to the Policies for Members that you receive after submitting a lawsuit application.

### SETTLEMENT FAQs
*Your best resource is to review the information under the Settlement section under Education first and attending the live settlement call Mondays. Check the Call schedule under Educational Tools.*

**Q. What if I sent an offer to compromise to the attorney or bank to negotiate a settlement and never received a reply** (assuming I received a return mailing receipt)?
If you do not receive a reply to your settlement offer, that reflects negatively on the creditor since they are ignoring your effort to settle this amicably without tying up court time and money. This can add to your defense in the event of a lawsuit. If you are serious about negotiating though, YOU can be the aggressor and write again as a 2nd notice to them to address your offer. If they still refuse to address your offer, you may need to just wait to see if a lawsuit is filed. Keep in mind that you can still exercise your option to settle even during a lawsuit.

**Q: Can I still opt to settle once I receive a lawsuit?**
Yes. During a suit, once you answer the summons, or are further into the litigation process, the attorney may be more amenable to settling since he knows you are serious about pursuing the summons and are not going to back down for an easy default judgment. The Consumer Litigation center can help direct you as to an optimal settlement time during your lawsuit process.

### PERSONAL INFORMATION FAQs

**Q: How do I change my email address?**
Under Member Information, click on "change email".

**Q: How do I update my mailing address and/or phone number?**
Under Member Information, click on Edit Personal Information.

### EMAIL ISSUE FAQs

**Q: I've sent a fax and/or email to the Resource Center to questions@naes.cc and have never received an answer! What do I do?**
The Resource Center has 48 hrs to respond but if you have not received an answer in 48 hrs. call the 800-263-2563 x2191 number and leave a message and we will return the call within 24 hrs. We can research if there is an email issue. If there is already an email problem it is of no use to keep faxing or emailing until we figure out where the problem lies so call us.

Remember to add your email address LEGIBLY and in ink to all faxes to avoid delays in responses

**Q: What if I never seem to receive replies to my email address?**
Make sure your email includes an alternate email address if you do not want our reply sent to the same address as the one from which you are sending as we usually hit "Reply" to your email. Also check to make sure you have not inadvertently blocked mail

LTW04836

from Questions@naes.cc which is the Resource Center.

## FAQ's ABOUT DEBT COLLECTORS

**Q: Can a debt collector call me late at night?**

No, collectors can only contact you by telephone between the hours of 8:00 a.m. and 9:00 p.m. Early morning and late night calls are prohibited under the Fair Credit Collection Practices Act. A debt collector is charged with knowing what time it is in every region of the country so as not to call someone outside the allowable hours.

**Q: Can a debt collector leave messages on my answering machine?**

A debt collector can leave messages on your personal answering machine until you tell him to stop. A collector cannot discuss your debt with third parties, which means that he cannot leave messages regarding your debt on your employer's answering machine or a relative's answering machine. He can leave is name and number though, at least until he is asked to stop.

**Q: Is a verbal payment agreement with a collector enforceable?**

Probably not. You should get all agreements in writing, particularly since the collection industry has a high-turnover rate. Another collector might take over your account or your account might be sold to a third party. Be aware that even a written agreement might not be enforceable if your account is sold to another collection agency. But you should get all agreements in writing and you want to protect yourself later on if you're sued. A good written agreement (1) sets forth all material terms and conditions; and (2) is signed by both parties; and (3) is dated.

**Q: Does the collector have to accept my partial payments?**

No, they do not and many of them will claim that they won't accept a partial payment. Collectors want you to send them a lump sum payment and they don't care if you have to borrow it from a relative, skip your car payment or take a cash advance from your credit card. So they use very aggressive tactics to scare you in to paying the debt in full as quickly as possible. But the smarter thing to do is to pay them only what you can afford to pay them. Keep paying your house and car payments, don't borrow money from relatives or your credit card and pay them only what you can afford each month. Send it in every month even if they keep sending it back. Keep proof that you've been trying to send them money. This will significantly reduce your odds of being sued, as most collection attorneys know that a judge, when presented with evidence that you tried to pay the debt, will yell at the plaintiff for wasting his time with an unnecessary suit when the defendant was trying to pay the debt. Eventually, most collectors will give in and accept the partial payments.

**Q: Is my agreement enforceable against a new collection agency?**

It isn't that uncommon to find yourself dealing with a new collector or new collection agency when you owe a debt. For example, if the original creditor fires the old collection agency and hires a new one, you might suddenly find yourself receiving collection calls and letters despite the fact that you have a payment agreement with the old collection service. The agreement is not enforceable against the new company unless they choose to accept it; however, sending them a copy of it would help you tremendously in establishing a payment schedule with the new collection agency.

**Q: A collection agency keeps harassing me about a debt I don't believe I owe. What can I do?**

Send them a certified letter asking that they verify the debt. Verifying the debt requires that they send you copies of documented proof that you owe the debt. There is a statutory period governing them, so you need to act as quickly as possible after that make initial contact with you. You can also ask them to stop contacting you since you don't believe you owe the debt. Once you have told them this, they are barred under the Fair Debt Collection Practices Act from contacting you to try and collect the debt or putting negative information on your credit report. They can contact you to tell you they're giving up all collection activity or they're going to sue you.

A collector told me that he was going to call my employer and have my wages garnished. Can he do this? Not without a judge's signature. The Constitution of the United States guarantees you "due process." This means that a collector must sue you and the matter must be heard before a judge before your wages can be garnished. Your employer will not garnish your

LTW04837

wages until he receives an official document from the court ordering him to do so.  Remember that most threats of this nature are bluffs; however, if you think the collector will carry out the threat, then work out a payment agreement before you get sued. Don't let the matter proceed to this point because a wage garnishment is hard to reverse.

**Q: Does the Fair Debt Collection Practices Act apply to major credit card banks?**
No, it applies only to the collection attorneys and professional debt collection companies they might hire.  Original creditors are regulated by state law; however, the major credit card companies follow policies that closely mirror those of the FDCPA and will comply with your request to stop phoning you at home and work, etc., just as if you were dealing with a collection service.  If you believe you have been harassed by an original creditor, or that the original creditor has done something illegal or threatening towards you, then research your state laws on the subject and contact the proper authorities to file a formal complaint .
Typically, the Attorney General in your state is the proper authority to contact.

© 2005 North American Educational Services. All Rights Reserved.

LTW04838

NAES - North American Educational Services

https://www.naes.cc/members/gettingstarted.aspx

NAES

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN

LOGOUT

▼EDUCATIONAL TOOLS    ▼MEMBER INFORMATION    ▼LAWS & CODES    ▼NEWS    ▼HELP

# Getting Started

Welcome to the new NAES site. This new site will require a bit of administrative work for you initially, but will help you stay organized as you finish your educational process. You will need to enter information for each of your creditors. Depending upon where you are in your process, you will use this site for your letter generation and educational information.

You will add each alleged creditor individually under the "add account" selection in "educational tools." You will need the Billing address on hand that you have been using when you do this, once these are all entered, you can create your letters. For each letter you have ALREADY sent you will just need to enter the "date sent" and the subsequent letters will be available.

The site will walk you through the process. Any time you submit information, a message will appear at the top of the page that it has been received.

Thank you!

## Adding Cards

1. Adding Cards to your account: Go up to "Educational Tools" a dropdown menu should appear, click "Add Account"
2. Fill out the form for each account you want to put through the Debt Relief Process.

## Creating Letters

1. Log into https://www.naes.cc
2. All of the cards you entered should be viewable here below "Account Listing"
3. Choose the card you wish to create letters for and click on it.
4. Under "Letters Sent Overview", you will start with "Initial Dispute"
5. Click "Create Letter"
6. You need to enter the certified mail tracking number you will be using for this particular letter (ie. 1111 1111 1111 1111), you may want to stop at the post office and pick up a stack of certified mail and return receipt cards so that you have them on hand.
7. Enter the date from the most current statement.
8. Enter the balance from the most recent statement
9. Click prepare letter.
10. Under "Initial Dispute" there is a new link, "Print Letter"
11. Click "Print Letter", a new window will open up with the corresponding letter. You can print directly from this new window or copy the text and paste it into your favorite word processing program.
12. Once you have sent your letters, you want to log back in and update them with the date sent.

LTW04841

NAES - North American Educational Services

Click Here to view the Checklists

© 2005 North American Educational Services, All Rights Reserved.

https://www.naes.cc/members/gettingstarted.aspx

LTW04842

NAES

➤ EDUCATIONAL TOOLS    ➤ MEMBER INFORMATION    ➤ LAWS & CODES    ➤ NEWS    ➤ HELP

| NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US |

LANCE TAYLOR-WARREN
LOGOUT

## PROCESS GUIDELINES

### ▶ STEP 1:   READ 'GETTING STARTED'

- Go to 'HELP' in the top right corner of the site and click on 'Getting Started'.
- Read through the 'Getting Started' page and click on 'Click here to view Checklist'.
- After you have read through the information, go to 'EDUCATIONAL TOOLS' and click on 'Call Schedules'.
- We highly suggest joining each of the 'LIVE' training calls, such as:
  - o  Introduction to the Resource Center
  - o  Resource Center Q&A
  - o  Settlement Information
  - o  Summons Procedures and Intro
  - o  Intro to the National Arbitration Forum
  - o  Arbitration Information
- We also highly suggest listening to the 'RECORDED' calls:
  - Website Overview and Navigation
  - Asset Protection*
  - We also highly suggest listening to the 'RECORDED' calls:

*This call is a very IMPORTANT and we HIGHLY suggest listening to this call in the beginning stages of this process.

### ▶ STEP 2:   KNOW THE LAWS

**Laws:**   The Fair Credit Billing Act (FCBA), The Fair Debt Collection Practices Act (FDCPA), and Fair Credit Reporting Act (FCRA)

■ **The Fair Credit Billing Act (FCBA):**   is found in Title 15 of the US Code section 1666 and serves as one of the bases for our dispute process.   You can be assured that Federal law definitely backs the NAES process and all the suggested letters are designed to comply with consumer protection laws. This law allows you to request further clarification of your alleged balance and evidence of accurate accounting by the creditor on your monthly statements. For the dispute to be valid you must submit the dispute within 60 days of receiving your most recent monthly billing statement.  You will need to have a recent statement to reference the date in your letter.

■ **90 Days:**   The creditor has 90 days to resolve your billing dispute.   During that time they are prohibited from pursuing further collection efforts, adding interest and late fees, or reporting derogatory information to the credit bureaus, but unfortunately, most banks tend to ignore the FCBA laws. It's important to remember that once you submit your "Initial Dispute Letter", it's the creditor's responsibility to research the dispute and to respond appropriately. If the bank chooses not to respond properly, they are the ones violating federal law.

■ **Laws to Remember:**   All the laws NAES references, such as the Fair Credit Billing Act (FCBA) for creditors, the Fair Debt

**LTW04858**

Collection Practices Act (FDCPA) for collection agencies and debt collecting attorneys, and the **Fair Credit Reporting Act (FCRA)** for credit reporting agencies, are ones you can reference for yourself by logging on to your member home page and clicking on "LAWS & CODES". Reading these laws for yourself will help fortify your conviction that these laws are real and apply to the NAES process.

◆The Fair Credit Billing Act, [ 15 USC § 1666 (a)(3)(B)(ii) ] – Title 15 of the United States Code section 1666) mandates that the **creditor must**:

"*send a written explanation or clarification to the obligor, after having conducted an investigation, setting forth to the extent applicable reasons why the creditor believes the account of the obligor was correctly shown in the statement and, upon request of the obligor, provide copies of documentary evidence of the obligor's indebtedness*.".

United States Code
Title 15 - COMMERCE AND TRADE
CHAPTER 41 — CONSUMER CREDIT PROTECTION
SUBCHAPTER I — CONSUMER CREDIT COST DISCLOSURE
Part D — Credit Billing
§ 1666 (a)(3)(B)(ii)
◆Federal law [ 12 CFR § 226.13 (d)(1) ] - Title 12 of the Code of Federal Regulations (CFR), Banks and Banking section 226.13 (d)(1), states:

- *consumer's right to withhold disputed amount; collection action prohibited.* The consumer need not pay (and the creditor may not try to collect) any portion of any required payment that the consumer believes is related to the disputed amount (including related finance or other charges).

◆Title 12 CFR section 226.12 (c) (2) states:

- Adverse credit reports prohibited. If, in accordance with paragraph (c)(1) of this section, the cardholder withholds payment of the amount of credit outstanding for the disputed transaction, the *card issuer shall not report that amount as delinquent until the dispute is settled or judgment is rendered.*

In regards to credit reports, it should read as *"closed per customer request and/or account in dispute"* as directed by the Fair Credit Reporting Act, United States Code (USC), Title 15 - Commerce and Trade, section (sect.) 1681c (e) (f).
◆Title 15 sect. 1681(a) requires **accuracy and fairness of credit reporting.**

- Title 15 USC sect.1666 (c)(i) prohibits creditor from closing accounts for non payment.

▶**DEFINITION OF A BILLING DISPUTE**
The definition of a billing dispute under 15 USC 1666(b)(1)(2)(4)(5) - United States Code (USC), Title 15 - Commerce and Trade section (sect.) 1666(b)(1)(2)(4)(5) states the definition of billing error.

- A reflection on a statement of an extension of credit which was not made to the obligor or, if made, was not in the amount reflected on such statement.
- A reflection on a statement of an extension of credit for which the obligor requests additional clarification including documentary evidence thereof.
- The creditor's failure to reflect properly on a statement a payment made by the obligor or a credit issued to the obligor.
- A computation error or similar error of an accounting nature of the creditor on a statement

LTW04859

# ▶ STEP 3:  THE INITIAL DISPUTE

- **Sending Initial Dispute**  The first letter we suggest is the INITIAL DISPUTE letter, which you send only to the original creditor as long as you have been current on payments or not more than 5 months behind. You do not send the Initial Dispute letter if you know your accounts have already been reported as "charged off" on your credit reports. You can reference an explanation of this dispute letter by going to "EDUCATION and clicking on "Billing Error Overview" to clarify what information you are actually requesting from the banks.

- **Where to Send Letter**  You need to send your Initial Dispute letter to the Billing Inquiries or Billing Dispute addresses normally found on the back of your monthly billing statement. Second choice would be the Customer Service address. IMPORTANT: Please never send any correspondence to the monthly payment address. If you send letters to the Payment address, your dispute will not be considered valid and you will need to re-send it to the Billing Inquiries or Billing Dispute address.

- **Before Sending the Letter**  Before sending the Initial Dispute letter, you will need to stop using the credit card or line of credit, and check that all charges are accounted for. Also make sure all automated drafts are removed. IMPORTANT: If you are the primary account holder, it is strongly suggested that you remove all other authorized users so their credit reports are not potentially affected. It would also be wise to request written confirmation these authorized users had been removed from the account by the bank before sending the Initial Dispute letter.

# ▶ STEP 4:  SENDING LETTERS

- **Certified Mail Slip with Return Receipt**

  - Before you get started, we suggest going to the post office to pick up a handful of certified mail slips and green return receipt cards to use during the process.

  - Send letters Certified with green return receipt and you can also opt to send another copy by regular mail.  Since the Disputes addresses are typically PO boxes, letters sent via regular mail may arrive before the certified copy since the bank needs to send someone to pick up the mail at the PO box. If your letter you sent by regular mail is not returned to you, it's considered received.

  - Prior to creating your letter, make sure you have the certified mail slip and receipt card available.  You will need to enter the certified mail number onto your letter.

  - You can go online at www.usps.com to check the delivery status of the letter you sent by certified mail.  If you do not receive the green return receipt card, you can ask for a refund from the post office. IMPORTANT: Please make sure you write your return mailing address on the back of the green return receipt card or you will not receive the green card back in the mail. Also check that the return receipt was signed by the bank representative and if there is no signature, request that the Post Office re-send it for you to obtain a signature upon receipt.

- **Sending Subsequent Letters**  On all subsequent letters you send, you will use the same Billing Inquiries or Billing Dispute address.  You can also use the address from the latest response you have received from the bank. Also, keep the envelopes from any letters you receive, as they usually have the postmark date stamped on them. Make sure you read and understand all the letters before sending them. Please remember you are creating a paper trail of documents as proof if needed later. So it is very important to be organized and have good records in the event you may need these as evidence at a later time.

- **Signing Letters & Making Copies**  IMPORTANT: When you print out your letters, please sign the letter first (preferably in blue ink which indicates an original signature) and then make photocopies of the original blue ink signed letter.  Printing out multiple letters and signing each makes each an "original" letter and is not proof of the actual letter received.  So for your own records and as potential proof of what the creditor actually received from you, please keep photocopies of the original letter you sent to the bank.

LTW04860

▶ **STEP 5:  BANK RESPONSES & FOLLOW UP DISPUTE**

Once you send your Initial Dispute letter, you may receive some responses from the bank. Some of you may not receive anything, but remember, as long as you have evidence of mailing, it is up to the bank to respond.

*IMPORTANT:  After sending the Initial Dispute letters, please create an eFax Free account. You will need an eFax Free account throughout the NAES process. Please review the 'eFax Overview' section listed under the 'EDUCATIONAL TOOLS' menu. Note: If you're not familiar with opening and saving email attachments to your computer's hard drive of if you're not familiar on how to "upload" or "attach" computer files to your emails, then please seek local assistance from a local computer company or from a friend, family member or neighbor who's knowledgeable of computers. Many public libraries also offer free beginning computer classes.*

■ **Response from Creditor**  If you receive a creditor, response to your Initial Dispute letter, or if you have not received a response to your Initial Dispute letter and it has been over 30 days from the day you sent your Initial Dispute letter, you should send the "Billing Dispute Follow Up letter". Note: A bank response is not a late notice of copies of statements. The Billing Dispute Follow Up letter gives the creditor a second chance to produce the items requested in your Initial Dispute letter. You are also placing the creditor on notice that if they do not comply, you will seek the assistance of a government agency with oversight of their bank, savings & loan or thrift.

■ **Billing Dispute Follow-up Letter**  Once on your member home page, you can click on the account that you want to create a letter for (i.e. Click on 'Bank of America' or Click on 'Citibank').  Please refer to the "Letters Sent Overview" section and located under the Initial Dispute Letter should be a question in RED lettering asking if you have received a response within a certain number of days. Answer this question accordingly and another set of instructions will appear directing you through the next step to access the Follow up dispute.

*NOTE: You need to answer the question to allow you access to subsequent letters such as the 90 day letter.*

Sending Billing Dispute Follow-up Letter  For the "Billing Dispute Follow Up letter" step, you will create an eFax image (computer file) of the creditor's response and upload the response in the space provided at the "Letters Sent Overview" section (note – this is where all the sample letters are located). See EFAX setup under 'Educational Tools'.

   o *NOTE: Be sure to send ALL letters by certified mail with a request for a return receipt (green card). Keep the returned green cards in a file together with a copy of the Initial Dispute letter and the Billing Dispute Follow Up letter.*

■ **Fifteen days after Verified Receipt.** After verified receipt of the Billing Dispute Follow Up letter, send the **"Agency Oversight"** letter, which can be either of the following, depending the financial institution:

   o **OCC (Office of the Comptroller of the Currency)** letter for banks that have N.A. (National Associate bank) at the end of their names
   o **FDIC (Federal Deposit Insurance Corporation)** letter
   o **OTS (Office of Thrift Management)** letter
   o **FRB (Federal Reserve Board)** letter

*PLEASE NOTE:  You can use the following link to determine which agency has oversight over a financial institution:*
http://www2.fdic.gov/idasp/main_bankfind.asp.

■ **After Sending Letters**  After the "Initial Dispute", "Billing Dispute Follow Up" and government oversight agency letters have been

LTW04861

sent, you have completed the required segment of the billing dispute process.

■ **Subsequent Bank Letters** Some members have received a subsequent letter from the creditor stating that the creditor has received an inquiry from the oversight agency and the creditor is writing the member in response to that inquiry. Often the letter is full of unsupported claims the creditor satisfied your billing dispute request. Clearly, the Creditor has not.

The following procedure is optional. A sample letter can be supplied by writing rc4@naes.cc to be sent to the oversight agency rebutting the Creditor's assertions and demanding that the oversight agency perform its ministerial duty by commanding the Creditor to produce an authenticated copy of the Cardholder Agreement to which you originally agreed, affirmatively identifying you and containing the terms and conditions binding the parties. Your authority to demand such information is found at 15 U. S. C. § 1666 (b)(2), "A reflection on a statement of an extension of credit for which the obligor requests additional clarification including documentary evidence thereof".

*IMPORTANT: After completing the Initial Dispute and Billing Dispute Follow Up letter steps, it's not necessary to upload any subsequent letters you receive from the creditor. You can just file away all these bank responses and continue with the "What Next Check Lists" section located under the 'EDUCATION' menu. Remember, using the Initial Dispute and Billing Dispute Follow Up letters, you have met the requirements under the Fair Credit Billing Act and it's up to the bank to provide you the necessary documentation.*

▼ **STEP 6  RESPONSE FROM 3RD PARTY DEBT COLLECTORS**

If you receive a letter from a 3rd party collection agency (e.g. Creditor Interchange) or an out-of-state attorney, please go to the 'EDUCATION' menu to select and review the following sections:

- o   3rd Party Collectors Overview,
- o   Attorney Communication Overview
- o   What Next Check Lists

*Note: You do not need to fax collector letters to the Resource Center OR need to send any copies of your response to a collection agency or attorney to the Creditor.*

▼ **STEP 7  SENDING THE 60-DAY LETTER**

If you have already sent the Follow Up dispute and the agency oversight letters you do not need to send the 60 day letter, as they essentially state the same thing. If you choose to send this, it can be sent 60 days after you have sent the Initial Dispute letter. The 60 Day letter is sent only to the original creditor even if your accounts have been sent to collectors. If you have forgotten to send the 60-day letter, you can still choose to send it as evidence of a reminder notice to the bank, as long as your account has not been charged off (refer to the **"Check Lists"** web page located under the 'EDUCATION' menu and review the **"180 Day Checklist"** section for an explanation of a "charge off").

LTW04862

**Response to 60-Day Letter or Follow up letter If you receive a response to the 60-Day** letter, there's no need to email or upload copies of statements, late notices, offers, or letters stating the creditor is in compliance with the law. Some letters may even state they don't consider your dispute as valid, but if you reference the law yourself, under the FCBA (Fair Credit Billing Act) there are 7 definitions of a billing dispute & you can see your dispute letters do qualify as valid.

### ▶ STEP 8   90-DAY LETTER

- *At 90 days* you will pull your credit report to see if any derogatory information was posted. If so, you can edit this sample letter to reflect what is reported. After logging into your member page, click on an account and scroll to the "Letters Sent Overview' to locate the 90-day letter. You can copy and paste onto a WORD document and edit accordingly.

- You do not need to send the 90-day letter if there is no negative information posted. The report should read that the account is 'under dispute'.

- This 90 Day Bad Reporting letter offers the original banks an opportunity to correct their reporting errors, but keep in mind that the banks usually will not correct their reporting to the credit bureaus. If the bank does correct the credit report, this will help you at the end when you're cleaning up your credit reports. For more information on Credit Reports, please go to the 'EDUCATION' menu and select 'Credit Report Tutorial' and 'Credit Bureau Contacts'.

- File away any responses to the 90 Day Bad Reporting letters. There is no need to send them to the RC center.

- *REMEMBER: The 90 day letters are ONLY sent to the BANK, not to any collection agency, attorney or credit bureaus.*

### ▶ STEP 9   CHARGE OFF AT 180 DAYS

- A charge off signifies that the bank has written your account off their accounting books. An account will be charged off by the bank if you have not made any payments for 180 days.

- Typically the bank can either sell or assign your account to a collector at that time or prior to the charge off. If they assign it, the account may be sent back to the creditor at a later date.

- The credit bureaus are the ones that report accounts as charged off as bad debts and assign an R9 rating, the lowest rating. The only way to see whether accounts are charged off is by accessing your credit reports from the 3 credit bureaus. As these bureaus do not always report the same information at the same times you may have to check periodically. One way to avoid an R9 rating is to negotiate a settlement agreement with the creditor before charge off occurs. You will then have the account reported as Paid in Full or Settled in Full.

- Once an account is charged off, this is the point when you should stop getting statements. If you are not getting any statements, but you are still getting letters from the bank or any 3rd party assignee for that card, then reference the 3rd party collections or attorney communication sections. Keep in mind that even if accounts are listed as charged off on your credit reports, creditors or collection agencies can still pursue trying to collect.

- **Credit Cleanup:** You have the option to clean up your credit report at the end of the process once accounts are charged off and after you wait an additional 60 days for a total of about 240 days. Persistence as well as knowing your rights under the Fair Credit Reporting Act (FCRA) will aid you in improving your credit scores. See below for information on Credit Cleanup.

LTW04863

NAES - North American Educational Services

- **Monthly Statements**: Up until the account is charged off, you probably will continue to receive monthly statements from the original creditor, which will reflect the added interest and late fees. Please just file these monthly statements away. You will be using the balances from your most current monthly statements to create your letters.

▶ **OTHER IMPORTANT TOPICS**

- Do not be misled into thinking that once you see your account listed as charged off on your credit report that you are in the clear and that this signals the end of the process.
- After the account has been charged off, it will usually go to a collection agency. You may even receive a collection agency letter 2 years down the road, but sending the **3rd Party Cease Communication** letter will usually stop contact from the collection agency.
- The original banks and collectors can still pursue collection up to the statute of limitations in your state, which is listed under the **'EDUCATION'** menu. This means the bank or collector can still file a lawsuit before the statute of limitations expire, but in most cases, the banks and collectors are not too aggressive after 2 years have passed.

▶ **PHONE CALLS**

- Once you send the Initial Dispute letter those pesky phone calls should stop, as you are requesting to only be contacted in writing. If you continue to be harassed, you can send the **Stop Calls** letter to the original creditor and the **3rd Party Cease Communications** letter to bill collectors.
- If a collection agency continues to harass you with phone calls, you can send a complaint letter. If they persist, you can send a complaint to the FTC (Federal Trade Commission) and to your state's Attorney General's office. You can find samples of these **'Additional Letters'** listed under the **'EDUCATION'** menu.
- According to the FDCPA, a collector must cease contact once they receive a request in writing. In most cases, they will call before sending a letter and you cannot verify who the caller really is until you get them to write you. The original bank is NOT bound by the FDCPA, but you do have your rights to privacy if they continue to harass you. You can send a complaint letter to your state's Attorney General's office.
- If you happen to answer a debt collection phone call, just tell the caller you don't handle financial matters by phone and to only contact you in writing. You can just simply hang up without waiting for a response from the caller.
- **PLEASE REMEMBER**: *You are under NO obligation to return collection calls or to answer any questions by phone. Also remember, any information the collector can gather from your conversation, will be used to determine how much money the collector thinks they can "squeeze" out of you. Please don't help these collectors by confirming your social security number, where you live or work and how much money you make. Collectors are like sharks and if they smell money, they can become more aggressive in their efforts.*

▶ **SETTLEMENT OPTIONS**

- If you receive any settlement offers and that is the route you want to pursue, go to **'EDUCATION'** and click on **'Settlement Overview'**. We highly suggest that you attend one of the settlement calls listed under **'EDUCATIONAL TOOLS' / 'Call Schedules'**. Setting does provide closure to dealing with a particular account and you can initiate the negotiation process to avoid a possible lawsuit.
- Settlement is an option for you throughout the entire billing dispute process, even in the event of a lawsuit. If you do happen to

LTW04864

- receive a lawsuit, keep in mind that you must reach a settlement agreement signed in writing BEFORE the due date to answer the lawsuit, or the bank will file for a default judgment against you. It is to your advantage to at least utilize our Consumer Litigation Center to help direct you on how to answer the summons to help buy you time to complete your settlement negotiations. Sometimes, it works to your advantage to answer the lawsuit, go through the beginning stages of the litigation process, and then submit a settlement offer to the plaintiff (bank or collection agency).

- Click here for more information on settlement options.

## ▶ COLLECTORS: AGENCIES & ATTORNEYS

- Your accounts can be sent to 3rd party collection agencies or attorneys, which are commonly referred to as "debt collectors". Please reference the '3rd Party Collection Overview' and 'Attorney Communication Overview' sections located under the 'EDUCATION' menu.

- The 3rd Party Cease Communication letter is sent to Collection agencies and out-of-state attorneys. The Attorney Dispute letters are sent in response to notices received from in-state attorneys with offices in your state or attorneys who have BAR numbers to practice law in your state. In-state attorneys or those authorized to practice law in your state, are the only attorneys that are able to file lawsuits against you. If you receive a notice from an in-state attorney, NAES suggests reviewing the 'Settlement Overview' and the 'Summons Overview' sections located under the 'EDUCATION' menu so you are aware of all your options.

- Please keep in mind that the goal of debt collectors is money. Many collection agencies employ aggressive tactics to intimidate you into paying them. They may threaten to sue you, garnish your wages, take your home, car, your first-born child, whatever, but these are scare tactics. No one can take anything of yours unless they first properly file a lawsuit against you. They also have to WIN their lawsuit, AND get a "judgment" against you before the creditor can attempt involuntary collection. **Note:** If you properly protect your assets and become un-collectible, then even the threat of a lawsuit is not intimidating because the attorney will not be successful in collecting even if the attorney wins the lawsuit. Please review the pre-recorded calls on "Post Judgment & Garnishment Procedures" and "Asset Protection". See the "Call Schedules" section listed under the 'EDUCATIONAL TOOLS' menu.

- If you have access to the 'Consumer Litigants Center' website (See 'Summons Education' and 'Arbitration Education' sections), you may also want to join one of the Live "Post Judgment & Garnishment" training calls to familiarize yourself with potential strategies used to minimize a person's "collectibility". You can refer to the "Live Call Schedule" located on the 'Consumer Litigants Center' home page.

- **Please note:** *Federal law (FDCPA) requires all attorney letters to state they are debt collectors and that if you don't respond within 30 days, the debt is presumed to be valid. Please don't misunderstand the term "presumed" to be valid. If you don't respond within 30 days, it does "not" make the debt valid. It only means the collection agency or attorney will "presume" the debt to be valid and the attorney's office will continue their collection efforts. Only a court of law can decide whether a debt is valid or not. Also, please remember that only in-state attorneys and those attorneys with a BAR number for your state and authorized to practice law in your state, can sue you.*

## ▶ SUMMONS & ARBITRATION CLAIMS

■ **Summons**

- Some of the letters you may receive state that you must respond by a certain deadline. Just keep in mind that you are not bound by these timelines since they never send correspondence certified and have no way of knowing when/if you received their letters. The only truly time sensitive documents are a lawsuit and arbitration claim

**LTW04865**

NAES - North American Educational Services

- If you receive a Summons, please log on to your member home page and go to 'EDUCATION' and click on 'Summons Education'.
- Read through the 'Summons Education Overview' and click on 'Click here to go to the Application'.
- You will need to complete the application and click on 'Finalize Updates' in order for the Consumer Litigants Center (CLC) to receive your application.
- Once you have submitted your application to the Consumer Litigants Center (CLC), you will now have access to the CLC home page. You can access the CLC home page by going to 'EDUCATIONAL TOOLS' and a new menu option will appear called 'Consumer Litigants Center'.
- Log on to the CLC home page and go to 'Get Started'.

■ Arbitration Claims & Motion or Petition to Confirm Arbitration Awards

- If you receive an Arbitration Claim from an attorney stating an "arbitration claim" was filed with the National Arbitration, please go to 'EDUCATION' and click on 'Arbitration Education'.
- Read through the 'Arbitration' information provided and click on the 'Link' that best fit your situation. For example, if you have received a "Claim" or "Motion/ Petition to Confirm an Arbitration Award", click on 'Arbitration Application'. You will need to complete an application and click on 'Finalize Updates'.
- After you have submitted your application to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days. In the meantime, please join the "Introduction to the NAF" and "Arbitration Discussion" calls available on the CLC conference line. The call schedule for these calls is available under 'EDUCATIONAL TOOLS' / 'Call Schedules'.

*PLEASE NOTE: While either a lawsuit (Summons & Complaint) or an Arbitration Claim may conjure up feelings of anxiety and stress, please remember that gaining even a little bit of knowledge on your rights, the law, the motives behind these debt collectors, along with knowing your options, will help to lessen these feelings and may in fact empower you to seek more education on defending against these types of actions. Both lawsuits and arbitration claims are time sensitive situations and you do not want to waive your rights to object by being late in responding.*

▶ HOW DO I KNOW WHEN I AM DONE?
There are only three ways to know whether you are done with the process:

- If you have reached a settlement with the creditor or an in-state attorney in writing and you have satisfied (paid) the settlement agreement.
- If you have a judgment from a court in the case of a lawsuit and the judgment has been paid off or settled with the attorney.
- If you no longer receive any communication from the bank or a 3rd party assignee (collection agency) for about 2 years and/or the statute of limitations has expired for a creditor to file a lawsuit. You can probably assume this account faded into the sunset.

▶ CREDIT REPORTS & CREDIT CLEANUP

- After a creditor has charged off an account and you feel you are in the clear from any further collections on the account, you may want to begin working towards cleaning up your credit report. It has been said that more than 60% of credit reports contain

https://www.naes.cc/members/processguideline.aspx

Page 9 of 10

7/27/2007

LTW04866

NAES - North American Educational Services

errors. Challenging the credit bureaus to investigate and remove erroneous information is your right under the Fair Credit Reporting Act.

- The first place to begin this process is by getting a copy of your credit report from each of the credit bureaus. Please review the 'Credit Bureau Contact' section listed under the 'EDUCATION' menu.
- Although the laws are clear as to what is prohibitive to report to the credit bureaus, please be aware that all of the creditors will likely report derogatory information on your credit report and your credit score will be lowered during the debt dispute process.
- It may take up to 2 years or more to clean up a credit report completely, depending on the timeline you set for sending your dispute, but you can always IMPROVE your score by disputing obvious errors. Persistence is the name of the game and knowing your rights as a consumer, as well as, getting educated on how the bureaus operate can help to improve your score. Refer to the "Credit Tutorial" listed under the 'EDUCATION' menu for more information.

**IMPORTANT:** *If you plan to re-finance or require a good credit score for a job, or other reason, NAES suggest you take care of those issues first "before" beginning this billing dispute process and risk being denied due to an erroneously reported credit report. If needed, you can request the Professional Letter by emailing the Resource center at* questions@naes.cc. *This letter can be used to send to an employer or bank that is denying employment or refinance application based upon erroneously reported credit report.*

- You can refer to the credit tutorial for direction on implementing your own credit repair and consider visiting www.freecreditfix.info, www.creditinfocenter.com and www.creditboards.com.

© 2005 North American Educational Services, All Rights Reserved.

Page 10 of 10

LTW04867

NAES - North American Educational Services

Page 1 of 6

NAES

▼ EDUCATIONAL TOOLS    ▼ MEMBER INFORMATION    ▼ LAWS & CODES    ▼ NEWS    ▼ HELP

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN
LOGOUT

## Arbitration

**What is arbitration and how does it apply to my situation?**

**Definition of Arbitration:** Arbitration is a means of coming to an agreement over a disputed matter without involving the courts

**There are two different kinds of arbitration:**

1.) Private arbitration and court-mandated arbitration.
2.) Court mandated is what is considered as "non-binding." This is generally utilized when the courts are attempting to reduce their caseload.

This section is intended to address issues about private arbitration, specifically arbitration within the National Arbitration Forum (NAF). The idea
Private arbitration is different than arbitration that is ordered by the courts, and as such needs to be addressed differently. The idea
behind private and binding arbitration is that the parties involved in the dispute have chosen to forego using the courts, and instead
agree to use a private service to determine the outcome of the dispute.  Since the use of private arbitration requires circumvention of
the courts, it is essential that all parties mutually agree to use the arbitration procedure.

**Notice to opt-out of Arbitration:** When a creditor attempts to arbitrate a dispute, either the bank already had it in the original contract,
or they may argue that they added it later (in which case they should have sent a notice to opt-out of arbitration).  If you do receive an
opportunity to opt-out, you may opt to do so since that was not part of your original agreement, and failure to opt-out may result in you
losing the ability to object to arbitration procedures. See below for a sample opt-out letter that you can send to the bank.

**Problems with Arbitration:** The problem with arbitration is that it has been argued the banks and the arbitration forum have a vested
interest in helping each other. Arbitrations are done in bulk and often in the same results (bank gets the award). It can be argued
that arbitration is unfair, and in many cases it can be shown that the arbitration forum and the arbitrators are not following their own
Code of Procedure.

If there was no valid agreement to settle a dispute with arbitration, the Arbitration Forum does not have the jurisdiction to hear the
dispute.

Further it denies your right to due process. You should always have the right to have a dispute resolved by a court of law, and you
cannot be forced to waive that right.

**Banks participating in Arbitration:** Currently MBNA and Bank One/Chase and occasionally Discover appear to be the main banks
that opt to institute arbitration in place of filing lawsuits to resolve disputes.

**Recommended Conference Calls:**

LTW04886

NAES - North American Educational Services

Page 2 of 6

## ARBITRATION WITH MBNA/WOLPOFF & ABRAMSON

Please refer to either the MBNA or the Bank One/Chase sections below depending on which bank filed an arbitration CLAIM against you.

We highly suggest you attend the Introduction to the National Arbitration Forum call held every Monday at 6 PM EST and the ARBITRATION SUPPORT call held Mondays at 7:30 PM EST and Fridays at 7:00 PM EST on 641-594-7500 / PIN 1059522#. You should also check the Live Call Schedule under EDUCATIONAL TOOLS for any changes in times/days/phone numbers.

The process that typically occurs with an MBNA account after you have sent a billing dispute is:

1. MBNA may close your account.

2. Your account gets sent to a firm called Wolpoff & Abramson (W&A) who are actually debt collectors. If you receive that first letter from W&A notifying you that your MBNA or Discover account has been placed with them for collection and that your account may be subject to arbitration, you may wish to send the 3rd party cease communication letter. Enter them as a collection agency under ADD FIRM/AGENCY under EDUCATIONAL TOOLS to generate the cease communication letter. W&A is treated like a 3rd party collection agency because that is the capacity in which they are collecting on the account.

3. Once this Cease Communication letter is sent you may:

    a) not hear from W&A anymore;
    b) receive a second notice of collection where they include copies of statements or
    c) receive another letter from W&A which includes an Arbitration Claim from the National Arbitration Forum.

4. If you get an arbitration claim, you will need to find out what year you opened the account, either by calling the bank or checking a credit report which will list the date the account was opened. Refer to the Credit Bureau Contact section under EDUCATION on ways to obtain your credit report.

5. Your account will fall into 3 categories:

    a) Prior to April 9, 1999 - we suggest sending the REVISED Motion to Dismiss letter and reviewing the Motion to Dismiss Instructions. (It is NOT necessary to fill out an arbitration application nor fax a copy of your CLAIM to the Resource Center. You can direct your questions to the arbitration support call or email to the Resource Center to questions@naes.cc)

    b) From April 10, 1999 to Jan 2000 - send the Motion to Dismiss and review the Motion to Dismiss Instructions. (It is NOT necessary to fill out an arbitration application nor fax a copy of your CLAIM to the Resource Center. You can direct your questions to the arbitration support call or email to the Resource Center to questions@naes.cc)

    c) Post Jan 2000 - Complete the arbitration application and submit to the CLC for review.

LTW04887

https://www.naes.cc/members/arbitration.aspx

Once you complete the arbitration application process and submit it to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days to request further information. Once your application has been submitted, you will receive a new menu option located under 'Educational Tools' called 'Consumer Litigants Home'. Please go to the CLC home page and click on 'Get Started'. Under the 'Get Started' page there is a document called "How to Maintain your Helpdesk Tickets". Please read over this document for an explanation of how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on 'Contact Us'. If you have problems completing your application, please contact support@naes.cc.

6. Keep in mind that an Arbitration CLAIM is time sensitive and if you wish to defend against it, you do need to respond within 30 days of receipt of that CLAIM.

7. Frequently with MBNA, the account number listed on the arbitration CLAIM differs from your actual account number since they assign their own numbers. If that is the case, you can opt to add this into the responsive paperwork as a defense against the action.

8. Once you send your response to the arbitration claim, the National Arbitration Forum (NAF) may send you additional correspondence. If you receive an objection to your Motion to Dismiss (for PRE-2003 accounts), a notice of an arbitrator selection, or a document hearing scheduling notice you may file these away and it is not necessary to fax these to the Resource Center. If you receive anything else, you can efax it to yourself and email it to the Resource Center at questions@naes.cc. In some cases you may also receive a settlement offer that you can choose either to file away or begin settlement negotiations. Please review the Settlement section for further information.

9. If you receive a copy of an AFFIDAVIT from Wolpoff & Abramson, we suggest you submit an updated Summary Action Sheet for review (be sure to select "arbitration"). Since all affidavits may have different information, arbitration support will then forward you a suggested response pertinent to the statements in that affidavit.

10. Occasionally the NAF will send you a Second Notice of an arbitration Claim. If you already responded, just file this away as there is no need to respond twice. If you have not responded yet, then follow the directions above based upon the date you opened your account to determine the appropriate response.

*Note: You only have 14 days to respond to a Second Notice of a Claim.*

11. The AWARD: MBNA can be aggressive in pursuing and in many instances, despite good and valid arguments, the Arbitration Forum may enter an Award against you stating that you now "owe" the entire balance.

If you receive an Award, the first thing you need to realize is that the bank cannot enforce collection on an arbitration Award unless a court also approves the award. In the case that an Award is entered against you:

*Review the CLC Policies for Members and see the directions for setting up EFAX.*

a) fill out the Arbitration Application & Summary Action Sheet to be submitted to the CLC for review. Once you complete the arbitration application process and submit it to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days to request further information. Once your application has been submitted, you will receive a new menu option located under 'Educational Tools' called 'Consumer Litigants Home'. Please go to the CLC home page and click on 'Get Started'. Under the 'Get Started' page there is a document called "How to Maintain your Helpdesk Tickets". Please read over this document for an explanation of how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on 'Contact Us'. If you have problems completing your application, please contact support@naes.cc.

LTW04888

NAES - North American Educational Services

Page 4 of 6

b) Also note, at any time, if you should receive a collection letter from an in-state attorney who is trying to collect on the Award, the suggested reply is to send the POST AWARD ATTORNEY LETTER. If the attorney contacts you again with copies of the statements or a copy of the award, the suggested reply is to send the Attorney Dispute 2 letter. You will need to enter this law firm under ADD FIRM/AGENCY under Educational Tools first, then click on your account and the Attorney Dispute letter 2 will be available. It is not necessary to fax any attorney letter to Arbitration Support or the Resource Center, but if you have a question about an attorney letter that you received, please email questions@naes.cc.

**Some things you should know:**

- The bank must submit it to an instate attorney to file a lawsuit against you to enforce the award and get the judge to approve it.
- In general, if the bank fails to enforce an Award within one year they are most likely not going to pursue it.
- Keep in mind though, that an "Award" means nothing unless the bank can take it to the courts, get it turned in to a judgment, and then try and find assets to collect from you.
- If you receive a lawsuit of this nature, please complete an arbitration application and submit it to a consumer advocate for review. Once you complete the arbitration process and submit it to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days to request further information. Once your application has been submitted, you will receive a new menu option located under "Educational Tools" called "Consumer Litigants Home". Please go to the CLC home page and click on 'Get Started'. Under the "Get Started" page there is a document called "How to Maintain your Helpdesk Tickets". Please read over this document for an explanation of how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on 'Contact Us'. If you have problems completing your application, please contact support@naes.cc.

Keep in mind that you can still exercise your option to negotiate a Settlement before, during, or after the arbitration process (EVEN IF YOU LOSE). If the attorney rejects your offer you can attempt to negotiate at a later date.

### Links

Opt Out Letter
REVISED Motion to Dismiss (for accts opened prior to April 9, 1999)
Motion to Dismiss (for accts opened April 9, 1999- Jan 2000)
Motion to Dismiss - Instructions for Wolpoff
CLC Policies for Members
Arbitration Application
Post Award Attorney Letter

## ARBITRATION WITH BANK ONE/CHASE or MBNA / MANN BRACKEN

The process that typically occurs with a Bank One/Chase account after you have sent a billing dispute are:

1. Bank One/Chase may close your account.

2. Your account gets sent to a firm called Mann Bracken who are actually debt collectors. If you receive that first letter from Mann Bracken notifying you that your account has been placed with them for collection and that your account may be subject to

LTW04889

arbitration, you may send the 3rd Party Cease Communication letter. Enter them as a collection agency under ADD FIRM/AGENCY under EDUCATIONAL TOOLS to generate the cease communication letter. Mann Bracken is treated just like a 3rd party collection agency because that is the capacity in which they are collecting on the account.

3. Once this Cease Communication letter is sent you may

   a) not hear from Mann Bracken anymore

   b) receive a second notice of collection where they include copies of statements in which case you just file these away or

   c) receive another letter from Mann Bracken which includes an Arbitration Claim from the National Arbitration Forum.

4. If you get an arbitration CLAIM, it is not necessary to fax this to the Resource Center. See the Motion to Dismiss - Instructions and send the Motion to Dismiss - Bank One/Mann Bracken letter.

5. Keep in mind that an Arbitration CLAIM is time sensitive and you do need to respond within 30 days of receipt of that CLAIM.

6. Once you send the Motion to Dismiss, the National Arbitration Forum (NAF) may send you additional correspondence. Typically it will be copy of Mann Bracken's objection to your Motion to Dismiss, a notice of an arbitrator selection, a document hearing scheduling notice, and an affidavit may be included. Just file these away and it is not necessary to fax these to the Resource Center. You may also receive a settlement offer to which you can choose either to file away or begin settlement negotiations after reviewing the Settlement section for information.

7. Occasionally the NAF will send you a Second Notice of an arbitration Claim. If you already responded, just file this away as there is no need to respond twice. If you have not responded yet, then follow the directions to determine the appropriate response.

   *Note- you only have 14 days to respond to a second Notice of Claim.*

8. Typically, Bank One/Chase has not been very aggressive and often times after receiving your Motion to Dismiss, requests the arbitrator to place a STAY on the case meaning they have stopped pursuing the arbitration process. They do not specify a time limit and can technically opt to re-open the case at a later date, but so far we have not experienced them to pursue that route.

9. Occasionally an "Award" is granted despite good and valid arguments, but most likely this occurs only if you do not respond within the 30 days, or do not respond at all.

   If you receive an Award, the first thing you need to realize is that the bank cannot enforce collection on an arbitration Award unless a court also approves the award. In the case that an Award is entered against you:

   a) fill out the Arbitration Application & Summary Action Sheet to be submitted to the CLC for review. Once you complete the arbitration application process and submit it to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days to request further information. Once your application has been submitted, you will receive a new menu option located under 'Educational Tools' called 'Consumer Litigants Home'. Please go to the CLC home page and click on 'Get Started'. Under the 'Get Started' page there is a document called "How to Maintain your Helpdesk Tickets'. Please read over this document for an explanation of how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on 'Contact Us'. If you have problems completing your application, please contact support@naes.cc.

LTW04890

NAES - North American Educational Services

Page 6 of 6

b) Also note, at any time, if you should receive a collection letter from an in-state attorney who is trying to collect on the Award, the suggested reply is to send the POST AWARD ATTORNEY LETTER. If the attorney contacts you again with copies of statements or a copy of the award, the suggested reply is to send the Attorney dispute 2 letter. You will need to enter this law firm under ADD FIRM/AGENCY under Educational Tools first, then click on your account and the Attorney Dispute letter 2 will be available. It is not necessary to fax any attorney letter to Arbitration Support or the Resource Center, but if you have a question about an attorney letter that you received, please email questions@naes.cc.

Some things you should know:

- The bank must submit it to an instate attorney to file a lawsuit against you to enforce the award and get the judge to approve it.

- In general, if the bank fails to enforce an Award within one year they are most likely not going to pursue it.

- Keep in mind though, that an "Award" means nothing unless the bank can take it to the courts, get it turned in to a judgment, and then try and find assets to collect from you.

- If you receive a lawsuit of this nature, please complete an arbitration application and submit to a consumer advocate for review. Once you complete the arbitration application process and submit it to the Consumer Litigants Center (CLC), a consumer advocate will contact you within 2 business days to request further information. Once your application has been submitted, you will receive a new menu option located under "Educational Tools called "Consumer Litigants Home'. Please go to the CLC home page and click on 'Get Started'. Under the 'Get Started' page there is a document called 'How to Maintain your Helpdesk Tickets". Please read over this document for an explanation of how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on "Contact Us". If you have problems completing your application, please contact support@naes.cc.

Keep in mind that you can still exercise your option to negotiate a Settlement before, during, or after the arbitration process (EVEN IF YOU LOSE). If the attorney rejects your offer you can attempt to negotiate at a later date.

Links

Opt Out Letter
Motion to Dismiss - Mann Bracken
Motion to Dismiss - Instructions
CLC Policies for Members
Arbitration Support Application
Post Award Attorney Letter

*Note bene: If you have previously created either an arbitration or a lawsuit application for the account that you are about to fill out an application for - it WILL NOT appear in the drop down menu. You do not need a new application for that card - instead, you can go directly to the CLC link under Educational Tools and submit a "Request Assistance/SAS" form.*

© 2005 North American Educational Services, All Rights Reserved.

LTW04891

NAES - North American Educational Services

# NAES

## Consumer Litigants Center

**EDUCATIONAL TOOLS** ▸ **MEMBER INFORMATION** ▸ **LAWS & CODES** ▸ **NEWS** ▸ **HELP**

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN
LOGOUT

**Consumer Litigants Menu**

Home
Get Started
Documents
Laws & Codes
Call Schedule
Recorded Calls
Forums
Contact Us
Ticket History

## Get Started

### How to Get Started!

#### Get Started - Arbitration Process

ATTN: MBNA
AND
NATIONAL
ARBITRATION
(NAF)CASES

Now that you have completed the arbitration application, your application will be submitted to the Consumer Litigants Center (CLC). A consumer advocate will contact you within 2 business days to request further information. Located at the bottom of this page you can download a document called "How to Maintain your Helpdesk Tickets". Please read over this document for an explanation on how to attach documents using your ticket history. If you still have questions, please go to the CLC Home page and click on 'Contact Us' for further assistance.

***PLEASE NOTE: Please do not respond to the email address when receiving a reply from the CLC regarding your ticket request. Please log on to the CLC home page and click on 'Ticket History' to respond and send ticket requests. Please refer to the "How to Maintain your Helpdesk" guide.***

If you have received documents from the National Arbitration forum, please click on "EDUCATION" at the top of this web site and select 'Arbitration Education' for further information on how to proceed.

If you have further questions, please go to the CLC home page and click on 'Contact Us' for assistance.

#### Get Started - Summons/Lawsuit Process

**Step 1**

After you have read through the step by step instructions below for 'New Lawsuits,' go to the Home page for the Consumer Litigants Center (CLC) menu (located on the left-hand side of your screen click "Home" - and this menu is always available to you now, under the "Educational Tools" drop down) and click on 'State Documents'. Once you are on the 'State Documents' page, click on your State's abbreviation (e.g., California – CA, Arizona – AZ, etc.).

**Step 2**

Once you are on your State's page (e.g., California, Arizona, etc.), determine what Court you are in (e.g., Superior, District, Small Claims, etc.). Please look at your Complaint for this information. Typically, this can be found at the top of the

LTW04934

document.

**Step 3**
Scroll down to the "**Blank & Sample Documents**" and go to the Court that your case is in to download the Answer to Complaint documents. In most cases, you will be downloading the following documents: Answer to Complaint and Certificate of Service (aka: Proof of Service or Certificate of Mailing).

**Step 4**
On that same state page, go to "**Guides And Manuals.**" Click on "**Guide to Answer a Complaint**." Please download the "Guide to Answer a Complaint" guide to assist you in completing the blank forms.

**Step 5**
You will **NEED** to join the "**Training Call for Responding to a Complaint**" to complete the document. This call is offered every Monday, Tuesday, Wednesday and Saturday on the main Consumer Litigants Conference line. To obtain the times for these calls, please go to the CLC Menu and click on 'Live Call Schedule.' We highly recommend that you try to complete the Answer to Complaint documents prior to joining the calls. We also recommend that you have the Complaint and Answer to Complaint form in front of you when joining the calls. It is the best way to learn! Please do not wait until the last minute to join our calls.

**Step 6**
We also highly recommend listening to the recorded version of the "Training Call for Responding to a Complaint." Please go to the CLC home page and click on 'Recorded Calls'.

**Step 7**
Once you have completed the Answer to Complaint documents, please read through the "**Checklist Guide**" located under General Guides & Manuals on your state page to double-check your work.

**Step 8**
After you have read the "Guide to Answer a Complaint", joined the "Training Call for Responding to a Complaint", completed the Answer to Complaint documents, and read through the 'Checklist Guide' and still have questions, please join our Tuesday & Thursday Filing Calls. You can also post your questions in the forums. Please go to the CLC home page and click on 'Forums.'

Once you have attempted to complete the forms on your own, please log on to the CLC home page and click on 'Request Assistance / SAS'. Please update your SAS with the following statement "Please review my Answer to Complaint". Once you have updated your SAS and submitted your request to the CLC, a consumer advocate will contact you within 2 business days to request further information for your case. Please allow 5 business days for the advocate to review and comment on your response to the complaint.

**Step 9**
The link below "Guide to Active Steps in a Civil Case" will give you a general overview and timeline for a lawsuit. Please read over this document to gain a better understanding of your next step. In most States, you can initiate discovery immediately following filing an Answer to Complaint, which is highly recommended if your State rules allow for the discovery process to begin. Please read through the "Guide to Requesting Discovery", download the blank discovery requests, read the rules for your State, and join the Friday Discovery calls to gain a better understanding of the discovery process. We also highly recommend joining the "Active Steps in a Civil Case" conference calls. Please refer to our call schedule for days and times these calls are available.

LTW04935

NAES - North American Educational Services

Click here for "Guide to Active Steps in a Civil Case"

Click here for the Policy for Members
*please print this, read, and keep for your future reference*

Click here for instructions for the Ticket History
*You will NEED these when requesting documents or help from the CLC*

Click here for a recorded call on how to navigate the CLC site!
*This will help you immeasurably. You can fast forward to the part about the CLC.*
*See the recorded call page for a full description.*

**NOTICE: YOU are responsible for your lawsuit.** Failure to respond within the time limit (stated on the Summons), will result in a Judgment by Default against you. A Judgment can be used to legally collect money from you. To prevent that from happening, you must answer your complaint on time! **Do NOT wait until the last minute to submit your answer to complaint!!** We are NOT responsible for your case or your failure to respond in time. Settlement negotiations will NOT prevent a judgment from being entered. Please join our next available conference call to receive proper training on how to answer your complaint.

\*\*\*The common mistake people make is to leave the RED parts in the pleadings after replacing the personal information, OR not replacing the information at all. Do NOT make this mistake. The pleading MUST be all black. DO NOT LEAVE ANY RED TYPING!!!

© 2005 North American Educational Services, All Rights Reserved.

https://www.naes.cc/members/cl/simgettingstarted.aspx

Page 3 of 3

7/27/2007

LTW04936

NAES - North American Educational Services

LANCE TAYLOR-WARREN
LOGOUT

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

➤ EDUCATIONAL TOOLS    ➤ MEMBER INFORMATION    ➤ LAWS & CODES    ➤ NEWS    ➤ HELP

**Consumer Litigation Support Center**

**Consumer Litigants Menu**

Home
Get Started
Documents
Laws & Codes
Call Schedule
Recorded Calls
Forums
Contact Us
Ticket History

**Documents**

*Welcome to the State Documents Page!*

1. Please click below on the appropriate GUIDE for your situation (you may want to save and/or print out this guide as well).

2. Then click on your state below, and utilize that page by reading the relevant "Information Sheets" & laws at the top of the page, and then download the documents relevant to you from the document list.

**GUIDES & MANUALS**

Guide to Answer a Complaint Click Here

Guide to Requesting Discovery Click Here

Guide to Responding or Answering Discovery Click Here

Guide to Filing a Complaint Click Here

Guide to Challenging a Complaint Click Here

Guide to Defending a Deposition Click Here

**STATE PAGES**

AK | AL | AR | AZ | CA | CO | CT | DE | FL | GA | HI | IA | ID | IL | IN | KS | KY | LA | MA | ME | MD | MI
MO | MN | MS | MT | NC | ND | NE | NH | NJ | NM | NV | NY | OH | OK | OR | PA | RI | SC | SD | TN | TX |
UT
VA | VT | WA | WI | WV | WY

LTW04951

NAES : North American Educational Services

Page 2 of 2

Each "State Page" provides resources and tools to use throughout the litigation process such as sample legal documents and instructional guides. If you are unable to find a document you need on your state page, please "update" your summary action sheet so that your request can be forwarded to a consumer advocate.

You can access your summary action sheet by clicking on the "Home" link located on the left-hand side of the page. Once on the CLC home page, click on "Request Assistance / SAS". If you are having troubles navigating the site, please click on the link at the left for "contact us" and click on "assistance navigating the Consumer Litigants site" and submit your question.

© 2005 North American Educational Services, All Rights Reserved.

LTW04952

NAES - North American Educational Services

# ◊ NAES

▸ EDUCATIONAL TOOLS    ▸ MEMBER INFORMATION    ▸ LAWS & CODES    ▸ NEWS    ▸ HELP

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN
LOGOUT

## Consumer Litigants Center

**Consumer Litigants Menu**

Home
Get Started
Documents
Laws & Codes
Call Schedule
Recorded Calls
Forums
Contact Us
Ticket History

**Nevada**

**The courts in Nevada are divided into two categories.**

1. District Court – General Jurisdiction (Over 7,500K)
2. Justice Court – Limited Jurisdiction (Under 7,500K)

Click here for District Courts.

Click here for Justice Courts

Nevada official Judicial website can be found here.

**Important notes:**

Nevada substantially follows Federal Rules of Procedure.

Nevada allows a declaration in in lieu of an affidavit.

The initial Response to a complaint may be filed with the court within the time prescribed in the summons.
Check with the clerk if you are in doubt.

A Complaint may be filed with the court first prior to serving defendant

**Nevada Court Rules**

Rules of Civil Procedure can be found here.
District Court Rules can be found here.
Justice Court Rules can be found here.
Rules of Evidence can be found here. Go to Chapter 47 - 56.
Local court rules can be found here. Click your local court.

Page 1 of 3

7/28/2007

**LTW04953**

NAES - North American Educational Services

## Nevada Informational Sheet

District Court Informational Sheet
Justice Court Informational Sheet

## Guides & Manuals

**Guide to Requesting Discovery**
*Download the following guide so you may get an idea on what different discovery requests may look like*

- Guide to Request for Discovery

**Guide to Answer a Complaint**
*Download the following guide so you may get an idea on what a complaint may look like and also how an answer to such a complaint may look like*

- Guide to Answer a Complaint

**Guide to Responding or Answering Discovery**
*Download the following guide so you may get an idea on what different responses to discovery may look like.*

- Guide to Responding or Answering Discovery

Guide to Filing A Complaint

Checklist Guide

Motions

Answer to Complaint

## Blank & Sample Documents

### Justices Court

Notice of Motion
Declaration
Declaration of Mailing
Memorandum
Order
Request for Hearing
Request for Submission
Answer to Complaint
Demand for Jury Trial

LTW04954

NAES - North American Educational Services

Page 3 of 3

Declaration of Mailing

**District Court**

Notice of Motion
Declaration
Declaration of Mailing
Memorandum
Order
Request for Hearing
Request for Submission

**Motions**

Interrogatories
Request for Admission
Request for Documents
Declaration of Mailing

**Discovery Requests**

Answer to Admissions
Answer to Documents
Answer to Interrogatory
Declaration of Mailing

**Responses to Discovery**

Answer to Complaint
Demand for Jury Trial
Declaration of Mailing

**Answer to Complaint**

© 2005 North American Educational Services, All Rights Reserved.

LTW04955



## NAES

> EDUCATIONAL TOOLS    > MEMBER INFORMATION    > LAWS & CODES    > NEWS    > HELP

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US    LANCE TAYLOR-WARREN
LOGOUT

**Consumer Litigants Center**

**Consumer Litigants Menu**

- Home
- Get Started
- Documents
- Laws & Codes
- Call Schedule
- Recorded Calls
- Forums
- Contact Us
- Ticket History

**Utah**

Utah State Courts Website is here

District courts are here

Rules are here

Rules of Civil Procedure are here

**Utah Informational Sheet**

Informational Sheet

## Guides & Manuals

**Guide to Requesting Discovery**
*Download the following guide so you may get an idea on what different discovery requests may look like*

- Guide to Request for Discovery

**Guide to Answer a Complaint**
*Download the following guide so you may get an idea on what a complaint may look like and also how an answer to such a complaint may look like.*

- Guide to Answer a Complaint

**Guide to Responding or Answering Discovery**
*Download the following guide so you may get an idea on what different responses to discovery may look like.*

LTW04956

NAES - North American Educational Services

- Guide to Responding or Answering Discovery

Guide to Filing A Complaint

Checklist Guide

## Blank & Sample Documents

### District Court

Motions
Motion
Affidavit
Memorandum
Order
Certificate of Service
Notice to Submit

Discovery Requests
Interrogatories
Request for Admission
Request for Documents
Certificate of Service

Responses to Discovery
Answer to Admissions
Answer to Documents
Answer to Interrogatory
Certificate of Service

Answer to Complaint
Answer to Complaint
Certificate of Service

© 2005 North American Educational Services, All Rights Reserved.

https://www.naes.cc/members/cl/states/utah/index.aspx

7/28/2007

LTW04957

NAES - North American Educational Services

# NAES

▶ EDUCATIONAL TOOLS

| NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US |

LANCE TAYLOR-WARREN
LOGOUT

▶ MEMBER INFORMATION    ▶ LAWS & CODES    ▶ NEWS    ▶ HELP

**Consumer Litigants Center**

**Consumer Litigants Menu**

Home
Get Started
Documents
Laws & Codes
Call Schedule
Recorded Calls
Forums
Contact Us
Ticket History

**Recorded Calls**

Overview:

**Below are recorded calls for supplemental education to the live calls. Most calls are in MP3 format, some calls are recorded via Real Audio - If this call does not load on your computer you may need to download and install Real Audio,**

**you can download it from this website**

Topic:
Overview:

**Website Overview and Navigation**
This call describes how to access the NAES member website. The call is divided into three sections: The first hour is an overview of the Resource Center and Consumer Litigants Center sections of the site. The first half hour includes instruction on how to maintain your member and account information. The second half hour is an overview and description of how to use the Consumer Litigants Center section of the site, including: How to create a lawsuit application, update your summary action sheet, and how to access and update the helpdesk tickets. The second hour is an overview and description of how to use the Consumer Litigant's Forum.

Click Here for Website Overview and Navigation

Topic:
Overview:

**Asset Protection**
A general discussion on using corporations, limited liability partnerships and trusts to help protect personal and real property by building layers of separation. In today's society, asset protection is a must and peace of mind. Knowing that you're judgment proof or collection proof is priceless. Ideally, asset protection should be in place before or during the billing error dispute process.

Click Here for Asset Protection

Topic:    Settlement

Please also click here to download the OUTLINE for the call to make notes!

https://www.naes.cc/members/cl/sunrecorded.aspx

Page 1 of 5

7/27/2007

**LTW04962**

NAES - North American Educational Services

**Overview:** Steps on settling accounts to include Accord & Satisfaction agreements and other Settlement offers. Settling an account prevents further collection and stops further collection procedures. This call is designed to provide information on how to make and negotiate settlement offers in all stages of the billing dispute process and collections.

Click Here for Settlement

**Topic:** Introduction to the National Arbitration Forum
**Overview:** Discuss all aspects of the National Arbitration Forum (NAF) and what it means to receive documents from the NAF. Call includes an open Q & A for members to present their questions regarding documents received from the National Arbitration Forum.

Click Here for NAF

Please also download the OUTLINE for the call to make notes!

**Topic:** Arbitration Discussion
**Overview:** Discuss all aspects of arbitration, including: The difference between court mandated arbitration as Alternative Dispute Resolution (ADR), MBNA's use of the National Arbitration Forum (NAF) with concentration on the choices and procedures around the NAF, and the members' options with regard to awards and claims from the NAF.

Click Here for Arbitration

Please also download the OUTLINE for the call to make notes!

**Topic:** Training Call For Challenging A Complaint
**Overview:** Training Call for Challenging a Complaint regarding challenging a Complaint. This Choices, options and education regarding challenging a Complaint" document found on the CLC call is supported by the "Guide to Challenge a Complaint" document found on the CLC website under 'Guides and Manuals'. The guide is an excellent tool to follow along with while listening to the call. The call goes through the guide and answers many questions on how to challenge the Complaint in the proper format and how to then return the response to the opponent and file it with the court.

Click Here for the Challenging a Complaint Call

**Topic:** Training Call For Responding To A Complaint
**Overview:** Training Call for Responding a Summons and Complaint. This Choices, options and education regarding answering a Complaint. This call is supported by the "Guide to Answer a Complaint" document found on the CLC website under 'Guides and Manuals', which is an excellent tool to follow along with The call goes through the guide and answers many questions on how to respond to the Complaint in the proper format and how to then return the response to the opponent

LTW04963

NAES - North American Educational Services

and file it with the court.

Click Here for the Responding to a Complaint Call

Click here for the accompanying OUTLINE to the call

**Topic:**
**Overview:** **Filing Your Documents For New Lawsuits**
Discusses the steps to take for filing your documents. This call is especially helpful with regard to a new lawsuit or other documents needed to file during the lawsuit process. This is an excellent beginner call for our new members. This call is not topic specific, but provides an Open Q & A format for members filing documents.

Click Here for Filing Your Documents

**Topic:**
**Overview:** **Active Steps In Civil Cases And Open Q & A**
Open format call. All litigation subjects are available for discussion on this call. Members are invited to ask any question regarding the litigation they are experiencing.

Click Here for an Overview of a Lawsuit

**Topic:**
**Overview:** **Discovery Process**
Members who wish to serve their own Discovery Requests on their opponents will find this overview of the entire Discovery Process as a valuable tool for preparing requests. The call will also help members obtain a better understanding regarding the entire Discovery Process including: The information being sought and why, and the proper format for preparing the documents. This call is supported by the "Guide to Requesting Discovery" document found on the CLC website under 'Guides and Manuals'. The guide is an excellent tool to assist as members as they listen to the call and answers many questions on how to request discovery. The guide also provides proper formatting and information on how to send the requests to the opponent. Blank Discovery Requests documents are available on the CLC website in the State Documents section.

Click Here for a Discussion of the Discovery Rules

Click Here for How to Conduct Discovery

Click Here for What Needs to be Discovered

**Topic:**
**Overview:** **Defending a Deposition**
I have received a Notice of Deposition from the opponent. *What can I expect? How do I prepare?* Answering questions from a hostile attorney at a deposition can be intimidating. This recorded call addresses the entire deposition procedure, including: Receiving the Notice of Deposition and deciding whether to pursue a Motion for Protective Order, preparing to be deposed, what can be

LTW04964

NAES - North American Educational Services

https://www.naes.cc/members/cl/sumrecorded.aspx

done to ensure that everything runs smoothly, reviewing and correcting the transcript, and moving the Court to purge objectionable questions and answers from the Deposition

Click Here for the recorded call: **Defending a Deposition**

Click Here for the Outline of the recorded call

**Topic:** Training Call For Responding To Discovery

**Overview:** This call covers what to do if you receive Discovery Requests from the opponent, your options, and how to properly respond to the documents. The call is supported by the "Guide to Responding or Answering Discovery" document found on the CLC website under 'Guides and Manuals'. The guide is an excellent tool to follow along with while listening to the call and preparing your documents. The call goes through the guide and answers many questions on how to respond to discovery requests in the proper format and how to send the responses to the opponent.

Click Here for the **Guide and Manual to Defending a Deposition**

Click Here for Responding to Discovery .

Please also download the OUTLINE for the call to make notes!

Click Here for Responding to Discovery

**Topic:** Motions

**Overview:** Discussion and steps in filing a Motion, opposing a Motion, and documents used in Motions. The host of the call will determine what upcoming motions members have and tailors the call to the different types of motions members may be facing (e.g. Motion to Compel, Motion for Summary Judgment, Motion to Strike, and Oppositions to motions).

Click Here for Basic Motion Practice 101
Click Here for Motion for Summary Judgment
Click Here for Motion to Compel
Click Here for Motion for More Definite Statement

**Topic:** Trial Preparation and Evidence

**Overview:** Steps to take in preparing for hearings and trial with respect to compiling evidence, what constitutes evidence, presentation, and argument. The call also go through steps in selecting a jury. Members relate their current situation and then ask questions regarding preparations they need to do to be ready for the hearing.

Click Here for Trial Preparation - April 14th
Click Here for Trial Preparation - March 29th
Click here for Preparing for Trial from the Get Go - August 31st
Click here for Preparing for Trial - On the Day of Trial - November 16th

7/27/2007

LTW04965

NAES - North American Educational Services

Click Here for Preparing for Trial - Dealing with Juries - October 5th

**Topic:** **Mock Court Room Practice and Procedures**
**Overview:** Members have the opportunity to practice their upcoming Motion hearings with our Mock Court presided over by our hosts who play judge and opposing counsel. Members give a brief overview of the case and the upcoming hearing then the hosts go into character until the judge gives a ruling. This call is unlike our others, as this is not topic specific. We follow the scenario with critiques and ways to improve with an invitation to come back and practice with us again up to the to the member's court date.

Click Here for Mock Courtroom

**Topic:** **Post Judgment (Garnishment & other Topics)**
**Overview:** What can we expect once a judgment has been entered against us? What can we do to protect ourselves and our homes from liens and other problems associated with judgments? What about my Social Security Income? Can they take my insurance settlement from me? These and other similar questions are addressed on this call.

Click Here for Post Judgment

© 2005 North American Educational Services, All Rights Reserved.

https://www.naes.cc/members/cl/sumrecorded.aspx

LTW04966

NAES - North American Educational Services

https://www.naes.cc/members/cl/cl/definitions.aspx

Page 1 of 9

NAES

► EDUCATIONAL TOOLS

NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US

LANCE TAYLOR-WARREN
LOGOUT

► MEMBER INFORMATION    ► LAWS & CODES    ► NEWS    ► HELP

**Consumer Litigants Center**

**Consumer Litigants Menu**

Home
Get Started
Documents
Laws & Codes
Call Schedule
Recorded Calls
Forums
Contact Us
Ticket History

| Definitions |

Any word in bold is defined

**Appeal:** An appeal is when you do not agree with the court's decision in your case. For example, if you sued someone and lost, you can appeal the case to a higher court for review. An appeal may be made from a final order, such as a judgment. The appellate court will NOT try the case over again and you do not appear as you did in the trial court. What the appellate court will do is to review the facts and evidence of the trial court and make a determination if the judge made an error in law, or if you had an unfair hearing or trial. The latter is a matter of opinion and not easy to determine. The former is a bit clearer if the trial court judge made error in law.

The appellate court usually consists of 3 panel judges who research the case and law pertaining to the subject matter and makes a ruling if the trial court was wrong in its ruling. You do NOT need to appear and argue your case, but you do get a chance to make an oral argument after all paperwork has been filed. Its always best to appear and argue the case in front of the judges in person, because they may have questions that they cannot answer from the papers you file. It is, however, not required. If the appellate court finds that the trial court was wrong, they can reverse the decision and your case is either dismissed or goes back to the trial court to resume from where you left off, without the trial court committing the same errors.

**Appearance:** An appearance is when you appear in court, either in person or by filing a response to a complaint or petition by someone suing you. There are two different appearances that you may make.

1. General Appearance, OR appearing Generally: This is a personal appearance by you submitting yourself to the Court's Personal Jurisdiction over YOU. In other words, General Appearance is you allowing the Court's jurisdiction over you or the subject matter.

2. Special Appearance, OR appearing Specially: This is a personal appearance by you to either challenge the Service of the Summons and Complaint, or to Challenge the Court's Personal Jurisdiction over YOU. In other words, Special Appearance is you challenging the Court's jurisdiction over you or the subject matter.

**Arbitration:** An alternative dispute resolution intended to speed up a resolution between parties in a dispute. Arbitration is a voluntary forum that people use to settle their disputes. It is different from using a

LTW04974

NAES - North American Educational Services

done to ensure that everything runs smoothly, reviewing and correcting the transcript, and moving the Court to purge objectionable questions and answers from the Deposition

Click Here for the recorded call: **Defending a Deposition**

Click Here for the **Outline** of the recorded call

**Topic:**
**Overview:**

**Training Call For Responding To Discovery**
This call covers what to do if you receive Discovery Requests from the opponent, your options, and how to properly respond to the documents.   The call is supported by the "Guide to Responding or Answering Discovery" document found on the CLC website under 'Guides and Manuals'.  The guide is an excellent tool to follow along with while listening to the call and preparing your documents. The call goes through the guide and answers many questions on how to respond to discovery requests in the proper format, and how to send the responses to the opponent.

Click Here for the **Guide and Manual to Defending a Deposition**

Click Here for **Responding to Discovery**

Please also download the OUTLINE for the call to make notes!

**Topic:**
**Overview:**

**Motions**
Discussion and steps in filing a Motion, opposing a Motion, and documents used in Motions.   The host of the call will determine what upcoming motions members have and tailors the call to the different types of motions members may be facing (e.g. Motion to Compel, Motion for Summary Judgment, Motion to Strike, and Oppositions to motions).

Click Here for Basic Motion Practice 101
Click Here for Motion for Summary Judgment
Click Here for Motion to Compel
Click Here for Motion for More Definite Statement

**Topic:**
**Overview:**

**Trial Preparation and Evidence**
Steps to take in preparing for hearings and trial with respect to compiling evidence. The call may also go through what constitutes evidence, presentation, and argument.   The call may also go through steps in selecting a jury.  Members relate their current situation and then ask questions regarding preparations they need to do to be ready for the hearing.

Click Here for Trial Preparation - April 14th
Click Here for Trial Preparation - March 29th
Click here for Preparing for Trial from the Get Go - August 31st
Click here for Preparing for Trial - On the Day of Trial - November 16th

LTW04965

NAES - North American Educational Services

Click Here for Preparing for Trial - Dealing with Juries - October 5th

Click Here for Preparing for Trial - Hear a Member Who Won - May 24

Topic:
Overview:

**Mock Court Room Practice and Procedures**
Members have the opportunity to practice their upcoming Motion hearings with our
Mock Court presided over by our hosts who play judge and opposing counsel.
Members give a brief overview of the case and the upcoming hearing then the hosts go
into character until the judge gives a ruling.   This call is unlike our others, as this is not
topic specific.   We follow the scenario with critiques and ways to improve with an
invitation to come back and practice with us again up to the member's court date.

Click Here for Mock Courtroom

Topic:
Overview:

**Post Judgment (Garnishment & other Topics)**
What can we expect once a judgment has been entered against us?   What can we do
to protect ourselves and our homes from liens and other problems associated with
judgments?   What about my Social Security income?   Can they take my insurance
settlement from me?  These and other similar questions are addressed on this call.

Click Here for Post Judgment

© 2005 North American Educational Services, All Rights Reserved.

LTW04966

NAES

> EDUCATIONAL TOOLS

| NAES HOME | EDUCATION | OTHER SERVICES | CONTACT US |

LANCE TAYLOR-WARREN
LOGOUT

> MEMBER INFORMATION    > LAWS & CODES    > NEWS    > HELP

## Explanation of Billing Error Dispute

The initial dispute letter is requesting the bank to investigate whether or not all credits were properly applied.

Remember, you can send a billing dispute, according to the definitions listed in the FCBA, and request clarification; the pertinent ones listed below.

1. A reflection on a statement of an extension of credit, which was not made to the obligor, or, if made, was not in the amount reflected on such statement.
2. A reflection on a statement of an extension of credit for which the obligor requests additional clarification including documentary evidence thereof.
3. The creditor's failure to reflect properly on a statement a payment made by the obligor or a credit issued to the obligor.
4. A computation error or similar error of an accounting nature of the creditor on a statement

**To illustrate:**
When you got a credit you were led to believe that when you made purchases on your card, the credit card co. (credit card company)(or bank) would pay the merchant and that you could defer payment on charges till the end of the month when you received a statement from the bank. You would also repay the bank the also agreed interest for lending you that money they used to pay the merchant.

Say you charged $50 at a restaurant. You believe that the bank would use their own money to fund the transaction but in fact when you signed your charge slip, the restaurant transmits that amount to the credit card company and the bank actually lists that $50 as an asset on their accounting books and from that asset pays the restaurant. The restaurant initially had a $50 liability, now has a credit of $50 from the credit card company which zeroes out their books and the bill is now satisfied. If they were NOT paid, the restaurant would be after you to satisfy the bill, but when a person is behind in paying their credit card company bill, it is the bank, not the merchant who tries to collect, signifying that the bill has been satisfied.

The bank accepted your signed charge slip as money they accepted, since they used it to repay that restaurant.

The bank never uses their funds to pay all these merchants. Why do you think they are so profitable? With many folks paying only the bare minimum every month, or not paying at all, if the bank really funded all the millions of transactions with their own funds and were not getting repaid, you'd think they'd be out of business. Even if you added up their fees and late fees, interest and penalties, they could not possibly account for their record profits every year if folks were paying less than the whole bill every month.

You would only want to agree to repay someone who actually loaned you money from their own funds, and if you believe this was not the case, you have every right to request some clarification before repaying that person.

If the bank used your signed charge slip to fund that restaurant, then your statement should in fact reflect that $50 restaurant charge as a credit to your account.

LTW04868

NAES - North American Educational Services

Page 2 of 2

The billing dispute is simply stating that you believe all the credits were not properly applied and are requesting an investigation by the bank to clarify whether your bill is accurate. You are simply submitting a dispute as your right to inquire about your bill and expect the bank to comply with federal law statutes binding them to respond within 90 days to your specific issues and abide by prohibitive actions until they do comply.

If the credit card company actually conducts an investigation of your account, they would need to review their accounting books to cross-check whether credits and debits (or assets and liabilities) were accurately logged. When the bank sends you copies of statements as their so-called response to your dispute, these are merely copies of records of your purchases and payments and have no relevance to what you are requesting.

In your original credit card company agreement, the bank did not disclose up front that they were not personally funding any transactions, so you were not provided full disclosure of all terms and conditions of the agreement, rendering that agreement as void. Although this argument is valid, you are not arguing this fact with the bank, but are only challenging them to comply with the law and provide an investigation into the accounting to justify repayment of any alleged debt.

Keep in mind that the responses from the banks to your initial dispute are irrelevant, despite any reference to their complying with all state and federal laws, or any claim that your dispute does not constitute as valid, or that they found all credits were properly applied. They never offer any evidence. Review the laws, namely the FCBA, and you will verify for yourself that the law is very clear on what constitutes a billing dispute as well as actions the bank must follow, the timeline, and what is prohibitive.

© 2005 North American Educational Services, All Rights Reserved.

LTW04869

NAES - North American Educational Services

court because if you lose in court and you have a judgment against you, the person who won can now enforce the judgment by either taking money from your bank account, your salary from work, or get a sale on certain property you own. * If you lose in arbitration, the party who win gets what is called an Award, not a judgment. In order for them to enforce the Award, they must have the award filed with the court first and turned into a judgment. There are two different times you may deal with arbitration.

* Collecting a judgment is very difficult and most people collecting on judgments only pursue it if a bank account is readily accessible and there is money in the account, or the person has a job where they can easily garnish the wages.

Arbitration is only useful if you do not want a lengthy court case. The famous Erin Brockovich case that was a Motion picture was decided in arbitration because they did not want to have the case go on for 10 years. The bad thing about arbitration is that you do not have the right to a jury trial and most discovery is not allowed. Also the fact that it is ruled by a private person (most of the time an attorney), and not a judge.

1. Arbitration through agreement or contract: This is when you agree to arbitrate any dispute you may have with the person you are entering into the agreement with. For instance, if you get a new job and you sign a contact with the employer, there may be a paragraph stating that any dispute you have with them must go to arbitration, instead of a court. Some credit card companies have arbitration as part of the agreement in case there is a dispute. MBNA is one of them and they generally try to enforce any dispute to go to arbitration.

2. Arbitration mandated by the State for certain civil cases: This is when the courts of the State you live in have made it law that any suit under a certain amount (Between 25K & 50K) must go to arbitration. This is NOT by agreement. This is mandatory by the law of the particular State you live in. However, not all states have mandatory arbitration, and even if it is mandatory and you lose you still have the right to a trial de novo regardless of the out come of the arbitration. In other words, if you go to arbitration and lose, you automatically get a new trial in court and whoever won cannot use the fact that you lost in arbitration to win their case.

**Averment:** is an assertion or allegation in a pleading, complaint or answer.

**Award:** is an Arbitration Award awarded in an action settled and resolved using Arbitration. The Arbitration Award can only be enforced if it has been converted into a judgment by the court. The party who has won an award must now file it with the court to confirm it, and convert it into a judgment.

**Charge Off:** Means an account has been deemed uncollectible. It is essentially a "write off" for someone who has given up collecting. In other words, Joe owes you $100 in 2003, but he fails to pay and you do not have time to try to collect, so you write it off as a loss for year 2003. That is called a charge off (write off). However, it does NOT mean that the person cannot collect anymore. A debt can be collected on at anytime prior to the statute of limitations. You cannot use charge off as a defense, because it is not a defense. Charge off just shows that you refused to pay what the person claims you owe. The term "charge off" is erroneously confused with the term "discharged." See discharged.

LTW04975

**Check:** Means an instrument used to transfer Funds (money) from one party to another. A check does NOT have to be a piece of paper. It can be the method that the bank is using to transfer assets to pay a merchant, such as a money wire-transfer.

**CFR:** This is short for the Code of Federal Regulations. The Code of Federal Regulations is the parallel and supplemental laws and regulations that govern Federal Law (NOT State law). There are 50 titles (or code books) that are parallel with the United States Code. It's like a "Back up" for the United States Code. For example, title 12, which we quote a lot, deals with Banking and involves fair billing practices and procedures for credit cards and loans. So 12 CFR Sec. (or §) 226.13 is short for The Code of Federal Regulations Section 226.13. These particular sections cover Billing procedures and rules and regulations dealing with a billing error. These are the rules and regulations of what credit card companies can and cannot do.

**Common Law:** Unwritten Law. (Unlike Statutory law, which is written by legislators and enacted into law by putting into codes). It is also law, which is based upon prior court decisions (case law).

**Complaint:** This means a detailed written complaint by the person who has a complaint against you describing why they think you are liable for something done to them. Answering the complaint establishes a general appearance by you. When you answer a complaint you answer each allegation by Plaintiff made in their complaint. If you filed a motion to dismiss BEFORE answering the complaint you are making a special appearance.

**Consideration:** The exchange between two parties. Or the value that one party provides to the other that would support a contract. In other words, a contract has two parties agreeing to something. One will do something for the other. What you do for the other party is called Consideration. Consideration between the parties means the exchange of value between the parties.

**Constitute(s):** This means Establish or Establishes.

**Court:** The court is a place where citizens can settle their disputes. In other words, if you cannot work things out between you and the party that you are having the dispute with you can petition the court for relief to recover from what you have lost or damaged. Courts are either Civil or Criminal. Civil courts deal with lawsuits arising from breach of contract, tort or other situations that involve a case where someone is seeking money from another. In other words, individual citizens who are seeking compensation from injury in civil cases. Criminal courts deal with crimes such as theft, murder, felonies and misdemeanors etc. Criminal courts are prosecuted by the State or US Government depending on the crime and can only be instituted by the State attorney, such as the General, District or City Attorney.

**Discharge:** Means a debt has been forgiven by the creditor or the debt has been satisfied. The term "discharge" is erroneously confused with the term "charge off." See charge off

**Discovery:** This means a request for the opposing party to answer or provide you with information or documentation. Also called the discovery process. You are allowed to "discover" from the opposing party, what their evidence is and what their arguments are. They include:

LTW04976

a) The right to get the opposing party to provide documents to you that you believe will help your defense or to see what they intend to use to prove their case. This is called "Request for production of documents."

b) The right to have the opposing party answer your formal inquiries such as questions. This is called "Request for Interrogatories."

c) The right to have the opposing party to be questioned under oath during a formal interview. Either orally or in writing. This is called "Request for admissions."

d) You have the right to get the opposing party admit or deny your allegations. This is called "Taking depositions."

Et Seq: This means and the following sections, OR the Following pages or sections that follow.

Frivolous: is an assertion or allegation in a pleading, complaint or answer that has no basis in law or fact.

Hearsay: Hearsay means that a person heard something and is now repeating it. Generally that is NOT allowed in courts because it is NOT based on first hand knowledge. For example, an attorney repeating facts regarding a case that the attorney has no personal/first hand knowledge of. There are exceptions to the rule, and each State is different. An argument is NOT hearsay because it does not allege facts. So an attorney may argue a case, but not repeat facts without the witness.

Holder and Holder in Due Course: Holder means the party holding the instruments, such as your promissory notes (AKA Receipts you signed). Each receipt is a promise to pay, which is an instrument. Credit Card Company is the Holder of those Notes (receipts). But they are NOT the Holder in Due Course, because they failed to give value to the instruments. Holder in Due Course is the party who has taken the notes, or instruments for Value, provided consideration and taken them without any claims and defenses.

In Pro Per (In propria persona): Means you are appearing in court as your own person. Different from In Pro Se. Black's Law (a legal dictionary) defines in Pro Per as "In ones own proper person. It was formerly known that a rule in pleading that pleas to the jurisdiction of the court must be plead in propria persona, because if pleaded by attorney they admit the jurisdiction, as an attorney is an officer of the court, and he is presumed to plead after having obtained leave, which admits to jurisdiction." Black's law, 6th Edition page 792.

In Pro Se: Means you are appearing in court on your own behalf. This is technically impossible because you are yourself, and cannot appear on your own behalf, but this term is used for people who are supposed to be their own attorneys, meaning representing themselves. However, if you read in propria persona you will see that appearing by an attorney you admit to jurisdiction. You do not want to do that if

LTW04977

NAES - North American Educational Services

Page 5 of 9

you are challenging the court's jurisdiction. Court deals with legal entities such as corporations, and they are only writing on paper and do not exist in reality - they must be represented by a living person. Otherwise, you would try to argue with a piece of paper.

**Instrument:** Means any Negotiable Instrument, such as Money Orders, Checks and Promissory notes. (Promissory note includes the receipt you signed when you use your credit card. Also another word for Commercial paper.

**Interest:** Has several meanings. 1. It can mean you are interested in something, if you show interest. 2. It can mean you have an interest in property, or persons. 3. It can mean a fee or charge for money loaned, or money earned for money deposited. In law you deal with number 2 and 3. Number 2 also is another word for Security Interest, or a lien. A lien is a 'RIGHT TO' property or persons. When you get a mortgage, the bank will file with the county or state a Security Interest (Lien) on your house until you finish paying the bank. The bank now has an interest in your house. In other words, they have the 'RIGHT TO' the house until you pay it. Number 3 is a fee for the money that someone loaned you, or money you earn from deposited money into an account.

**Interrogatories:** This means formal inquires or questions to another person. You have the right in most States to serve Interrogatories upon the other party. That means that you can ask the other party for information you are seeking to help your case.

**Judgment:** is an Order from the court giving a party a right to collect money or what otherwise is order. In other words, a Judgment is a 'RIGHT TO' enforce a claim. Please note that courts do NOT collect on judgments. Courts only give the person a 'RIGHT TO' collect on the judgment.

**Jurisdiction:** Jurisdiction determines whether or not the court can hear the case. If they have Jurisdiction they can hear and decide your case, if they do not have any jurisdiction they cannot.

a) Personal Jurisdiction: This determines if the Court has Jurisdiction over you, e.g. If you are not a military person, the military court does not have personal jurisdiction over you.

b) Subject matter Jurisdiction: This determines if the Court has Jurisdiction over the subject matter involved with the case, e.g. If it is a federal income tax issue, the local courts do not have jurisdiction over the subject matter. You are challenging subject matter only. This also includes if the plaintiff has failed to abide by the law that it must follow.

**Legal tender:** Means, what the U.S. Government has declared to be the means of payment by everyone. The Federal Reserve Notes are the United States Legal Tender since it is constitutional. This is accepted by the general public as payment for all debts, public or private.

**Money:** A medium of exchange. In the United States gold and silver is constitutional money, but gold and silver was substituted for certificates of gold and silver, and then later substituted for lawful money

LTW04978

NAES - North American Educational Services

and legal tender. You don't want to argue the money issue, since money is anything that is accepted by the general public.

**Motion:** This means a request for the Court to do something for you. Also, to move the court to do something like dismiss the case, or force the other party to answer discovery. When you file a Motion you are referred to as the movant. E.g.: "The Movant hereby moves this court to dismiss the case."

a) Motion to Dismiss: This is a motion to dismiss the case entirely and can be made by either challenging the court's personal jurisdiction over you or subject matter jurisdiction. A motion to dismiss can either be granted WITH prejudice, or WITHOUT prejudice.

b) Motion to Strike: This is a motion to strike some pleading by the other party. For example, if Plaintiff has filed an affidavit by an attorney that is HEARSAY.

c) Motion to Make More Certain and Definite: This is a motion to get the other party to file a complaint that is more certain and clear. In other words, if the complaint alleges that is a breach of agreement, but failed to attach the agreement they claim you breached. Or, if Plaintiff does not alleged certain elements in the complaint required to be included by law.

Note: This means a Promissory note, or a "Promise to pay." The note should consist of a promise to perform or pay a certain duty or a sum of money by a specific date or time. This would include the "receipts" you sign or signed when you charged your credit card. They (receipts, or notes) usually have something to the effect of "I promise to pay according to the terms and conditions of the agreement..."

**Notwithstanding:** This means in spite of, or despite. For example: "Notwithstanding the provisions in CFR 12 Section 226.13 the Plaintiff proceeded with collection." That could be written this way too. "Despite the provisions in CFR 12 Section 226.13 the Plaintiff proceeded with collection.

**Objection:** An objection can be used in several instances. 1. If a person is testifying to facts they do not have personal knowledge of. You would object because the statements are hearsay. The court may sustain your objection or overrule it. Sustaining your objection means that the person cannot give hearsay testimony. If the court overrules the objection means that the person can continue to testimony. Here are some examples of how you can object:

**Party:** This means someone involved with the case. Either the Defendant, the Plaintiff, or an attorney.

**Petition:** This means a complaint or other pleading that a person files with the court to ask for relief.

**Pleading:** This means your documents that you file. It could be an answer to complaint, a motion, or other legal documents.

**Promissory Note:** This means a Promise to pay. Although a Promise to pay is not money in a general

LTW04979

...sense, or how Congress or the Constitution defines money, it is accepted like money by the banks, but they failed to disclose that.

**Pursuant to:** This means According to.

**Regulation Z:** This a term applied to the Consumer Credit protection Act, and is codified (inserted into) parts of the United States Code Title 15 and Code of Federal Regulations Title 12. It's the Sections that deal with Collection of debt, fair billing procedures. In other words, most of what we deal with.

**Request for Admissions:** This means you are making statements that the other party must either admit or deny. This is used to eliminate certain facts at trial to have a speedy trial. That means that you can make a statement and the other party must either admit it if they believe it to be true, or deny it if they do not believe it to be true. They can also object to your Request if they cannot understand it, or they believe it is irrelevant.

**Request for Production of Documents:** This means you can request documents from the other party that can help your case. The other party must produce what you are requesting, or state an objection why they should not.

**Standing:** This means: that someone can sue or be sued, and has the legal capacity to be sued. A corporation that is no longer in business or no longer chartered by the state is doing business in has NO standing in court. So lack of standing means, that they cannot legally sue or be sued in the court of law.

**Summary judgment (sometimes called summary disposition):** This means a request from either party to move the court to obtain a judgment against the other party, because they believe that there is no dispute, and therefore no reason to go to trial. This happens when someone is sued and does not deny the allegations by the person suing. The court wants to save having a million trials and will grant a Motion for summary judgment if they agree that there are no disputes over the facts. Many attorneys will try to get a summary judgment without going to trial and their motion for summary judgment MUST be met with opposition or you will lose the case.

**Summons:** This means a demand by a court, or someone for you to appear at court or someplace to answer a charge, or questions. Also called Notice to Appear. This is used to initiate a lawsuit and is only served one time.

**Tender:** Means payment or fulfillment of a contract. Anything can be Tender, as long as you, and others accept it. If you accept oranges as payment, then the oranges would be Tender. Banks accept your "promise to pay" as payment, but do not disclose that.

**Trial de Novo:** This means a new trial and is used in cases where you have participated in arbitration and lost or you did not participate and lost. Regardless of the outcome of the arbitration you still have a right to a Trial de Novo (New Trial). However, this does NOT apply to cases where the credit card

LTW04980

company took the dispute to arbitration BEFORE a lawsuit was initiated.

**UCC:** This is short for the Uniform Commercial Code. The Uniform Commercial Code is the laws and regulations that govern Contract Law, Banking deposits, Collections, Interest etc. Each State has their own Commercial Code, but the UCC is uniform throughout the 50 states, and therefore can be cited as law within your state. There are 11 Articles in the UCC. Each Article deals with separate issues. For example, Article 3 deals with Negotiable Instruments, and Article 9 deals with Secured Transactions.

**USC:** This is short for United States Code. United States Code is the laws and regulations that govern Federal Law (NOT State law). There are 50 titles (or code books) with separate subjects. For example, title 15, which we quote a lot, deals with Commerce and Trade and involves credit cards, loans etc. So 15 USC. Sec. (or §) 1692 is short for United States Code Title 15 Section 1692. This particular section covers Collection Agencies and collection practices. These are the rules and regulation of what collection agencies can and cannot do, and includes an attorney who is collecting on behalf of a Creditor (in most cases).

**Value:** Means the value that someone gives to the contract. For Example: If you worked for someone under a contract your labor would be the Value to the contract. And the Party you worked for paid you money, which would be his Value to the contract. You provided Value to the Agreement with your Credit Card company. They didn't provide anything, since they never used their own money to pay for the charges.

**Wherefore:** This means; and for those reasons, OR for those reasons mentioned above.

**With Prejudice:** This means a demand that a court dismiss your case, and the Plaintiff no longer can sue or bring action for that case. If you are asking the court to dismiss your case with Prejudice, you are asking them to abolish your case for good, and that no one can ever bring this issue up again related to the case. This ALSO means that the party is giving up their rights. E.g. giving up the right to continue to pursue the case against you.

**WithOUT Prejudice:** This means a demand that a court dismiss your case, BUT the Plaintiff can still sue or bring action for that case to the same, or to another court. If you are asking the court to dismiss your case withOUT Prejudice, you are asking them to abolish your case ONE TIME ONLY. IF the Judge will not grant your case dismissed with Prejudice, the Plaintiff is allowed to follow up on the case in the same court or another. Most times this is the case. Most cases do NOT get dismissed with Prejudice. But it's always worth a shot. This ALSO means that the party is not giving up any rights. E.g. NOT giving up the right to continue to pursue the case against you, OR in the case when you sign withOUT Prejudice, you are NOT giving up any rights by signing without prejudice.

For a more advanced study of legal definitions we suggest you go to your local law library or courthouse (which has law books) and read law dictionaries such as Black's Law Dictionary 1 through 7th edition. Bouvier's Law Dictionary and any other dictionary. Keep in mind that some definitions will be deleted from books to add new ones, so what may be defined in Black's Law 1st Edition may be different in the 7th Edition.

LTW04981

https://www.naes.cc/members/cl/definitions.aspx

© 2005 North American Educational Services, All Rights Reserved.

7/27/2007

LTW04982