1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA 94105
   Telephone:  (415) 543-4800
4  Facsimile:  (415) 972-6301
   Email:      gweickhardt@ropers.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A., formerly known as
   CHASE MANHATTAN BANK USA, N.A. and
7  erroneously sued herein as THE CHASE
   MANHATTAN BANK
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA CARMACK,<br><br>          Plaintiff,<br><br>v.<br><br>THE CHASE MANHATTAN BANK,<br><br>          Defendant. | CASE NO.  C07 03464 WHA<br><br>Related to Case No.  C07 2124 WHA<br><br>**[PROPOSED] ORDER RE: CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND TO DISMISS COMPLAINT PURSUANT TO FRCP, RULES 12(b)(6) AND 56**<br><br>Date:    December 6, 2007<br>Time:    8:00 a.m.<br>Ctrm.:   9, Hon. William H. Alsup |

On December 6, 2007 at the hour of 8:00 a.m., the motion of Chase Bank USA, N.A. to confirm arbitration award and to dismiss complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56 came on regularly for hearing before this Court. George G. Weickhardt appeared as counsel of record for moving party Chase Bank USA, N.A., and plaintiff Martha Carmack appeared *in propria personna*. The Court, having reviewed the evidence and authorities presented in connection with this motion, and good cause appearing therefor, hereby orders as follows:

   1.   The motion of Chase Bank USA, N.A. to confirm the arbitration award of the

CASE NO.  C07 03464 WHA
RC1/5022518.1/WK1

STATEMENT OF UNCONTROVERTED FACTS AND
CONCLUSIONS OF LAW IN SUPPORT OF CHASE BANK
USA, N.A.'S MOT. TO CONFIRM ARBITRATION AWARD

1  National Arbitration Forum obtained by Chase against plaintiff Martha Carmack on November 1,
2  2006, is granted and judgment shall be entered confirming the award.
3      2.  Chase's motion for summary judgment is hereby granted.
4      3.  In the alternative, the arbitration award having been confirmed, the remainder of
5  plaintiff Carmack's complaint is dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6)
6  and 56, and in that it is barred by res judicata.
7      4.  Chase shall recover its reasonable attorney's fees, as established by subsequent
8  motion.
9  **IT IS SO ORDERED.**

Dated: December ___, 2007

_____
HON WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

CASE NO. C07 03464 WHA          [PROPOSED] ORDER
RC1/5022518.1/WK1