1  GEORGE G. WEICKHARDT (SBN 58586)
   PAMELA J. ZANGER (SBN 168350)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   201 Spear Street, Suite 1000
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:        gweickhardt@rmkb.com
5
   Attorneys for Defendant
6  CHASE BANK USA, N.A., formerly known as
   CHASE MANHATTAN BANK USA, N.A. and
7  erroneously sued herein as THE CHASE
   MANHATTAN BANK
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 MARTHA CARMACK,                    CASE NO.  C07 03464 WHA

14         Plaintiff,                 Related to Case No.  C07 2124 WHA

15     v.                             **PROOF OF SERVICE**

16 THE CHASE MANHATTAN BANK,

17         Defendant.

18

19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

CASE NO.  C07 03464 WHA
RC1/5022291.1/WK1

| | |
|---|---|
| CASE NAME: | Martha Carmack v. The Chase Manhattan Bank |
| ACTION NO.: | Case No. C07 03464 WHA |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 1001 Marshall Street, Suite 300, Redwood City, CA 94063. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

- CHASE BANK USA, N.A.'S NOTICE OF MOTION AND MOTION TO CONFIRM ARBITRATION AWARD AND TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6) OR FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56

- MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD, OR IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

- DEFENDANT CHASE BANK USA, N.A.'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

- DECLARATION OF MILISSA A. RUTLEDGE IN SUPPORT OF CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTERNATIVE, MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

- DECLARATION OF PAMELA J. ZANGER IN SUPPORT OF CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTERNATIVE, MOTINO FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

- AFFIDAVIT OF LANCE TAYLOR-WARREN IN SUPPORT OF CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD OR, IN THE ALTERNATIVE, MOTINO FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

- [PROPOSED] ORDER RE: CHASE BANK USA, N.A.'S MOTION TO CONFIRM ARBITRATION AWARD AND TO DISMISS COMPLAINT PURSUANT TO FRCP, RULES 12(b)(6) AND 56

RC1/5022291.1/WK1

1  ☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

3  ☐ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

4  ☒ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

5  ☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**Plaintiff** *In Pro Per*
Martha Carmack
1536 Pershing Drive, Apt. D
San Francisco, CA 94129
Tel.: (415) 831-4485

☒  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 30th, 2007, at San Francisco, California.

Wendy Krog

RC1/5022291.1/WK1

- 2 -

**PROOF OF SERVICE**