GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168356)
**ROPERS, MAJESKI, KOHN & BENTLEY PC**
201 Spear Street, Suite 1000
San Francisco, CA 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@ropers.com

Attorneys for Defendant
CHASE BANK USA, N.A., formerly known as CHASE MANHATTAN BANK USA, N.A. and erroneously sued herein as THE CHASE MANHATTAN BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARTHA CARMACK, <br><br> Plaintiff, <br><br> v. <br><br> THE CHASE MANHATTAN BANK, <br><br> Defendant. <br><br> CHASE BANK USA, N.A., <br><br> Counter-complainant, <br><br> v. <br><br> MARTHA CARMACK, <br><br> Counter-defendant. | CASE NO. C07 03464 WHA <br><br> **STIPULATION AND ORDER RE: DISMISSAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED by and between plaintiff, Martha Carmack, and defendant, Chase Bank USA, N.A., that Plaintiff's complaint in the above-entitled action is dismissed with prejudice.

IT IS FURTHER STIPULATED that Defendant's counterclaim in the above-entitled

USDC NDCA No. C07 3464 WHA
RC1/5011889.1/PJZ                      - 1 -          STIPULATION AND ORDER RE: DISMISSAL

action is dismissed without prejudice.

Each side shall bear its own costs, including attorney's fees, in this action

**SO STIPULATED**

Dated: 11/13/07

By: _____
MARTHA CARMACK
Plaintiff and Counter-Defendant in propria persona

Dated: 11/14/07

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant and Counter-Claimant
CHASE BANK USA, N.A.

## ORDER

IT IS HEREBY ORDERED that the above-entitled complaint is dismissed with prejudice and the counterclaim is dismissed without prejudice, with each side to bear its own costs, including attorney's fees, in this action.

Dated: November 14, 2007

IT IS SO ORDERED
Judge William Alsup

HON. _____
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA